Robert E. Wasinger #15352
Legal Counsel
Department of Corrections
Norton Correctional Facility
P.O. Box 546
Norton, KS  67654
(785) 877-6657

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Charles D. Green                        )
                                        )
                  Plaintiff,            )
v.                                      )
                                        )   Case No. 09-3055-SAC
Roger Werholtz, et al.                  )
                                        )
                  Defendants.           )
_____ )

### EXHIBIT LIST

**Exhibit 1** - Section 1 (Paper chart)  of CCS Medical file on plaintiff - History. Pages 1-2 .

**Exhibit 2a** - Section 2 (Paper chart) of CCS Medical File on plaintiff - Authorization.  Pages 1-100.

**Exhibit 2b** - Section 2 (cont.) (Paper chart) of CCS Medical File on plaintiff - Authorization.  Pages 1-18.

**Exhibit 3** - Section 3 (Paper chart) of CCS Medical File on plaintiff - Medication.  Pages 1-90.

**Exhibit 4a** - Section 4, 5 & 6 (Paper chart) of CCS Medical File on plaintiff - Sick Call, Dental/Optometry, Lab & Consults.  Pages 1-100.

**Exhibit 4b** - Section 4 (cont.) (Paper chart) of CCS Medical File on plaintiff - Lab & Consults.  Pages 1-78.

**Exhibit 5** - Section 1 (Electronic Medical Records, EMR) of

CCS Medical File on plaintiff - History Pages 1-2.

**Exhibit 6** - Section 2 (EMR) of CCS Medical File on plaintiff - Authorization. Page 1-26.

**Exhibit 7** - Section 3 (EMR) of CCS Medical File on plaintiff - Medication. Page 1-16.

**Exhibit 8** - Section 4 (EMR) of CCS Medical File on plaintiff - Sick Call. Page 1-10.

**Exhibit 9** - Section 5 (EMR) of CCS Medical File on plaintiff - Dental/Optometry. Pages 1-3.

**Exhibit 10a** - Section 6 (EMR) of CCS Medical File on plaintiff - Labs & Consults. Page 1-100.

**Exhibit 10b** - Section 6 (EMR)(cont.) of CCS Medical File on plaintiff Labs & Consults. Page 1-100.

**Exhibit 10c** - Section 6 (EMR)(cont.) of CCS Medical File on plaintiff Labs & Consults. Page 1-100.

**Exhibit 10d** - Section 6 (EMR)(cont.) of CCS Medical File on plaintiff Labs & Consults. Page 1-100.

**Exhibit 10e** - Section 6 (EMR)(cont.) of CCS Medical File on plaintiff Labs & Consults. Page 1-88.

**Exhibit 11** - Kansas Adult Supervised Population Electronic Repository (KASPER). Page 1-2.

**Exhibit 12** - NCF Grievance No. EA00003590. Page 1-11

**Exhibit 13** - LCF Grievance No. AA20080746. Page 1-33

Respectfully submitted,

Robert E. Wasinger, Legal Counsel SC #15352
Norton Correctional Facility
P.O. Box 546
Norton, KS  67654
(785) 877-6657
Attorney for Defendants


/s/ Robert E. Wasinger
Robert E. Wasinger


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Exhibit List was placed in the United States Mail, first class postage prepaid, on this 1st day of December 2010, for delivery to:

Charles Green
1703 W. 6th Street
Lawrence, KS 66044


/s/ Robert E. Wasinger
Robert E. Wasinger