# PLEASE NOTE: PLACE ANY FILING **UNDER** THE ORANGE SECTION DIVIDERS

| | | |
|---|---|---|
| 70003 | Notification of Next of Kin (No longer used) | **(TOP)** |
| 70030 | Consent to Routine Medical Treatment (Consent to Treat) | |
| 70036 | Informed Consent to Medical Services | |
| 80011 | **Mental Health** Medication Consent Form | |
| **IMPP** | Consent to Submit to Treatment by Medical Diet | |
| 70032 | Refusal to Submit to Treatment | |
| **IMPP** | Refusal to Submit to Treatment by Medical Diet | |
| | HIV Consent | |
| **IMPP** | Effects of Starvation (If Needed) | |
| 70033 | Instructions and Declaration of "Living Will" | |
| 70037 | Authorization for Release of Information | |
| 70005 | Receipt of Medical Equipment **(Except glasses and dentures)** | |
| 70041 | Response to Special Footwear Request | |
| | Medical Diet Order | |
| 70042 | Kitchen Clearance | |
| 70027 | Orientation and Procedures Explanation | **(BOTTOM)** |

## (AUTHORIZATION)

# SECTION 2

15 RC3 124/

## Medical Request Forms:

Medical Request forms are to be used to access routine sick call, mental health services, and dental services

**Sick call for the General Population is held at 1800-1830 hrs, Sunday through Thursday.
**Mental health services are provided 0800-1800 hrs, Monday through Thursday by callout
**Dental services are provided 0730-1600 hrs, Monday through Friday by callout in the Max Clinic

Medical Request forms can be placed into the locked box at the top of the stairs to the clinic, 7 days a week.

## Co-Pay Procedures:

All inmate initiated clinic visits are subject to a co-pay by the inmate of $2.00 per visit. Visits that are not subject to co-pay are: mental health visits, psychiatrist appointments, physician/ARNP follow-up appointments, x-ray, lab, annual physicals, chronic care routine appointments with the healthcare provider and chronic care nurse; physical therapy and emergencies.

## Emergencies:

If you experience an emergency, go to the nearest Officer and request to be taken to the Clinic

## Grievance Procedure:

Grievance forms are available in the cellhouse and can be used to report any complaint regarding healthcare or treatment issues that are unresolved. Your unit team will assist you in finding a resolution for your complaint with the clinic. Refer to your Inmate Handbook for the proper process in filing a grievance complaint.

## Pill Line:

Pill line times are posted. Pill lines are available up to four times a day as ordered by the physician/ARNP. Medication is also available to most inmates by Keep-On-Person (KOP).

## KOP:

Most inmates will be issued Keep-On-Person routine medications as ordered by the physician/ARNP. The inmate is responsible for the safety and security of these medications while in his possession. KOP is issued in 30 day or less pill paks. All other medications, including psychotropics, must be issued through the pill line window at the posted times.

I HAVE READ AND UNDERSTAND ACCESS TO HEALTHCARE, PILL LINE, SICK CALL SCHEDULE, AND KEEP ON PERSON MEDICATIONS (KOP). I HAVE BEEN GIVEN THE OPPORTUNITY TO ASK QUESTIONS.

NAME: _____
DOC#: 89907
DATE: 2-3-09

COPY

CORRECT CARE
S O L U T I O N S
P-1715
Attachment A, IMPP 10-127

# DEPARTMENT OF CORRECTIONS

## CONSENT TO TREAT FORM

### (ROUTINE MEDICAL TREATMENT)

I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications, and diagnostic procedures which may, during the course of my incarceration, be deemed advisable on a referral basis or necessary by physicians, dentists, psychiatrists, or registered nurses serving as contract providers to the Kansas Department of Corrections.   I reserve the right to refuse any medical or surgical treatment.   I understand that refusal must be documented by written form  REFUSAL TO SUBMIT TO TREATMENT. This consent also releases the medical record of the undersigned in whole or in part to any outside consultant providing treatment or other services to me on a referral basis.

_____
SIGNATURE OF INMATE

_____
DATE

_____
WITNESS

_____
DATE

| NAME (LAST, FIRST, MIDDLE)<br>GREEN, CHARLES D. | DOB | DOB<br>DOB<br>04/11/1958 | R/S<br>W/M | FAC.<br>EDCF RDU |
|---|---|---|---|---|

## DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT

**CCS**
CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: _2/17/09_ Time: _4:38pm_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_From DR. Charlton David Lawhorn_
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment   I assume the risks

and consequences involved and release the above named Medical Personnel, the

_LCF_ and its agents and employees from any liability.
(Name of Facility)

_Charles D. Green_ _2/17/08_
SIGNATURE OF INMATE DATE

*I HEREBY INVOCK MY RIGHT TO REFUSE TO ALLOW
DR. LAWHORN to make any medical decisions on
my behalf pursuant
to HSA 65-2837
(a) subsection
#3.*

WITNESS DATE

_2-17-09_
WITNESS DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| GREEN, Charles | 89907 | | W/m | LCF-EAST |

E

## DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT

CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127

Date: _1/16/09_                    Time: _1410_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_MEDICAL  treatment By Dr. Satchell  only_
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

_L.CF-M80._                    , and its agents and employees from any liability.
(Name of Facility)


_Charles D. Green._                    _1/16/09_
SIGNATURE OF INMATE                    DATE
THIS IS AN ELECTION OF CONSENT
NOT TO ALLOW DR. SATCHELL TO MAKE MEDICAL DECISIONS AT ALL.
PURSUANT KSA 65-2837.
_Cynthia Tilley RN_                    _1/16/09_
WITNESS                    DATE


_J. Hester LPN_
WITNESS                    _1/16/09_
                    DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | KDOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green Charles | 89907 | 4/4/58 | C/M | LCF M80 |

Exhibit 2a

Page 6 of 100

# DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT

**CORRECT CARE**
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: _2-2-09_      Time: _1.25 pm_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_Biopsy Rt axilla lump by Dr. Satchell_
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

_LCF-C_, and its agents and employees from any liability.
(Name of Facility)

_+ Charles D. Green_      _2-2-09_
SIGNATURE OF INMATE      DATE

_SIGNED REQ. NOT TO BE TREATED BY DR. SATCHELL PRIOR._

_Laurie W._      _2-2-09_
WITNESS      DATE

_____      _____
WITNESS      DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green, Charles | 89907 | 4/11/58 | C-M | LCF-C |

DEPARTMENT OF CORRECTIONS
REFUSAL TO SUBMIT TO TREATMENT



CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127

Date: _NOV 11 2008_    Time: _12 06_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:
## FIU VACCINE
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

_LCF_ , and its agents and employees from any liability.
(Name of Facility)

_Charles G_     _e 11-7-08_
SIGNATURE OF INMATE      DATE

_Moste (PN_     _11/7/08_
WITNESS      DATE

WITNESS      DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | KDOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| CHARLES GREEN | 89907 | 4-11-58 | w/m | CCF |

Exhibit 2a

Page 8 of 100

## DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT



CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127

Date: _10/19/08_          Time: _1 215_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_Occult Blood_

(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

_LCF Medical_, and its agents and employees from any liability.
(Name of Facility)

I HAVE NO HISTORY OF COLON CANCER,
SO I SEE NO NEED IN THIS:

_Charles Green_                    _10/19/08_
SIGNATURE OF INMATE                      DATE

_[signature]_                           _10/19/08_
WITNESS                                  DATE

_[signature]_                           _10/19/08_
WITNESS                                  DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | KDOC# | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| GREEN, CHARLES | 89907 | 4/11/1958 | CAU/MALE | LCF / MCF |

**Exhibit 2a**

## DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT



CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: _5/13/08_      Time: _10:22_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_PROSTATE EXAM FOR EVALUATION & TREATMENT OF PROSTATIC HYPERTROPHY_

(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. ~~I assume the risks~~

~~and consequences involved and release the above named Medical Personnel, the~~

_LANSING_      ~~, and its agents and employees from any liability.~~
(Name of Facility) _SINCE JAN 18th 2008 WHEN PROSCAR WAS CANCELLED W/O A MEDICAL REASONS. 5 ATTENDING PHYSICIANS, & DIFF. EXPERIMENTAL MEDICATIONS AND BLOOD/RECTAL EXAMS._

_[signature]_      _5/13/08_
SIGNATURE OF INMATE      DATE

_DR. LAWHORN HAS OFFERED TO PUT ME THROUGH ANOTHER GRUELING, LONG TERM SET OF EXPERIMENTS AND I DON'T SEE THE REASON FOR IT._

_[signature]_      _5/13/08_
WITNESS      DATE

_I BELIEVE THAT ALL THE DOCUMENTATION, DOCTOR VISITS & FORCED DRUG USE SPANNING THE LAST 5 MONTHS IS ENOUGH FOR DR. LAWHORN_

_[signature]_      _5/13/08_
WITNESS      DATE

_TO MAKE AN INTELLIGENT, WELL INFORMED DECISION. I ALSO DO NOT_
IMPP #010-127-004 _SEE A LOGICAL EXPLANATION WHY PROSCAR WAS CEASED IN THE FIRST PLACE, EXCEPT SOLELY FOR PROFIT INSTEAD OF_

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| GREEN, CHARLES | 89907 | 04/11/58 | C/M | LCF·MCd |

_MY MEDICAL WELLBEING._

Exhibit 2a

Page 10 of 100

### DEPARTMENT OF CORRECTIONS
### REFUSAL TO SUBMIT TO TREATMENT

CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: _4-28-08_ Time: _245am_

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

_RECTAL Exam for prostate_
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

_LCF·C_ , and its agents and employees from any liability.
(Name of Facility)

I HAVE GIVEN RECTAL EXAMS TO 2 DIFF. CCS DOCTORS, I'VE
GIVEN BLOOD, TAKEN 3 DIFF. MEDICATIONS AND SEEN 5 DIFF.

_[signature]_                          _4/28/08_
SIGNATURE OF INMATE                    DATE

DOCTORS ON 14 VISITS CONCERNING MY PROSTATE CONDITION. KDOC
OFFICIALS SENT ME A LETTER DATED 4/11/08 FROM LIZ RICE STATING,
I SHOULD BE TREATED @ PROSCAR. I WILL HONOR TOPEKA'S DECISION.

_[signature]_                          _4-28-08_
WITNESS                                DATE

_[signature]_                          _4/28/08_
WITNESS                                DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green, Charles | 89907 | 4/11/58 | C-M | LCF-C |

## DEPARTMENT OF CORRECTIONS
### REFUSAL TO SUBMIT TO TREATMENT



CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: 4/24/08                    Time: 0730 AM

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment: _I'VE GIVEN BLOOD 2 TIMES (WHILE AT ELDORADO), SEEN 5_
_PS A DOCTORS JONES, PITTS, RICHARDS, MESSINGER & DR. SATCHELL_

(Describe Operation or Treatment) WHO HAVE ALL ORDERED

PROSCAR. I WENT THRU

The effect and nature of this treatment have been explained to me. 3½ MONTHS OF PAIN,

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

LCF Max _____, and its agents and employees from any liability.
(Name of Facility)

KDOC HAS EVERYTHING INCLUDING KUMER CTR
RECCOMENDATION TO MAKE THE
CORRECT CLINICAL
SIGNATURE OF INMATE   DECISION & PROVIDE        4/24/08
                      ME THE PROSCAR.          DATE

_Natalie B Redding_                           4/24/08
WITNESS                                        DATE


WITNESS                                        DATE

IMPP #010-127-004

*(right margin, vertical text):* SUFFERING AND EXPERIMENTATION W/O RECEIVING THE TREATMENT PRESCRIBED.

| NAME (Last, First, Middle) | DOC# | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green, Charles | 89909 | 4/11/58 | W/M | LCF m... |

# DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT



CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: 11/20/07                          Time: 1510

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

INH/B6 Tx for ⊕ PPD
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

NCF-CLL
(Name of Facility)                , and its agents and employees from any liability.


_Charles Green_                          11.20.07
SIGNATURE OF INMATE                      DATE


S Newton RN
WITNESS                                  DATE


_____                         _____
WITNESS                                  DATE


IMPP #010-127-004

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green, Charles | 89907 | 4/11/58 | W/M | NCF CL |

06/26/2007 TUE 9:43 FAX

## DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT



Attachment A, IMPP 10-127
P-1649

Date: 9/28/07                    Time: 10:40

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment: Prostate & genital exam
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

EROU
(Name of Facility)                    , and its agents and employees from any liability.

_Charles Green_                    9/28/07
SIGNATURE OF INMATE                    DATE
I ALREADY TAKE PROSTATE MEDICATION

_MBellR_                    092807
WITNESS                    DATE


_____                    _____
WITNESS                    DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC# | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| GREEN, CHARLES D. | 89907 | 4-11-58 | W/m | EROU |

### DEPARTMENT OF CORRECTIONS
### REFUSAL TO SUBMIT TO TREATMENT



**CORRECT CARE**
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: 2/13/08                    Time: 0900

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

Cardwa
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

NXFC                    , and its agents and employees from any liability.
(Name of Facility)

Pt refused to sign
SIGNATURE OF INMATE                    DATE

CBcimanchaw
WITNESS                                2/18/08
                                       DATE

Clayten
WITNESS                                2/13/08
                                       DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC # | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green Charles | 89907 | | W/M | NCFC |

# DEPARTMENT OF CORRECTIONS
## REFUSAL TO SUBMIT TO TREATMENT

CORRECT CARE
S O L U T I O N S
Attachment A, IMPP 10-127
P-1649

Date: 12/6/07                    Time: 0530

I have been advised by Medical Staff that it is necessary for me to undergo the following

treatment:

Diagnostic Profile 2 - Arthritis Profile - Sed. rate - PSA
(Describe Operation or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously endanger my

life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks

and consequences involved and release the above named Medical Personnel, the

NCF-CU                    , and its agents and employees from any liability.
(Name of Facility)

X _Charles Gun_                    12-6-07
SIGNATURE OF INMATE                    DATE

M. VanKooten                    12/6/07
WITNESS                    DATE

C. Deumanaw                    12/6/07
WITNESS                    DATE

IMPP #010-127-004

| NAME (Last, First, Middle) | DOC# | DOB | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Green, Charles | 89903 | | W/m | NCF-Cu |

Green, Charles
4/11/1958
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

Mar 15 04 09:17a    ison-Health Services    (913) 791-5979 -    p.1

## PHS
### PRISON HEALTH SERVICES

JOHNSON COUNTY ADULT DETENTION CENTER

REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: Charles Green          CFN# 051378

DATE: 03-08-07      TIME: 0645    (A.M.) P.M.

I have been advised by ~~Medical Staff~~ Dental Staff _____ that it is
recommended for me to undergo the following treatment:

Daily Flossing
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my
life or health, I nevertheless refuse to submit to the recommended treatment. I
assume the risks and consequences involved and release Prison Health Services, the
Johnson County Adult Detention Center and its agents and employees from any
liability.

INMATE: X Refused          DATE: 03-08-07

WITNESS: Brown 300          DATE: 03-8-07

WITNESS: _____          DATE: _____

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
| 3507 | Floss Tx | 06 | Oldey |
| 3-6-7 | " | 06 | " |
| 3-7-8 | " | 06 | " |
| 3-7-8 | " | 06 | " |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Apr 15 04 09:17a     Prison-Health Services     (913) 791-5979 →     p.1

## PHS
PRISON
HEALTH
SERVICES

### JOHNSON COUNTY ADULT DETENTION CENTER

### REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: _Charles Green_____ CFN# _051378_

DATE: _03-06-07_  TIME: _0616_  AM / PM

I have been advised by (Medical Staff)_____ that it is
recommended for me to undergo the following treatment:

_Daily Flossing_
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my
life or health, I nevertheless refuse to submit to the recommended treatment. I
assume the risks and consequences involved and release Prison Health Services, the
Johnson County Adult Detention Center and its agents and employees from any
liability.

INMATE: _X Refused to Sign_____ DATE: _03-06-07_

WITNESS: _Shawn 380_____ DATE: _03-06-07_

WITNESS: _____ DATE: _____

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |

Apr 15 04 09:17a      Prison Health Services      (913) 791-5979 —      p.1

## PHS
PRISON
HEALTH
SERVICES

### JOHNSON COUNTY ADULT DETENTION CENTER

### REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: _Charles Green_          CFN# _051378_

DATE: _03-05-07_     TIME: _0746_     (AM) PM

I have been advised by Medical Staff _Dental Staff_ that it is
recommended for me to undergo the following treatment:

_Refused to Floss_
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my
life or health, I nevertheless refuse to submit to the recommended treatment. I
assume the risks and consequences involved and release Prison Health Services, the
Johnson County Adult Detention Center and its agents and employees from any
liability.

INMATE: X _Refused to sign_          DATE: _3-5-07_

WITNESS: _Brown 300_          DATE: _03-05-07_

WITNESS: _Jordan 1317_          DATE: _03-05-07_

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |

**PHS**
PRISON
HEALTH
SERVICES

JOHNSON COUNTY ADULT DETENTION CENTER

REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: _Charles Green_   CFN# _051378_

DATE: _3/2/07_   TIME: _744_ _AM_ _PM_

I have been advised by Medical Staff _Dental Staff_ that it is recommended for me to undergo the following treatment:

_Refusal to floss Teeth_
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release Prison Health Services, the Johnson County Adult Detention Center and its agents and employees from any liability.

INMATE: _X REFUSED_   DATE: _3-02-07_

WITNESS: _Mst. Dep. Brown 823/314_   DATE: _3-02-07_

WITNESS: _____   DATE: _____

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |

## PHS
### PRISON
### HEALTH
### SERVICES

JOHNSON COUNTY ADULT DETENTION CENTER

REFUSAL TO SUBMIT TO TREAMENT

INMATE NAME: *Charles Green*            CFN# 051.378

DATE: 3/1/07            TIME: 6:30            AM / PM

I have been advised by Medical Staff *Dental Staff* that it is recommended for me to undergo the following treatment

*Refused to floss teeth*
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release Prison Health Services, the Johnson County Adult Detention Center and its agents and employees from any liability.

INMATE: X REFUSED            DATE: 3-02-07

WITNESS: *Matt Dep. Pieumi 823/314*            DATE: 3-02-07

WITNESS:            DATE:

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|------------|------|-----------------|
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |
|      |            |      |                 |

# PHS
## PRISON
## HEALTH
## SERVICES

### JOHNSON COUNTY ADULT DETENTION CENTER

### REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: _Charles Green_   CRN# 051378

DATE: _8/26/07_   TIME: _8:15_ AM / PM

I have been advised by Medical staff _Dental Staff_ that it is recommended for me to undergo the following treatment:

_Refused to come to floss_

(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release Prison Health Services, the Johnson County Adult Detention Center and its agents and employees from any liability.

INMATE: X REFUSED   DATE: 3-02-07

WITNESS: _Meta Dep. Piwini 823/314_   DATE: 3-02-07

WITNESS: _____   DATE: _____

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |

**PHS**
PRISON
HEALTH
SERVICES

JOHNSON COUNTY ADULT DETENTION CENTER

REFUSAL TO SUBMIT TO TREAMENT

INMATE NAME Charles Green    CFN# 851378

DATE: 2/23/07    TIME: 9:52    AM/PM

I have been advised by Medical Staff Dental Staff    that it is recommended for me to undergo the following treatment:

Refusal to floss teeth
(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release Prison Health Services, the Johnson County Adult Detention Center and its agents and employees from any liability.

INMATE: X REFUSED                     DATE: 3-02-07

WITNESS: Mstn Dep. Brown 823/314      DATE: 3-02-07

WITNESS:                              DATE:

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |
|      |           |      |                 |

Apr 15 04 09:17a     Prison Health Services     (913) 791-5979     P.1

# PHS
PRISON
HEALTH
SERVICES

JOHNSON COUNTY ADULT DETENTION CENTER

## REFUSAL TO SUBMIT TO TREATMENT

INMATE NAME: Green, Charles     CFN# 051-378

DATE: 2-25-07     TIME: 1000     AM / PM

I have been advised by Medical Staff : Dental Staff    that it is
recommended for me to undergo the following treatment:

Dental Flossing

(Describe treatment or medication)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my
life or health, I nevertheless refuse to submit to the recommended treatment. I
assume the risks and consequences involved and release Prison Health Services, the
Johnson County Adult Detention Center and its agents and employees from any
liability.

INMATE: I/m Refused to sign     DATE: 2-25-07

WITNESS: Howell -1339     DATE: 2-25-07

WITNESS: Maria Albert     DATE: 2-25-07

| DATE | MEDICATION | TIME | NURSE SIGNATURE |
|------|-----------|------|-----------------|
| 2-25-07 | Refused dental flos | 1000 | Miller |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PHS**

DENTAL HEALTH RECORD                    Inmate # _____

INMATE'S NAME _GREEN_ _CHARLES_          Date of Birth ____/____/____

ALLERGIES _____      AGE _____ SEX _____



DIAGNOSTIC CODE.

| | SOLID AREA INDICATES FILLING PRESENT | | ZEBRA STRIPES INDICATE DECAY PRESENT | | VERTICAL LINE INDICATES TO BE EXTRACTED | | "X" INDICATES MISSING TOOTH |

SERVICES PROVIDED (PLEASE RECORD EACH TREATMENT ON A SEPARATE LINE)

| DATE | TOOTH # | SURFACE | MATERIAL | ANESTH | DESCRIPTION OF WORK | INIT. |
|------|---------|---------|----------|--------|---------------------|-------|
| 3/8/67 | Soft tissue: | | | | Disinform floss due to | |
| | Periodontal Status: | | | | constant refusal by inmate | |
| | Oral Hygiene: | | | | Reconsider if he requests | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| YES | NO | | YES | NO | |
|-----|-----|-----|-----|-----|-----|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicilin, etc.) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Presox. Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

**PHS**
PRISON
HEALTH
SERVICES

**DENTAL HEALTH RECORD**     Inmate # _____

INMATE'S NAME _GREEN CHARLES_     Date of Birth ___/___/___

ALLERGIES _____     AGE _____ SEX _____



UPPER

LINGUAL

LOWER

DIAGNOSTIC CODE.

| Symbol | Description |
|---|---|
| ⊕ SOLID AREA | INDICATES FILLING PRESENT |
| ⊕ ZEBRA STRIPES | INDICATE DECAY PRESENT |
| ⊕ VERTICAL LINE | INDICATES TO BE EXTRACTED |
| ⊗ "X" INDICATES | MISSING TOOTH |

SERVICES PROVIDED (PLEASE RECORD EACH TREATMENT ON A SEPARATE LINE)

| DATE | TOOTH # | SURFACE | MATERIAL | ANESTH | DESCRIPTION OF WORK | INIT. |
|---|---|---|---|---|---|---|
| 2/6/07 | Soft tissue: | | | | refused floss one a day | |
| | Periodontal Status: | | | | Paid | |
| | Oral Hygiene: | | | | | |
| 4/23/07 | | | | | Green was brought down to floss. Claimed floss was too short. Refused to floss. Wrote ICF to major. Inmate floss approved | |
| 2/28/07 | | | | | I/m refused to floss | |
| 3/1/07 | | | | | I/m refused to floss | |
| 3/2/07 | | | | | I/m refused to floss | |
| 3/5/07 | | | | | I/m refused to floss | |
| 3/6/07 | | | | | I/m refused to floss | |
| 3/8/07 | | | | | I/m refused to floss | |

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicillin, etc) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

**PHS**
PRISON
HEALTH
SERVICES
Incorporated

**DENTAL HEALTH RECORD**          Inmate # _____

INMATE'S NAME _____          Date of Birth ___ / ___ / ___

ALLERGIES _____          AGE _____          SEX _____



DIAGNOSTIC CODE

SOLID AREA INDICATES FILLING PRESENT          ZEBRA STRIPES INDICATE DECAY PRESENT          VERTICAL LINE INDICATES TO BE EXTRACTED          "X" INDICATES MISSING TOOTH

SERVICES PROVIDED (PLEASE RECORD EACH TREATMENT ON A SEPARATE LINE)

| DATE | TOOTH # | *SURFACE | MATERIAL | ANESTH. | DESCRIPTION OF WORK | INIT. |
|------|---------|----------|----------|---------|---------------------|-------|
| | Soft tissue: | | | | | |
| | Periodontal Status: | | | | | |
| | Oral-Hygiene: | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SURFACES – M: MESIAL, D: DISTAL, O: OCCLUSAL, L: LINGUAL, I: INCISAL, B: BUCCAL OR LABIAL

| Dentist's Initials | Signature |
|--------------------|-----------|
| | |
| | |
| | |

## PERIODONTAL PROBE RESULTS
### NAME: CHARLES GREEN
CFN: 051378
Date: 2/20/07

1)X

2)3,2,3

3)3,1,2

4)3,2,2

5)2,2,2

6)2,1,2

7)2,1,2

8)2,1,3

9)2,1,2

10)3,2,2

11)2,1,2

12)2,1,2

13)3,2,2

14)3,1,3

15)3,1,3

16)X

17)X

18)3,2,3

19)3,1,3

20)2,1,2

21)3,1,2

22)3,1,1

23)2,1,2

24)2,1,2

25)2,1,2

26)2,1,2

27)2,1,2

28)3,2,2

29)2,1,2

30)2,1,3

31)3,2,3

32)X

COMMENTS: Mr. Green was seen for cleaning 2/20/07 @ around 8:00 a.m. Cleaning was performed without problems.



PHS
PRISON
HEALTH
SERVICES
+CORRECTIC

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Eldorado_
(Agency)

(Address)

From: JOHNSON COUNTY ADULT DETENTION
(Institution)   PRISON HEALTH SERVICES
101 N. KANSAS AVE.
OLATHE, KS 66061
PH. 913-791-1170
FAX 913 791-1146
(Address)

(Telephone)

Inmate's Name: _Green, Charles_
a/k/a: _CFN 051,378_
D.O.B.: _4/11/58_   ss#: _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_
Person Completing Form
Name: _Laura Taylor RN_
Signature: _____
Date: _9/26/07_

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

_Proscar 5mg ᵀ PO QD_

_OK extra mattress_
_OK extra pillow_
_OK lower level_
_OK chair in cell_

Allergies: _NKA_

Pregnant:   Yes   No ✓   Unknown

Other Lab Date:

| | NEG | POS | Date |
|---|---|---|---|
| TB Skin Test: | NEG | POS | |
| CXR: | NEG | POS | Date 5/13/05 |

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | |
| VDRL: | NEG | POS | Yes No | |
| GC: | NEG | POS | Yes No | |
| Other: | | | Yes No | |

60109 (4/87)

WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE

RECEIVING SCREENING

| | | | |
|---|---|---|---|
| LAST NAME Green | FIRST Charles | M.I. D. | DATE 5/3/05 TIME 1800 AM (PM) |
| BOOKING NO. 0505702 | SOCIAL SECURITY NO. 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 | SEX M DOB 4/11/58 | PREVIOUS INCARCERATION? WHEN? WHERE? Yes JCADC 12/07 |
| CFN# 057378 BP P R T | | INTERVIEWER'S NAME AND TITLE | |

**VISUAL OBSERVATION (Explain all "Yes" answers) Circle Y or N**

| | YES | NO |
|---|---|---|
| Is the inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? | Y | N |
| Are there any visible signs of fever, persistent cough, lethargy, tremors, sweating, jaundice, skin lesions, rash or perspiration; cuts, bruises, or minor injuries; needle marks, body vermin? Ref 9-26-07 PV | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? | Y | N |
| 5. Is the inmate's mobility restricted in any way due to deformity, cast, injury, disability, etc.? If yes, | Y | N |

Booking: 0505702

**INMATE QUESTIONNAIRE (Explain all "Yes" answers) Circle Y or N**

| | | |
|---|---|---|
| 6. Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? If other _____ Bipolar, Anxiety Disorder | Y | N |
| 7. Have you taken or are you taking any medication(s) prescribed for you by a physician or psychiatrist? If yes, what are they? Xanax, Seroquel 7K + little white pills | Y | N |
| 8. Are you allergic to any medications, food, plants, etc.? If yes, what are they? | Y | N |
| 9. Have you fainted or had a head injury within the last 72 hours? If yes, | Y | N |
| 10. Do you have or have you been exposed to HIV, Hepatitis, Tuberculosis, Sexually Transmitted or any other Communicable diseases? If yes, | Y | N |
| 11. Do you have: (circle as appropriate) a chronic cough, bloody sputum, extreme tiredness, weakness, recent weight loss, loss of appetite, fever or night sweats? If yes, for how long? | Y | N |
| 12. Have you been hospitalized by a physician or psychiatrist within the last year? If yes, what for? _____ What is the doctor's name? _____ | Y | N |
| 13. Have you ever considered or attempted suicide? Yes _____ Are you considering harming yourself or others at this time? If yes, explain. 1 yr ago No Action | Y | N |
| 14. Do you have a painful dental condition? If yes, what is it? | Y | N |
| 15. Are you on a specific diet prescribed by a physician? If yes, what type of diet is it and who prescribed it? | Y | N |
| 16. Do you use recreational drugs? Y N If so, what type? _____ How much? _____ How often? _____ When was the last time you used? _____ Have you shared needles? _____ Have you had withdrawal problems before? Y N If so, what were they? _____ | | |
| 17. Do you drink alcohol? Y N If so, what type? _____ How much? _____ How often? _____ When was the last time you drank? _____ Have you had withdrawal problems before? Y N If so, what were they? | | |
| 18. Females: are you or could you be pregnant? Y N Have you recently delivered a baby or had an abortion? Y N Are you having abdominal pain or a discharge? Y N When was your last menstrual period? _____ | | |
| 19. Are you legally disabled, and/or have any special needs? No | | |
| 20. Has a legal guardian been appointed to you by the court? If yes, name? No | | |

**PLACEMENT RECOMMENDATION (Check one)** Emergency Room _____ General Population X Infirmary _____
Isolation _____ Suicide Watch _____ Next Sick Call _____ Release of Information Signed _____ DR BAKER

REMARKS: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services while here in the JCADC.
I hereby give my consent for professional services to be provided to me by and through Prison Health Services.

| | | |
|---|---|---|
| Inmate's Signature Charles Green | Date 5/3/05 | |

## ACCESS TO MEDICAL CARE

Upon entering the Johnson County Adult Detention Center, it is your responsibility to notify the Detention Center Staff of any medical problems you have, any medications you are or should be taking, any special treatments or special diets you require, etc. The officers will then notify the Medical Staff of your needs.

Once you are moved into a housing area in the Detention Center, it is your responsibility to notify the Medical Staff of any medical needs you may have. A "Request for Medical Care" form can be obtained from your Module Officer Fill out the form and place it in the medical box located in your module. Nurses will come to your housing module several times a day to pass out medications. The medical form will be collected and taken to the infirmary for evaluation. You will be taken to the infirmary for examination if necessary. NOTE: A co-payment is assessed for medical care you request. Fees are as follows:

| | |
|---|---|
| Nurses Sick Call | $5.00 |
| Doctors Clinic | $8.00 |
| Dentist Clinic | $3.00 |
| Medication/Medication Refill | $5.00 |

Co-Payments will be deducted from your commissary account. Indigent inmate co-pays will be charged against your commissary account. This amount will be deducted from any funds you receive into your account.

In case of emergency, notify your Module Officer. If necessary, you can contact the control center over the intercom system in your cell except in modules 4A or 4B, utilize the call button that is located on the interior door frame of the cell to notify your module officer of your medical needs. Your request will immediately be forwarded to the medical staff. No co-payment will be required for true emergency situations, however if the Medical Staff determines the request to be non-emergency the co-payment will be assessed.

In addition, certain over-the-counter medications will be available for purchase through commissary. Indigent inmates will be able to receive certain OTC medications, the purchase amount will be charged against your commissary account and will be deducted from any funds received. Limits for quantities of over-the-counter remedies you may possess will be posted in your housing area.

I understand the above information and know how I can obtain medical care.

_____  Date: 5/3/05  Time: 815   _____
(Inmate Signature)                                    (Witness Signature)

Medical Insurance Company: _____  Policy Number: _____

**PHS**
PRISON
HEALTH
SERVICES

**CONSENT TO TREAT FORM**

(ROUTINE MEDICAL TREATMENT)

The inmate whose signature appears below does hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications, and diagnostic procedures which may, during the course of the inmate's incarceration, be deemed advisable or necessary by physicians, dentists, registered nurses, or psychiatrists serving as contract providers to the Kansas Department of Corrections, or on a referral basis. The individual reserves the right to refuse any medical or surgical treatment. Refusal must be documented by written form DOC #010-127-004 "REFUSAL TO SUBMIT TO TREATMENT" This consent also releases the medical record of the undersigned inmate in whole or part to any outside consultant providing treatment or other services to the inmate on a referral basis.

_____     5/3/05      _____     5/3/05
Signature of Inmate              Date        Witness                     Date

TX Final Report          04-18-07 10:56                    Page 1 of 1 #2403315   ☐☒

# X - RAY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.886.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: JOHNSON COUNTY DETENTION CTR                    DOS: 04/17/2007
          101 N. KANSAS AVE.                               Case: 5655789
          OLATHE, KS  66061

Patient: GREEN, CHARLES              DOB: 04/11/1958    Age: 49
Number:                              Room:

Examination:
CORRECTED REPORT 4/18/07

LEFT SHOULDER: The glenohumeral joint is in alignment, but there is narrowing of
the joint space due to mild degenerative changes. Acromioclavicular and
cardioclavicular joints are also normal. No shoulder fracture, separation, or dislocation is seen.

IMPRESSION: Mild degenerative joint disease of the left shoulder; otherwise, no
fracture or dislocation seen.

Radiologist:

Rose Liu, M.D.

ROSE LIU, M.D./mballard
RADIOLOGIST

Physician: JOHN GAMBLE, M.D.
           1606 WASHINGTON BLVD.
           KANSAS CITY, KS  66102
           Please direct any questions regarding the Radiologist Report to the Radiology Assistants at
           1-800-843-9729. ext. 2410 (Monday-Friday 9am-11pm)

M o b i l e X USA

Southwest Region
9635 Wendell Road
Dallas, TX  75243

800.843.9729

# OVERLAND PARK FAMILY HEALTH PARTNERS, P.A.

CORPORATE LAKES
6740 West 121st Street
Overland Park, KS 66209
Phone: (913) 894-6500
Fax: (913) 894-6001
www.opfamilyhealth.com

*FAMILY PRACTICE*
SHARI D. BERL, D.O.
JOEL M. FEDER, D.O.
ANDREA B. MURRAY, M.D.
ANN M. MURPHY, M.D.

July 16, 2008

CERTIFIED MAIL

Prison Health Services
Johnson County Adult Detention Center
101 North Kansas Ave
Olathe, Kansas 66061

RE: ~~Charles Green~~     051378
    DOB: 04/11/1958

To Whom It May Concern:

Enclosed is a document regarding our former patient, Charles Green, which may or may not have been included in response to your prior request for records. I am sending this to you now because it may have been inadvertently excluded from the documents sent to you.

Sincerely,

Kelly Stephenson
Practice Manager

**COLLEGE BOULEVARD FAMILY PHYSICIANS, P.A.**
Shari D. Berl, D.O.   Joel Feder, D.O.   Ann Murphy, M.D.   Andrea Murray, M.D.

12200 W. 106ᵗʰ Street, Suite 220, Overland Park, KS 66215

## PROBLEMS & MEDICAL HISTORY

Name: DAVID GREEN
Sales

Past Medical History:

Anxiety disorder
BPH
Hypogonadism

Medications:

Xanax 1 mg bid 1999
Proscap 5mg daily
Androgel 1omg daily

Past Surgical History: BPH repair

| Family Medical History | Social History | Allergies |
| --- | --- | --- |
| Ø | Ⓢtobacco | NKDA |
| | Social EtOH | |
| | Ⓢillicit drugs | |



Fax from :                                    10-03-07 09:42    Pg: 1

**Correct Care Solutions**

**PO Box 311 El Dorado, Kansas 67042**

MEDICAL
EDCF/RDU
316 - 321-7284 EXT. 2399
316 - FAX 321-1129

# Fax

| To: Jo. Co. Tail | From: EDCF/RDU |
|---|---|
| Fax: 1-316-321-1129 | Pages: 2 |
| Phone: 316-321-7284 ext. 2399 | Date: 10-3-07 |
| Re: Green, Charles | CC: Krystal Trebbe / MRT |

☑ Urgent   ☐ For Review   ☐ Please Comment   ☑ Please Reply   ☐ Please Recycle

See Following Page.

Thanks,

Krystal

Fax from :                                              10-03-07 09:42    Pg: 2

D2/51

P-1512

**CCS**
**CORRECT CARE**
**S O L U T I O N S**

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO: Dr. Gamble
" Johnson Co. Jail "
101 N. Ks. Ave.
Oathen, Ks.

FROM: El Dorado Correctional Facility
P.O. Box 311
C/O RDU ~ CCS
El Dorado, Ks, 67042

316-321-7284 - ext 2399 - work
316-321-1693 - Fax #.

Patient: Charles Green      Inmate ID No.: 89907

Alias: _____

Social Security No.: 512 · 60 · 2037

Date of Birth: 4-11-58

Date (s) of Service: 5/2005 - present

I hereby authorize the above named provider to release to Correct Care Solutions or any of its representatives the following confidential information:

[ 4 ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission          [ ] Discharge              [ ] Operative Summary Reports

[ 4 ] X-Ray            [ ] Special Studies Reports    [ ] HIV Test

[ ] Laboratory Reports    [ ] Immunization History    [ ] Dental Treatment Records

[ ] Psychiatric Summary Report    [ 4 ] Drug Treatment History & Counseling Reports

[ 4 ] Other Records  All  medical  records
(Specify information requested)
Back, Arthritis & Prostate

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

Charles Green
(Patient's Signature)                    9/28/07
(Date)

Turner cma
(Witness' Signature)                     9/28/07
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Krystal
(Signature and Title for CCS)            10-3-07
(Date)

December 11, 2006
RE:   Charles Green
Page Two

**Neurologic Examination:**
**Cranial Nerves:** Pupils are equal, round, and reactive to light. Extraocular eye movements are intact without nystagmus. Facial strength is symmetric. Hearing is intact bilaterally.
**Motor Examination:** Motor strength is 5/5 throughout. Dix-Hallpike maneuver failed to reproduce his dizziness.

**Impression:** This is a 48-year-old right-handed man who suffers from episodic vertigo. Differential diagnosis for such spells continues to be complex partial seizures, TIA, vertigo, or migrainous equivalence. Given that the spells are stereotypic and their duration, I feel that they are a migranous variant.

**Plan:** The patient does not wish any medications for these symptoms at this time. In the future, medications which might help improve his symptoms are amitriptyline or propanolol, which are used for migraine prophylaxis. The patient should follow up with me as needed.

I spent 25 minutes with this patient; the majority of this time was spent in counseling and coordination of care. We specifically discussed his diagnosis, possible treatment options, and prognosis. At this time, I feel that his prognosis is fairly good. He could get control of these episodes with medication management.

Sincerely,

Nancy Hammond, M.D.
Assistant Professor
Department of Neurology

NH/Accutype 03253252_1

**--- TRANSMISSION REPORT ---**

Number : 851987                    Date : 06-29-87 11:45

| | |
|---|---|
| Date/Time | 6-29  11:45 |
| Dialled number | 9500249S |
| Durate | |
| Mode | |
| Pages | 1 |
| Status | correct. |

**Fax**

Health Service

To: Robert

Re: 913-588-2455

Med Records

588
2454

**✶✶✶ TRANSMISSION REPORT ✶✶✶**

SID :                           Number. : 851887          Date : 06-29-87 11:45

| Date/Time | 6-29  11:45 |
|---|---|
| Dialled number | 95882495 |
| Durat. | 0'89" |
| Mode | NORMAL |
| Pages | 1 |
| Status | Correct |

101 N. Kansas Ave.
Olathe, Kansas 66061
(913)791-1170
fax# (913) 791-1146

**Prison Health Service**

# Fax

| To: | Robert | From: | Johnson County Adult Detention Center |
|---|---|---|---|
| Fax: | 913-508-2495 | Pages: | 1 |
| Phone: | | Date: | 6/25/07 |
| Re: | | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

*The following fax information is confidential. If you are not the correct party that received this fax, please give us a call.*

Comments:

*Please release any information (subsequent to neurosurgery (diagnosis) follow up) CT / MRI of head.*

Valerie

Charles Green

DOB  4-11-58
SS#  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

Dr. John Gambee

Syb Fax
5871

Med Records
588
2454

TRANS #

# FAX COVER SHEET

The University of Kansas Medical Center   Medical Record Department
3901 Rainbow Blvd. Kansas City, Kansas   66160-7280
Telephone Number:     (913) 588-2454
FAX Number:            (913) 588-2495

Date: 06/29/2007

To:  prison health services

FAX: 791 1146      Phone:

Re: charles green        KUH#: 9513119

Comments: medical records

_19_ pages including this cover sheet

Sent by  Robert

---

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential
information intended only for the use of the individual or entity named above.  If the
reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copy of the telecopy is strictly prohibited and you are
authorized to destroy the material.

**⚫⚫⚫ TRANSMISSION REPORT ⚫⚫⚫**

SID :                              Number : 051887                Date : 06-29-87 12:57

| Date/Time | 6-29  12:55 |
|-----------|-------------|
| Dialled number | 5871 |
| Subscriber | 913 791 5871 |
| Durat. | 2'37" |
| Mode | NORMAL |
| Pages | 19 |
| Status | Correct |

Medical Record #: _9513119_

# KU MEDICAL CENTER
(Includes University of Kansas Hospital Authority, University of Kansas Medical Center, Kansas University Physicians, Inc. & KU HealthPartners, Inc.)
## AUTHORIZATION FOR THE RELEASE OF CONFIDENTIAL INFORMATION
*Please print all information except for signatures*

(Patient name), _CHARLES B. GREEN_ born on _4/11/58_ , hereby
authorizes (or the patient's personal / authorized representative authorizes) KU Medical Center to disclose to:

☐ Me (Patient or personal / authorized representative only)

☑ Other (List full name and address): _CHARLES B GREEN   913-648-5821*_
_8401 W. 86TH TER. O.P. KS  66212_

the following records:
- ☑ Discharge Summary   ☑ Lab Tests   ☑ Pathology Reports
- ☐ Operative Reports   ☑ Consultation Reports   ☑ Radiology Reports

Check only those that apply
- ☐ Clinic Notes from _LANDON CTR. ON AGING - DEPT._ Clinic _OF NEUROLOGY_ (This helps to identify your specific request.)
- ☐ Specific Dates only from: _____ to: _____
- ☑ Medical Record of treatment provided at KU Medical Center
- ☐ KU MedWest   ☐ KU MedWest Ambulatory Surgery Center
- ☑ Other (please specify i.e., outside records) _O.P. REG. MED. CTR._

(If you have any questions as to what is included in any of the above categories, or you do not want a specific report released, contact the Medical Record Department at (913) 588-2454.)

The purpose of this request is: ☑ Continued Care ☐ Insurance/Disability* ☑ Litigation* ☑ Personal* ☐ Other _____

*Copy Charges: $16.81 Base fee plus $.56 per page (UP TO 250 PAGES THEN $.39 PER PAGE)

- I understand once the above records are disclosed, they may be re-disclosed by the recipient and may no longer be protected by State and/or Federal Privacy Laws.
- My treatment can not be conditional upon completing this authorization form, unless the treatment is for the sole purpose of creating information for disclosure to a third party.
- I understand that I may revoke this authorization in writing by notifying the KU Medical Center Medical Record Department at any time except to the extent that action has been taken in reliance on it.

SPECIFY THE DATE, EVENT, OR CONDITION UPON WHICH THIS AUTHORIZATION EXPIRES:

_____

(In all cases this "Authorization" will expire one year from the date below.)

SIGNED THIS _16TH_ DAY OF _FEBRUARY_ , 20 _07_

_KDO-53-0117_
ID Verification of Requester (Drivers License or Photo ID)

_Charles Green_
(Signature of PATIENT or AUTHORIZED REPRESENTATIVE)

_(Witness – KU Medical Center Office Staff Use Only)_

Send completed form to the following address:

KU Medical Center
3901 Rainbow Blvd
Medical Record Dept - Rm B430
Kansas City, Kansas 66160-7280
Telephone: (913) 588-2454

(Print Name of Representative & Nature of Relationship)
_101 N. KANSAS AVE._
(Address of Person Signing Authorization)
_OLATHE, KS.  66061_
City    State    Zip
* _FATHER'S #  913-648-5821_
Day Time Telephone

REVISED: January 2007

#51378



# The University of Kansas Medical Center

Heather Anderson, M.D., Asst. Prof.
Jennifer Bickel, M.D., Asst. Prof.
Jeffrey M. Burns, M.D., Asst. Prof.
Arthur R. Dick, M.D., Prof.
Richard M. Dubinsky, M.D., M.P.H., Assoc. Prof.
Barry Festoff, M.D., Prof.
Louis T. Giron, M.D., Assoc. Prof.
Nancy Hammond, M.D., Asst. Prof.
Sharon G. Lynch, M.D., Assoc. Prof.
Kelly E. Lyons, Ph.D., Res. Assoc. Prof.
April L. McVey, M.D., Assoc. Prof.

School of Medicine
Department of Neurology

Richard J. Barohn, M.D.
Chairman and Professor

Gary Gronseth, M.D.
Associate Professor and Vice Chairman

William J. Nowack, M.D., Assoc. Prof.
Ivan Osorio, M.D., Prof.
Rajesh Pahwa, M.D., Prof.
Mamatha Pasnoor, M.D. Asst. Prof.
Larry Ridings, M.D., Clin. Asst. Prof.
Suzanne Stevens, M.D., Clin. Asst. Prof.
John Terry, M.D., Assoc. Prof.
Ramachandran Venkatesh, M.D., Assoc. Prof.
Yunxia Wang, M.D., Asst. Prof.
Dewey K. Ziegler, M.D., Professor Emeritus

December 11, 2006

The Medical Director
Prison Health Services
27745 West 159th Street
New Century, Kansas 66031

RE:      Charles Green
KUMC#:   9513119
DOB:     04/09/1958

Dear Doctor:

I saw Charles Green in neurologic follow up on December 11, 2006. As you will remember, he is a 48-year-old right-handed man who has had episodes of dizziness since May of 2005. At his last visit with me, I recommended that he undergo an EEG and MRI of his brain, both of which were normal. He continues to have spells. He describes the spells as he starts to have ringing in his ears, his vision is blurred, he feels nauseous and dizzy, he starts to vomit, and he has these spells approximately once every three to six weeks. He reports that he has not let the prison officials know when he has a spell and he does not feel that they help him. These spells can last anywhere from a few minutes to 30 minutes. He also gets headaches associated with these spells, which are bilateral. No nausea or photophobia is associated with these headaches. He continues to have headaches, which are slightly increased in severity. Actually, he says that the headaches are not associated with dizzy spells and are infrequent. He also has a worsened ringing in his ears. The vertigo spells are not provoked by motion.

**Past Medical History:** There have been no other changes.

**Medications:** There have been no other changes.

**Past Surgical History:** There have been no other changes.

**Social History:** There have been no other changes.

**Physical Examination:** Vital Signs: Blood pressure is 129/90. Pulse is 70. Weight is 159 pounds.

3599 Rainbow Blvd., Mailstop 2012, Kansas City, Kansas 66160
(913) 588-6970 – Phone      (913) 588-6965 - Fax



HIPAA Commitment

# THE UNIVERSITY OF KANSAS HOSPITAL
### KUMED

May 31, 2007

Mr. Charles Green
Inmate ~
c/o Johnson County Adult Detention Center
101 N. Kansas Avenue
Olathe, Kansas 66061

Dear Mr. Green,

I am in receipt of your request for a copy of your medical records. It is Sheriff's Department policy that your attorney makes the request for records, which s/he can do by submitting your signed release of information sent from your attorney to me, or if you are representing yourself, you need to obtain a subpoena from the court releasing the records to you or to your lawyer of record. I am copying the Assistant Health Services Administrator, Johnson County Adult Detention Center, on this matter so she will also be aware of what I am telling you.

According to the Health Insurance Portability and Accountability Act of 1996 at 45 CFR 164.524(a), inmate status constitutes an exception to the individual's right to a copy of his protected health information (PHI).

There is a charge associated with obtaining a copy [$16.81 base fee plus $.56 per page (up to 250 pages then $.39 per page)]. Based on the enclosed authorization that you have sent me the charge for copying would be $23.31. Please make your attorney aware of this charge.

Thank you,

Robert J. Spaniol, PhD
Director

Cc:   Theresa Jackson, RHIA, Director, Medical Record Department
      Mary Lynn McCarthy, Release of Information
      Cindy, Assistant Health Services Administrator, Johnson County Adult Detention Center

Encl:  KU Medical Center Authorization for the Release of Confidential Information
       (copy signed by Charles D. Green)

101 N. Kansas Ave.
Olathe, Kansas 66061
(913)791-1170
fax # (913) 791-1146

**Prison Health Service**

*(handwritten: Fwrd to Sgt. S)*

# Fax

| To: | Robert | From: | Johnson County Adult Detention Center |
|---|---|---|---|
| Fax: | 913-588-2495 | Pages: | 1 |
| Phone: | | Date: | 6/29/07 |
| Re: | | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**The following fax information is confidential.   If you are not the correct party that received this fax, please give us a call.

# Comments: _____

*Please release any information related to neurology (consults) follow up, CT / MRI of head.*

*Valerie*

*Charles Green*

*DoB   4-11-58*

*SS#   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*

*Dr. John Gamble*

Patient Green, Charles D          Birth Date 04/09/1958    Sex M        Rm/Bed
Attending                         Pt #                     MR # 9513119  Adm Date

MR(Posted after 06/30/2003)

| 07 Sep 2006 16:13 | MRI HEAD W/WO CONTRAST | PACS Imagenull 85 | (1) |

Page created: Friday, June 29, 2007 12:01 PM For: MR0043

Linked Report

| (1)MRI HEAD W/WO CONTRAST | | Sep 07, 2006 16:13 |

PACS Image null

*********** SIGNED REPORT ***********
EXAM:

MRI HEAD WITH AND WITHOUT CONTRAST

Indication: Head injury and vertigo

TECHNIQUE: STANDARD MRI HEAD TECHNIQUE WAS USED WITH AXIAL T1, T2,
DIFFUSION IMAGING AND POSTCONTRAST T1-WEIGHTED IMAGES IN ALL 3 PLANES.

FINDINGS:

The ventricles and sulci are normal in size and configuration. No mass
lesions are identified. No extra-axial fluid collections or areas of
abnormal enhancement are seen. There is normal signal void within the
circle of Willis and major dural venous sinuses. No IAC masses or CP
angle masses are identified. There is no abnormal signal within the
Petrus bone. The paranasal sinuses are clear. There are tiny nonspecific
foci of increased T2 signal intensity in the right frontal subcortical
white matter and bilateral periventricular parietal white matter. These
are only seen on FLAIR images. There are no areas of hemosiderin
deposition identified.

IMPRESSION:

ESSENTIALLY UNREMARKABLE MRI OF THE HEAD. SEVERAL TINY WHITE MATTER
LESIONS ARE PROBABLY FROM MILD CHRONIC MICROVASCULAR ISCHEMIC DISEASE OR
AREAS OF NONSPECIFIC GLIOSYS.

Page created: Friday, June 29, 2007 12:01 PM For: MR0043

Facility Kansas University
User ROBERT SMITH

Confidential                    Page 1 of 1

# The University of Kansas Medical Center

Heather Anderson, M.D., Asst. Prof.
Jennifer Bickel, M.D., Asst. Prof.
Jeffrey M. Burns, M.D., Asst. Prof.
Arthur R. Dick, M.D., Prof.
Richard M. Dubinsky, M.D., M.P.H., Assoc. Prof.
Barry Festoff, M.D., Prof.
Douis T. Giron, M.D., Assoc. Prof.
Nancy Hammond, M.D., Asst. Prof.
Sharon G. Lynch, M.D., Assoc. Prof.
Kelly E. Lyons, Ph.D., Res. Assoc. Prof.
April L. McVey, M.D., Assoc. Prof.

School of Medicine
Department of Neurology

Richard J. Barohn, M.D.
Chairman and Professor

Gary Gronseth, M.D.
Associate Professor and Vice Chairman

William J. Nowack, M.D., Assoc. Prof.
Ivan Osorio, M.D., Prof.
Rajesh Pahwa, M.D., Prof.
Mamatha Pasnoor, M.D. Asst. Prof.
Larry Ridings, M.D., Clin. Asst. Prof.
Suzanne Stevens, M.D., Clin. Asst. Prof.
John Terry, M.D., Assoc. Prof.
Ramachandran Venkatesh, M.D., Assoc. Prof.
Yunda Wang, M.D., Asst. Prof.
Dewey K. Ziegler, M.D., Professor Emeritus

December 11, 2006

The Medical Director
Prison Health Services
27745 West 159th Street
New Century, Kansas 66031

| | |
|---|---|
| RE: | Charles Green |
| KUMC#: | 9513119 |
| DOB: | 04/09/1958 |

Dear Doctor:

I saw Charles Green in neurologic follow up on December 11, 2006. As you will remember, he is a 48-year-old right-handed man who has had episodes of dizziness since May of 2005. At his last visit with me, I recommended that he undergo an EEG and MRI of his brain, both of which were normal. He continues to have spells. He describes the spells as he starts to have ringing in his ears, his vision is blurred, he feels nauseous and dizzy, he starts to vomit, and he has these spells approximately once every three to six weeks. He reports that he has not let the prison officials know when he has a spell and he does not feel that they help him. These spells can last anywhere from a few minutes to 30 minutes. He also gets headaches associated with these spells, which are bilateral. No nausea or photophobia is associated with these headaches. He continues to have headaches, which are slightly increased in severity. Actually, he says that the headaches are not associated with dizzy spells and are infrequent. He also has a worsened ringing in his ears. The vertigo spells are not provoked by motion.

**Past Medical History:** There have been no other changes.

**Medications:** There have been no other changes.

**Past Surgical History:** There have been no other changes.

**Social History:** There have been no other changes.

**Physical Examination:** Vital Signs: Blood pressure is 129/90, Pulse is 70. Weight is 159 pounds.

December 11, 2006
RE:   Charles Green
Page Two

**Neurologic Examination:**
**Cranial Nerves:** Pupils are equal, round, and reactive to light. Extraocular eye movements are intact without nystagmus. Facial strength is symmetric. Hearing is intact bilaterally.
**Motor Examination:** Motor strength is 5/5 throughout. Dix-Hallpike maneuver failed to reproduce his dizziness.

**Impression:** This is a 48-year-old right-handed man who suffers from episodic vertigo. Differential diagnosis for such spells continues to be complex partial seizures, TIA, vertigo, or migrainous equivalence. Given that the spells are stereotypic and their duration, I feel that they are a migranous variant.

**Plan:** The patient does not wish any medications for these symptoms at this time. In the future, medications which might help improve his symptoms are amitriptyline or propanolol, which are used for migraine prophylaxis. The patient should follow up with me as needed.

I spent 25 minutes with this patient; the majority of this time was spent in counseling and coordination of care. We specifically discussed his diagnosis, possible treatment options, and prognosis. At this time, I feel that his prognosis is fairly good. He could get control of these episodes with medication management.

Sincerely,

Nancy Hammond, M.D.
Assistant Professor
Department of Neurology

NH/Accutype 03252232_1

# The University of Kansas Medical Center

Heather Anderson, M.D., Asst. Prof.
Jeffrey M. Burns, M.D., Asst. Prof.
Arthur R. Dick, M.D., Prof.
Richard M. Dubinsky, M.D., M.P.H., Assoc. Prof.
Barry Festoff, M.D., Prof.
Louis T. Giron, M.D., Assoc. Prof.
Sharon G. Lynch, M.D., Assoc. Prof.
Kelly E. Lyons, Ph.D., Res. Assoc. Prof.
April L. McVey, M.D., Assoc. Prof.
William J. Nowack, M.D. Assoc. Prof.

School of Medicine
Department of Neurology

Richard J. Barohn, M.D.
Chairman and Professor

Gary Gronseth, M.D.
Associate Professor and Vice Chairman

Ivan Osoho, M.D., Prof.
Rajesh Pahwa, M.D., Prof.
Lary Ridings, M.D., Clin. Asst. Prof.
Suzanne Stevens, M.D. Clin. Asst. Prof.
John Terry, M.D., Assoc. Prof.
Ramachandran Venkatesh, M.D., Assoc. Prof.
Yunxia Wang, M.D., Asst. Prof.
Thomas J. Whittaker, M.D., Assoc. Prof.
Dewey K. Ziegler, M.D., Professor Emeritus

August 22, 2006

The Medical Director
Prison Health Services
27745 West 159th Street
New Century, KS 66031

RE:      Charles D. Green
KUMC#:   9513119
DOB:     04/09/1958

Dear Doctor:

As you remember, Mr. Green is a 48-year-old right-handed man who has had dizzy spells following a mild head injury in May of 2005. He reports that he never got dizzy spells prior to this head injury, but in the process of incarceration, he was knocked to the ground by a corrections officer and reported hitting his head on a tile floor resulting in black eyes. He denies loss of consciousness with this injury. I am unsure if he sought medical attention or not. Approximately one month after this event in August of 2005, he started having spells of vertigo. He feels like the room is spinning. Prior to the onset of the spells he gets high-pitched ringing in his ears and blurred vision. At first the spells lasted approximately 15-20 minutes where he would feel off balanced and then progress to last approximately 45 minutes to one hour and they are associated with nausea and vomiting. He is currently having the spells of dizziness every 2-6 weeks. Following the spell, he is very fatigued and sleeps for 8-10 hours. He denies any loss of consciousness during the spell. He is aware of his surroundings and is able to answer questions when asked of him. He has had his blood pressure checked immediately following a spell and it is normal. He has not noticed any triggers with the spells. They can happen when he is sitting or lying and are not associated with position changes. He does report, shortly prior to the beginning of these spells, he started taking Seroquel, but has not taken any Seroquel since January of 2006 and the spells have not changed in frequency. He denies any anxiety or trouble sleeping and he reports that he is currently not depressed.

Page Two
RE:        Charles D. Green
KUMC#:     9513119
DOB:       04/09/1958

In addition, he has been having headaches 1-2 times a month. He describes these headaches as occurring in the back of his head and they last less than one hour and very mild in intensity, 3-4/10. He does not get nauseated with these headaches. He denies any headaches or dizzy spells prior to the head trauma.

**Past Medical History:** Is significant for mumps at the age of 6, which gave him deafness in his left ear. He had posttraumatic stress disorder secondary to being arrested which is now resolved. He was also drinking heavily prior to his arrest, but he has not taken a drink for 16 months.

**Medications:** He takes only Proscar.

**Allergies:** He denies any allergies to any medication.

**Surgical History:** He has surgical history of tonsillectomy.

**Family History:** His dad is alive with congestive heart failure. His mother died during heart surgery, but she also had alcoholic history. He has a brother who is addicted to cocaine.

**Social History:** He is currently an inmate at the Johnson County Jail. He denies any use of alcohol, tobacco, or drugs.

**Review of Systems:** Is otherwise negative.

**Examination:** Vital Signs: Blood pressure 134/91. Pulse is 81. Weight is 158 pounds. His mental status exam is grossly normal. Speech is fluent. Fundoscopic exam reveals normal optic discs and posterior segments.

**Neurologic Examination:**
**Cranial Nerves II through XII:** Are intact with the exception of absent hearing in the left ear. His pupils are equal, round, and reactive to light. His extraocular eye movements are intact with no nystagmus. Facial sensation is normal to pinprick, temperature, and light touch. Facial strength is symmetric with no appreciable droop. As previously mentioned, there is decreased hearing in the left ear. The right ear hearing appears to be normal. His palate elevates symmetrically. Shoulder shrug was 5/5 and tongue was midline without atrophy or fasciculation.
**Motor Examination:** Reveals normal muscle tone. No pronator drift is noted. Motor strength is 5/5 throughout.
**Sensory examination:** Is normal to temperature and vibration.
**Reflexes:** Are 2+ throughout. Plantar response is flexor.
**Gait:** Was deferred secondary to shackles around the patient's ankles. Dix-Hallpike maneuver failed to reproduce this dizziness.

Page Three
RE:       Charles D. Green
KUMC#:    9513119
DOB:      04/09/1958

**Impression:** This is a 48-year-old man who has been suffering spells of dizziness since a mild head injury. Dizziness is known to occur following mild head injury. He has a normal neurologic examination at this time. Small injuries to the inner ear are sometimes found to be the cause of dizziness following mild head injury. Meniere's type syndrome has also been reported following mild head injuries.

**Plan:** I have recommended the patient receive an MRI of his brain with and without contrast. Adding in the auditory canals which was not on my original prescription would probably be prudent to look for any small injuries that were not seen on the CAT scan. The patient should get an EEG to rule out epilepsy, however, the duration of the spells as well as the patient's maintenance of mental status throughout the spell makes epilepsy less likely. Other things that could be done to evaluate these dizzy spells could include an evaluation by ear, nose, and throat doctor. I leave this to your discretion. Vestibular rehab has also been shown to help some patients with posttraumatic vertigo, however, this patient's symptoms do not appear to be positional in nature and I doubt this would help him very much.

I spent approximately 45 minutes with the patient and majority of this time was spent on counseling and coordination of care. We specifically discussed the diagnosis and possible treatments for his disorder. I also discussed that most patients with posttraumatic vertigo do get better over a period of time and I would expect his spells of vertigo to improve. If needed, he could see me again in approximately three months.

Sincerely,

Nancy Hammond, M.D.
Assistant Professor
Department of Neurology

NH/xxxxxxx 03220203_1

3599 Rainbow Blvd., Mailstop 2012, Kansas City, Kansas 66160
(913) 588-6970 – Phone    (913) 588-6965 - Fax



**PROGRESS NOTES**

# 05137B

NKDA

| Date/Time | Inmate's Name: | Green, Charles | D.O.B.: 4/11/158 |

Dr. Clun

4/25/07  S— have Discussed X Ray

C Patient.

*John Buck*

Wt 157
T 97.4
O₂ 94%
P 66
B/p 122/78



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PROGRESS NOTES

| Date/Time | Inmate's Name: Greene, Charles | D.O.B.:  /  / |
|-----------|--------------------------------|----------------|
| 6/28/07 | Mrs Karil M. Watkins showed up to pickup Mr Greens Chart that was copied and faxed waiting for her. I verified Mrs watkins drivers license & her business card B. Beasley SN | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Green, Charles.   051378 | DIAGNOSIS |
|---|---|
| | OK to give Proscar 5 mg 1800 x 30 |
| D.O.B. 4/14/58 | |
| ALLERGIES: NKDA | |
| Use First    Date 4/25/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Green, Charles*  051378 | DIAGNOSIS (If Chg'd) *X Ray left Shoulder* |
| D.O.B. 4/14/58 | |
| ALLERGIES: NKDA | |
| Use Last   Date 4/14/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Green, Charles*  51378 | DIAGNOSIS (If Chg'd) *Diarrhea flora due to refusal of urinal* |
| D.O.B. 4/14/58 | |
| ALLERGIES: NKDA | |
| Use Fourth   Date 3/8/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Green, Charles  51378  BIA | DIAGNOSIS (If Chg'd) *renewed*  *Proscar 5mg po qd X 60* |
| D.O.B. 4/14/58 | |
| ALLERGIES: NKDA | *Do Committel & Vokin* |
| Use Third   Date 2/27/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Green, Charles*  051378 | DIAGNOSIS (If Chg'd) *Daily flora X30 days* |
| D.O.B. 4/1/08 | |
| ALLERGIES: NKDA | |
| Use Second   Date 2/22/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Green, Charles  #51378 | DIAGNOSIS *Med renewal*  *Proscar 5mg po qd X 90 days*  V.O. Dr Gamble / Mauk* |
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use First   Date 11/28/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

# Management Concern Memo

Inmate Name: **Green, Charles** FN: **051378** Date: **5/6/07**

Time: **100**                    Housing Location: **4H30**

Information Source: **Medical**

| | |
|---|---|
| Protective Custody: _____ | Suicide Watch: _____ |
| Administrative Segregation: _____ | Medical Watch: _____ |
| Disciplinary Segregation: _____ | Security Watch: _____ |

| | |
|---|---|
| Sack Lunch: _____ | Suicide Prevention Smock: _____ |
| Light on 24 hours a day: _____ | Medical Hold: _____ |
| No Shaving: _____ | Meal Log: _____ |
| Restraints when out of cell: _____ | No property in cell: _____ |
| No watch at this time: _____ | Classification hold: _____ |

**\* OK Extra Mattress**
**\* Lower Level**

Hazard codes added: _____        Officer's Name/PSN: **Susan**

| Time | Inmate Actions/Location | PAN | Time | Inmate Actions/Location | PAN |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



Exhibit 2a

RELEASED

MEDICATION ADMINISTRATION RECORD

| MEDICATION ORDERS | START | STOP |
|---|---|---|
| OK extra pillow<br>OK lower level<br>OK chair in cell | 11-06 | release |
| Proscar 5mg (finasteride) po qd<br>Gamble/fm x60 | 7/28/07 | 7/28/07 |
| OK extra mattress | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S SIGNATURE, TITLE AND INITIALS

ALLERGIES

| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mo. | Year | FACILITY |
|---|---|---|---|---|---|
| Green, Charles | 051378 | Gamble | 9 | 07 | Olathe |

50195

| MEDICATION ORDERS | MEDICATION ADMINISTRATION RECORD |
|---|---|
| OK extra mattress<br>OK lower level<br>OK chair in cell | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30<br>START 11·06   STOP |
| Proscar 5mg<br>. ī po qd           X60 | START   STOP   27·5·01 |
| 9 Proscar 5mg ī po ʒd<br>Gamble /gp           X60 | START 7-28-01   STOP 9-26-01 |
| | START   STOP |
| | START   STOP |
| | START   STOP |
| | START   STOP |
| | START   STOP |
| | START   STOP |
| | START   STOP |

NURSE'S SIGNATURE, TITLE AND INITIALS

| ALLERGIES | | | | | |
|---|---|---|---|---|---|
| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
| Green, Charles | 051378 | Gamble | 7 | 01 | Olathe |

## MEDICATION ADMINISTRATION RECORD

**MEDICATION ORDERS**

DK botanical extra
mattress, lower level
plastic chairs in room    START  11-26-06   STOP  RU

Proscar 5mg
g    1 po gd    X60    START

NURSE'S SIGNATURE, TITLE AND INITIALS

ALLERGIES

| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Green, Charles | 051378 | gamble | 6 | 07 | Olathe |

| MEDICATION ORDERS | MEDICATION ADMINISTRATION RECORD |
|---|---|
| Proscar 5 mg PO @ HS<br>Gamble/SB    X 30 | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30<br>START 4-26-07    STOP 5-26-07 |
| OK extra Mattress<br>lower level<br>plastic chair in room. | START 11-26-06    STOP till released |
| Proscar 5mg<br>q + po @ hs    X60 | START 5-27-07    STOP 7-27-07 |
| | START    STOP |
| | START    STOP |
| | START    STOP |
| | START    STOP |
| | START    STOP |
| | START    STOP |

NURSE'S SIGNATURE, TITLE AND INITIALS

30

| ALLERGIES | | | | | |
|---|---|---|---|---|---|
| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mon. | Year | FACILITY |
| Green, Charles | 051378<br>4 H | Gamble | 05 | 07 | alaska |

60123



| MEDICATION ORDERS | MEDICATION ADMINISTRATION RECORD |
|---|---|

OK Extra Mattress
lower level +
plastic chair in room

Proscar 5mg
po q AM
x 90 day

XRay L shoulder
X1

Proscar 5mg
po q HS
x 30

START 11-26-06   STOP
START 2/1/07   STOP 5/1/07
START 4-1-07   STOP 4-16-07
START 4/26/07   STOP 5/26/07

NURSE'S SIGNATURE, TITLE AND INITIALS

4A30

| ALLERGIES | | | | | |
|---|---|---|---|---|---|
| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
| Green, Charles | 051378 | Gamble | 4 | 07 | JCADC |



**MEDICATION ORDERS**

OK extra mattress
lower level c̄
plastic chair in room

Proscar 5mg
1 po qd    X90

Daily floss    Rel

**MEDICATION ADMINISTRATION RECORD**

START  11-26-07    STOP  Rel

START  2-01-07    STOP  5-01-07

START  2-22-07    STOP  Rel

**NURSES SIGNATURE, TITLE AND INITIALS**

ALLERGIES

| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur.Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Green, Charles | 051378 | gamble | 3 | 2007 | Olathe |

**MEDICATION ORDERS**

DC Xtra mattress
Lower level
1 plastic chair in
room

Proscar 5mg
1 po qd                    X96

Daily floss

Proscar 5mg 1 po qd

q100                       X60

**MEDICATION ADMINISTRATION RECORD**

START 11-28-06   STOP 2-06

START 11-08-06   STOP 2-28-06

START 2-28-07   STOP release

START 3-1-07   STOP 5-1-07

**NURSE'S SIGNATURE, TITLE AND INITIALS**

30

| ALLERGIES | | | | | |
|---|---|---|---|---|---|
| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mo. | Year | FACILITY |
| Green, Charles | DS1378 | Gambi | 2 | 2007 | OSoth |



**MEDICATION ORDERS**

DC xtra mattress
ι lower level
ā plastic chair

Proscar 5mg
ṫ po qd

**MEDICATION ADMINISTRATION RECORD**

START 11·28·06   STOP 11·28·07

**NURSE'S SIGNATURE, TITLE AND INITIALS**

ALLERGIES

| PATIENT'S NAME | I.D. NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Green, Charles | 057378 | Gamble | 1 | 2007 | Castle |

PRISON HEALTH SERVICES
JOHNSON COUNTY ADULT DETENTION CENTER
· NURSING SICK CALL FLOW SHEET

Problem: _____   No. _____

(S)ubjective: S/O I/m seen in nursing clinic. States
he was in a altercation Thursday 4/12/07.
But told the Sgt he was fine. Now he's havein
trouble lying on ℝ side / on ℝ shoulder. I/m
pointed out a tiny non-moveable area clavicl
area. Advised. States it was not like this
(O)bjective:  TPR Prot  ℝ 77  P64BP 123/82  SpO2
Allergies _____   T 98.3
before. Would like the DR. to check it
out. informed I/m would placed him
on Mondays clinic list. ROM ℝ APM R/O
to Shoulder ē diff. I/m States he doesn't use
to cause any higher — uncomfortable. ℝ temp
(A)ssessment: Noted discoloration tiny amt. ℝ sensitivness
Denies any LOC, ∅ c/o N/v, headaches,
blurred vision, ringing in ears. PERL.
(P)lan:  Refer to: Physician  Dentist  Mental Health  Nursing F/U  ReVen PRN
myself ē Nurse Anderson Soon I/m assessment
Protocol utilized: (No) Yes (Title) ___ I/m refused Motrin or tylenol
Placed on Dr's list Monday 4/16/07
Patient indicates understanding of instructions provided: (Yes) No
Inmate refused to tell myself + nurse
Anderson what happened. But stated he did not
fall on ℝ shoulder. Stated thats all he would
say. ___ Sturm

Nurse's Signature _____ Date 4/14/07  Time 1525

Name Greene, Charles   CEN 051378

4/A30



**CCS**
**CORRECT CARE**
**SOLUTIONS**

FAXED
12-31-08 @ 11.05A

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: Nancy Ammons
K4 Physicians Inc
Dept of Neurology
Fax # 913 588 0623

From: Corina Fryman
~~CORRECT CARE/SOLUTIONS~~
~~LANSING CORRECTIONAL FACILITY~~
~~HWY 73 AND KANSAS FACILITY~~
~~P.O. BOX 2~~
~~LANSING, KANSAS 66043~~

Patient: Green Charles

Alias: _____

Date of Birth: 4-1-58

Inmate ID No.: 89907

Social Security No.: 512 - 60 - 2037

Date(s) of Service: 2006 to present

I hereby authorize the above named provider to release to Correct care solutions Inc. or any of its representatives the following confidential information:

[ / ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

| | | |
|---|---|---|
| [ ] Admission | [ / ] Discharge | [ / ] Operative Summary Reports |
| [ ] X-Ray | [ ] Special Studies Reports | [ / ] HIV Test |
| [ ] Laboratory Reports | [ X ] Immunization History | [ X ] Dental Treatment Records |
| [ / ] Psychiatric Summary Report | [ ] Drug Treatment History & Counseling Reports | |
| [ ] Other Records | | |

_____ (Specify information requested) _____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles ____
(Patient's Signature)

_Corina Fryman_
(Witness' Signature)

12/30/08
(Date)

12-31-08
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Corina Fryman_ MCC
( Signature and title for CCS )

12-31-08
(Date)

?HS-MD-70037





FAXED 12-31-08 @ 11:05 An

# AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Johnson County Adult_ _Detention Center_ _101 N. Kansas Ave._ _Olathe, Ks. 66061_

From: _Corina Fryman_ CORRECT CARE SOLUTIONS LANSING CORRECTIONAL FACILITY HWY 73 AND KANSAS FACILITY P.O. BOX 2 LANSING, KANSAS 66043

Patient: _CHARLES GREEN_

Inmate ID No.: _89007_

Alias: _____

Social Security No.: _512_ - _60_ - _2037_

Date of Birth: _4-11-08 58_ C7

Date(s) of Service: _MAY 05 - SEPT 07_

I hereby authorize the above named provider to release to Correct care solutions Inc. or any of its representatives the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission
[ ] Discharge
[ ✗ ] Operative Summary Reports

[ ] X-Ray
[ ✓ ] Special Studies Reports
[ ✗ ] HIV Test

[ ✗ ] Laboratory Reports
[ ✗ ] Immunization History
[ ✗ ] Dental Treatment Records

[ ✗ ] Psychiatric Summary Report
[ ✗ ] Drug Treatment History & Counseling Reports

[ ] Other Records _____

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles Green_
(Patient's Signature)

_Corina Fryman_
(Witness' Signature)

_____
(Date)

_12-31-08_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Corina Fryman_ nurse
(Signature and title for CCS)

_12-31-08_
(Date)

PHS-MD-70037

Exhibit 2a

**Page 69 of 100**

12-29-08 2:03pm
P-1612

# △CCS
## CORRECT CARE
### S O L U T I O N S

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO: Nancy Hammond
KU Physicians Inc.
Dept. of Neurology
FAX # 913-588-0643

FROM: Corina Fryman mac

**CORRECT CARE SOLUTIONS**
LANSING CORRECTIONAL FACILITY
HWY 73 AND KANSAS FACILITY
P.O. BOX 2
LANSING, KANSAS 66043

Patient: Green, Charles

Alias: _____

Date of Birth: 4-9-58

Inmate ID No.: 89907

Social Security No.: 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

Date (s) of Service: 2006 to present

I hereby authorize the above named provider to release to Correct Care Solutions or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission
[✓] X-Ray
[✓] Laboratory Reports
[✓] Psychiatric Summary Report
[✓] Other Records _____

[✓] Discharge
[✓] Special Studies Reports
[ ] Immunization History
[ ] Drug Treatment History & Counseling Reports

[✓] Operative Summary Reports
[ ] HIV Test
[ ] Dental Treatment Records

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles A Green_
(Patient's Signature)

12-29-08
(Date)

_Corina Fryman_
(Witness' Signature)

12-29-08
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriated treatment of the named patient.

_Corin Fry_ mac
(Signature and Title for CCS)

12-29-08
(Date)



# CCS
## CORRECT CARE
### S O L U T I O N S

Correct Care Solutions
Lansing Correctional Facility
P O Box 2 Lansing, KS 66043

Max Clinic Medical Records
Phone # 913-727-3235 ext: 7390
Fax # 913-727-2016

# Fax

To: _Nancy Hammond mb_     From: _Corina Pruman mec_

Fax: _913-588-0673_     Pages: _1 cover 1 pot_

Phone: _____     Date: _12-29-08_

Re: _Green, Charles_     CC: _____

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply

• Comments:

_Release of Information_
_on Charles Green_
_KDOC # 89907_

# Kansas University Physicians, Incorporated
## Department of Neurology

Heather Anderson, M.D.
Jennifer Bickel, M.D.
Richard J. Barohn, M.D.
Jeffrey Burns, M.D.
Arthur R. Dick, M.D.
Richard M. Dubinsky, M.D.
Gary S. Gronseth, M.D.
Nancy Hammond, M.D.
Sharon G. Lynch, M.D.
April L. McVey, M.D.
William J. Nowack, M.D.

3599 Rainbow Boulevard
Kansas City, Kansas 66160-7314
Mail Stop 2012

(913) 588-6916

Appointments: (913) 588-6985
Fax: (913) 588-0673

William J. Nowack, M.D.
Mamatha Pasnoor, M.D.
Ivan Osorio, M.D.
Rajesh Pahwa, M.D.
Goran Rakocevic, M.D.
Larry Ridings, M.D.
M. Suzanne Stevens, M.D.
John B. Terry, M.D.
Yunxia Wang, M.D.
Thomas Whittaker, M.D.
Dewey K. Ziegler, M.D.

11 December 2006

GREEN, Charles D. — DOB 4-11-58
dob 04.09.1958
KU # 951.31.19

Mr. Green was seen in the Neurology Department of the University of Kansas Medical Center today.

If you have any questions, please contact our nurse, Dave @ 913 – 588 – 7176.

Sincerely,

Nancy Hammond, M.D.
Assistant Professor
Janine M. Klingele BSN, RNC
Clinic Nurse Manager
Department of Neurology

**Overland Park Radiolog**  **PA**
5800 Foxridge Drive, Suite 240
Mission KS 66202-2338

Date:
Patient Name:
Account #:
Personal Balance:
GroupNumber:
Policy Number:       512602037
Insurance Company:   MG PRISON HEALTH SERVICES

**Exhibit 2a**

**Page 72 of 100**

105 WESTPARK DR., #200
BRENTWOOD TN 37027

Insurance Company: _____
Ins Company Phone: _____
Ins Company Address: _____
Group #: _____  Policy #: _____
Name of Insured: _____
Social Security Number: _____
Employer of Insured: _____

[Relation of Patient to Insured]: _____

*3  **AUTO**MIXED AADC 300     00855
Charles D Green      40372492
101 N Kansas Avenue
Olathe  KS  66061-3279

Overland Park Radiologists, PA
PO Box 842565
Kansas City  MO  64184-2565

OVERLAN2-0119578-0000868-0704275-001-000053-#000997

PLEASE RETURN TOP PORTION WITH PAYMENT

**THIS IS NOT A BILL**

Dear Charles D Green,

We billed the above insurance more than 50 days ago for the **reading of the xray services(s) shown at the bottom of this page.** The purpose of this letter is to inform you of an outstanding claim and engage your help in obtaining prompt payment from your insurance carrier.  State laws require insurance carriers to respond or pay in 45 days, but we allow 60 days before we begin billing the patient/guarantor.

Step 1: Please verify insurance information shown.  If **incorrect** , please notify us immediately by completing the top left section of this letter and returning it to us either by mail or fax to 913-362-0398.

Step 2: If the insurance information is **correct**, please contact your insurance company regarding prompt payment of this claim according to state law.  See below information helpful for you to obtain:

If your insurance company states payment was made within the last 15 days, you do **NOT** need to contact us as this letter and the payment have probably crossed in processing.

If your insurance company states payment was issued over 15 days ago, please obtain the following information from them:  1) date paid 2) check number, and 3) remit address.

If your insurance company states they have no record of the claim, please obtain a fax number and name of an individual that we can fax the claim to for immediate processing.

Step 3: **After** calling your insurance carrier, contact us at 913-362-9777 or 800-469-8882 with the information you obtained in Step 2 above and we will be glad to advise you further.

M. Wright
Account Representative

| DATE | DESCRIPTION OF SERVICES | DIAGNOSIS | AMOUNT |
|---|---|---|---|
| 05/26/06 | CT HEAD/BRAIN WO CONTRAS | | $142.00 |

| | | Patient Name: | CHARLES GREEN |
|---|---|---|---|
| Office Phone: | 913/362-9777 | Account #: | 40372492 |
| Toll Free: | 800/469-8882 | | |
| Office Hours: | 7:30 a.m. - 4:00 p.m. | | |

DM-BCP

OVERLAN2-0119578-0000868-0704275-001-000053-#000997

Exhibit 2a

Page 73 of 100

Overland Park Regional Medical Center
10500 Quivira Road    Overland Park, KS   66215

Consent For Outpatient Services

Acct: V9722
Name: GREEN, CHARLES D
Attend: Gamble III, John MD
Admit:
Unit: V00541088

**Please read all pages before signing**

5.  Medicare Patient Certification and Assignment of Benefit.
I certify that any information I provide in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct.  I request payment of authorized benefits to be made on my behalf to the hospital or hospital-based physician by the Medicare or Medicaid program.

6.  Patient Self Determination Act.
I have been furnished information regarding Advance Directives (such as durable power of attorney for healthcare and living wills).  I have also been furnished with written information regarding patient rights and responsibilities and other information related to my stay.

Please initial the following applicable statements:
_____ I executed an Advance Directive and have been requested to supply a copy to the facility
_____ I have not executed an Advance Directive
_____ I wish to execute an Advance Directive
_CAG_ I do not wish to execute an Advance Directive

7.  Notice of Privacy Practices.
I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other described and permitted uses and disclosures.  I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge: _____CAG_____ (Initial)

8.  Other Acknowledgements
   a.  <u>Legal Relationship Between Hospital and Physicians.</u>  Most or all of the health care professionals performing services in the hospital are independent contractors and are not hospital agents or employees.  Independent contractors are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent contractors.  I understand that physicians or other health care professionals may be called upon to provide care or services to me or on my behalf, but that I may not actually see, or be examined by, all physicians or health care professionals participating in my care; for example, I may not see physicians providing radiology, pathology, EKG interpretation and anesthesiology services.  I understand that, in most instances, there will be a separate charge for professional services rendered by physicians to me or on my behalf, and that I will receive a bill for these professional services that is separate from the bill for hospital services.

I, the undersigned, as the patient, or the parent, guardian, spouse, guarantor or agent of the patient, hereby certify I have read, and fully and completely understand this Consent for Outpatient Services and Authorization for Medical treatment, and that I have signed this Consent for Outpatient Services and Authorization for Medical Treatment knowingly, freely, voluntarily and agree to be bound by its terms.  I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

[ ] Patient is medically unable to sign the Conditions of Admission        [ ] Patient Refused to Sign

X _Charles Green_
Patient/Parent/Guardian **                    Date: _5/26/06_ Time: _0943_

X _____
Spouse (if Marital Available)

X _____                            If other than patient, indicate relationship
Witness (to Signature only)                   ** _____

Jason B. Billam
Courtney T. Henderson



## BILLAM & HENDERSON, LLC

12/18/08

— Charles, thanks for the
warm wishes. This is all
I have. Good Luck,

September 25, 2007

hand delivery JAS—

Charles Green
INMATE
Olathe Detention Center
101 N. Kansas Avenue
Olathe, KS 66061

RE:    Your Case

### *LEGAL MAIL – PRIVATE AND CONFIDENTIAL*

Dear Charles:

Please find enclosed the following:

- Copy of Notice of Appeal;
- Copy of the Order appointing the Appellate Defender;
- Five original documents concerning the medical attention you received regarding your hearing loss.

The Order appointing the Appellate Defender will be forwarded by the Clerk's office to the Appellate Defender. If you have not heard from them in several weeks, let me know and I will figure out why there has not been contact.

Good luck on your civil matters.

Sincerely,

Jason B. Billam
Attorney-at-Law

Attachments

---

Park Cherry Building
100 E. Park, Suite 1
Olathe, Kansas 66061
913.782.4030 Tel
913.768.1772 Fax

1012 N. Massachusetts St.
Suite 211
Lawrence, Kansas 66044
785.979.6428 Tel
913.768.1772 Fax



Exhibit 2a

# KUPI Kansas University Phy

Page 75 of 100

## STATEMENT OF ACCOUNT FOR PHYSICIAN SERVICES

PATIENT: CHARLES D GREEN          ACCOUNT # 001125203          STATEMENT DATE: 09/17/2006

ITEMS ON THIS STATEMENT REPRESENT CHARGES FOR SERVICES PROVIDED BY PHYSICIANS OR OTHER HEALTH CARE PROFESSIONALS OF K.U. PHYSICIANS, INC. THE DESCRIPTIONS OF SERVICES ARE LISTED ON THE LEFT SIDE. THE PAYMENTS, ADJUSTMENTS, INFORMATION ABOUT CLAIMS FILING, AND AMOUNTS DUE FROM THE PATIENT ARE ON THE RIGHT SIDE. THE PATIENT RESPONSIBILITY AMOUNTS ARE DUE UPON RECEIPT OF THIS STATEMENT.



THE UNIVERSITY OF KANSAS MEDICAL CENTER
3901 RAINBOW BOULEVARD · KANSAS CITY, KANSAS 66160 · (913) 588-5000

NAME _Charles D Green_          AGE ____ DATE _9/15/06_

ADDRESS _____

**R**          DISPENSING BY NON-PROPRIETARY NAME IS AUTHORIZED UNLESS CHECKED HERE ☐

**NOT VALID FOR SCHEDULE II PRESCRIPTIONS**

LOT NUMBER

Patient Charles D. Green was
seen today on 9/15/06 for an
EEG test at KUMED Neurology
department. technician Rebecca
Flann (913) 588-____ 0680

FILLED BY

CHECKED BY _____
Physician Signature

LABEL AS SUCH

Physician Printed Name/Service

REFILL ____ TIMES ____          DEA NO. ____

73-623 8-894

# Olathe Hearing Aid

*Patient Chau:*

**Exhibit 2a**

**Page 76 of 100**

Brent Peterson, B.S., B.C.-H.I.S.

(913) 764-5355 · Fax (913) 764-6455
219 S. Kansas Ave., Olathe KS 66061
olathehear@sbcglobal.net

*Olathe Hearing Aid*  License # *1275*

Hearing Instrument Specialist/Audiologist

## HUMAN SPEECH RANGE

**POWER**  |  **CLARITY**

| | 250hz | 500hz | 1000hz | 2000hz | 4000hz | 8000hz |

**NORMAL**
Ability to understand speech

**MILD**
No significant difficulty with faint speech

No amplification needed

**MODERATE**
Difficulty only with faint speech

Amplification needed

Frequent difficulty with normal speech

**SEVERE**
Frequent difficulty with loud speech

Understand only shouted or amplified speech

Amplification required

**PROFOUND**
May not understand even amplified speech

-10db
0db
10db
20db
30db
40db
50db
60db
70db
80db
90db
100db
110db

| 8% | 14% | 22% | 33% | 23% |

**IMPORTANCE OF SPEECH INTELLIGIBILITY**

*No Response Left Ear is totally deaf*

### AUDIOGRAM KEY

| | L | R | NR L | NR R | | L | R | NR L | NR R |
|---|---|---|---|---|---|---|---|---|---|
| Air Conduction | X | O | X | O | Bone Conduction Forehead | V | V | V | V |
| Air Conduction Masked | □ | △ | □ | △ | Bone Conduction Forehead Masked | ⅂ | Γ | ⅂ | Γ |
| Bone Conduction | > | < | > | < | Threshold of Discomfort Pure Tone | ⊗ | ⊗ | ⊗ | ⊗ |
| Bone Conduction Mastoid Masked | ⅈ | Ⅽ | ⅈ | Ⅽ | | | | | |

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

51378
CEN#                                    MODULE / CELL

DATE 9/20/07 TIME: _____

COLEEN CHARLES
LAST        FIRST        MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

**COMPLAINT:**

**ATTENTION**

You may be charged a co-payment for this medical service.  Indigent inmates
will have their commissary accounts debited if services qualifies.  Refer to
Inmate Guidebook for more information.

PICKED UP BY: _____        HANDLED BY _____
DATE 2/20/07 TIME 8:00       DATE 2/20/07 TIME 8:30

FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☑ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☐ X |

X _____
INMATE SIGNATURE

REV: 11/2003

**JOHNSON COUNTY ADULT DETENTION CENTER**

**REQUEST FOR MEDICAL CARE**

05/378    4/4
CFN#                    MODULE / CELL.

DATE 3/1/10 TIME: 0500

Green    Charles
LAST    FIRST    MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF, WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

**COMPLAINT:**

① Prosear

Monct

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY: _____    HANDLED BY: _____

DATE 3/1/0 TIME: 0730    DATE 3/1/10 TIME: 0800

**FOR USE BY MEDICAL STAFF ONLY**

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☒ |

X
X

INMATE SIGNATURE.

REV: 11/2005

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

051378

CFNH

49

MODULE / CELL

DATE: 4/1/07 TIME: 1000

Green                    Charles
LAST          FIRST          MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

Proscar

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates will have their commissary accounts debited if services qualifies. Refer to Inmate Guidebook for more information.

| PICKED UP BY: m | HANDLED BY: LL |
|---|---|
| DATE 4/1/07 TIME 0900 | DATE 4/1/07 TIME 0900 |

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☒ X I |

April Changes
INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

OSL378

CFN#

MODULE / CELL

DATE: 2|3|0 TIME: 0800

Green Charles

LAST          FIRST          MIDDLE
              (PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

COMPLAINT:

Prosqay                 2|07

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

| PICKED UP BY: | HANDLED BY: |
|---|---|
| DATE 2|3|07 TIME 0800 | DATE 2|3|0 TIME 0800 |

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☒ |

INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

D 51378
CFN#

4A-30
MODULE / CELL

DATE: 4/25/0   TIME: _____

Greeny            Charles
LAST      FIRST      MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY. YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

**COMPLAINT:**

Dr Clinic

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

| PICKED UP BY: | HANDLED BY: |
|---|---|
| DATE 4/25/07 TIME 0900 | DATE 4/25/07 TIME 0900 |

### FOR USE BY MEDICAL STAFF ONLY

| | | | |
|---|---|---|---|
| Nurse Clinic | $5.00 | ☐ | F/u |
| Doctor Clinic | $8.00 | ☐ | |
| Dentist Clinic | $8.00 | ☐ | |
| Medication | $5.00 | ☐ | X __ |
| Medication Refill | $5.00 | ☐ | X __ |

X  Charles Greeny
INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER
### REQUEST FOR MEDICAL CARE

CFN# 051378

MODULE / CELL: 4A

DATE: 4/16/01  TIME: 1000

Green  Charles
LAST    FIRST    MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

Dr. Clinic

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY: M    HANDLED BY: M

DATE: 4/16/01  TIME: 1000    DATE: 4/16/01  TIME: 1007

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☑ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☐ X |

X Charles Green
INMATE SIGNATURE

REV: 11/2003   I WAS ATTACKED / INJURED BY
AN INJURED BY ANOTHER INMATE ON
4/12/07 & I 00 feel I should have to pay for med. charges.

JOHNSON COUNTY ADULT DETENTION CENTER

MEDICAL DIVISION

INMATE RESPONSE FORM

Inmate Name _Green, Charles_

CFN _C 051273_

Housing _4A30_

You have been scheduled to see the,

DOCTOR _____ * _If Please do not_

DENTIST _____ * _write in the_

SPECIALIST _____ * _Charges box_

NURSE _____

☐ Your chart will be reviewed by the doctor.

☐ Your test results are normal.   _" For use by_
_medical staff_
_only "_

☐ The service/item you requested has been referred to the appropriate sergeant.

☐ Your medical records have been requested, but have not arrived.

☐ Paperwork has been completed for a psychiatric referral.

☐ The test you requested is not routinely ordered by the doctor in the absence of symptoms.

_4/22/07   Susan GeHanks_

(Signature of nurse/Date)

*FOR SECURITY REASONS, APPOINTMENT TIMES ARE NOT RELEASED TO INMATES.

## JOHNSON COUNTY ADULT DETENTION CENTER
## REQUEST FOR MEDICAL CARE

051378

CFN #

4A 30

MODULE / CELL

DATE: 4/19 TIME: _____

GREEN                CHARLES S

LAST         FIRST      MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

DR GAMBLE        COMPLAINT:

I request a FOLLOW-UP
visit concerning my shoulder
injury.          Thank you.

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if service qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY _____    HANDLED BY: _____

DATE 4/20/07 TIME 0600    DATE 4/20/07  0430

FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $7.00 | ☐ |
| Medication Refill | $5.00 | ☐ |

N/C
Follow-UP
x
#7

INMATE SIGNATURE

REV 4-15-96

# JOHNSON COUNTY ADULT DETENTION CENTER

## REQUEST FOR MEDICAL CARE

057378

94 30
MODULE / CELL

CFN #

DATE: 4/13  TIME: 7AM

GREEN                    CHARLES
LAST          FIRST         MIDDLE
          (PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.

DR CARVLE   BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

I SUFFERED A SHOULDER INJURY IN
THE POD LAST NIGHT. IT MAY BE
BROKEN, AND NEED AN X-RAY.
Thankyou, Charles Green

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if service qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY: _____   HANDLED BY: _____

DATE 4/14/07 TIME 140   DATE 4/14/07 TIME 1500

### FOR USE BY MEDICAL STAFF ONLY

| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☐ |

0
INMATE SIGNATURE

REV 4-15-96

JOHNSON COUNTY ADULT DETENTION CENTER

REQUEST FOR MEDICAL CARE

CFN#                              MODULE / CELL

DATE 9/9/___ TIME: 0800

Green, Charles
LAST      FIRST      MIDDLE
(FIRST NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

COMPLAINT

① Prosear                Sept

ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY:                HANDLED BY:

DATE 9/9/___ TIME 080    DATE 9/9 TIME 0800

FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☒ X |

INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

OS/378
CFN#

4A
MODULE / CELL

DATE: 8/2/07 TIME: _____

Charles

Green
LAST

FIRST
(PRINT NAME)

MIDDLE

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

Proscar

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY: _____       HANDLED BY: _____

DATE 8/2/07 TIME 1000     DATE 8/2/07 TIME 1000

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☒ X |

### MONTHLY MEDICATION RENEWAL

August

INMATE SIGNATURE

REV: 11/2003

**JOHNSON COUNTY ADULT DETENTION CENTER**

**REQUEST FOR MEDICAL CARE**

051378

CFN#

MODULE / CELL

DATE: 7/8/05   TIME: 0800

green, Charles

LAST   FIRST   MIDDLE

(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

**COMPLAINT:**

1) Proscar      Verify

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY:          HANDLED BY:

DATE: 7/8   TIME: 0800   DATE: 7/8   TIME: 0800

**FOR USE BY MEDICAL STAFF ONLY**

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☑ X |

**MONTHLY MEDICATION RENEWAL**

**INMATE SIGNATURE**

REV: 11/2003

# JOHNSON COUNTY ADULT DETENTION CENTER
## REQUEST FOR MEDICAL CARE

CFN# 051370

MODULE / CPU

DATE 6/3/07 TIME 0800

*Green* *Charles*

LAST — FIRST — MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE ADDRESSED WITH THE SUBMISSION OF THIS FORM. BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

1) Prilosec

Flonase

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates will have their commissary accounts debited if services qualifies. Refer to Inmate Guidebook for more information.

PICKED UP BY: 80

HANDLED BY: 81

DATE 6/3/07 TIME 0800     DATE 6/3/07 TIME 0820

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☑ X / X |

MONTHLY MEDICATION RENEWAL

INMATE SIGNATURE

REV 11/2003

# JOHNSON COUNTY ADULT DETENTION CENTER

## REQUEST FOR MEDICAL CARE

051378

CFN#

MODULE / CELL

DATE: 5/12/07 TIME: 0800

Green, Charles

LAST   FIRST   MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT

① Prozac

1 mcg

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY:                    HANDLED BY:

DATE 5/12/07 TIME 0800   DATE 5/12/07 TIME 0800

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $5.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☒ |

MONTHLY MEDICATION RENEWAL

REV: 11/2005

## JOHNSON COUNTY ADULT DETENTION CENTER
### REQUEST FOR MEDICAL CARE

_05̲1̲3̲7̲8̲_
CFN #

_4A × 30_
MODULE / CELL

DATE: _5-26-07_  TIME: _14:24_

_Green_                     _Charles_           _D._
LAST                          FIRST              MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

### COMPLAINT:

_PLEASE RENEW FINASTERIDE P_

_THIS IS NOT A MEDICATION WHICH_
_NEEDS AUTH FOR RENEWAL. THIS PROSTATE_
_MEDICATION I'VE BEEN ON FOR 10+_
_YEARS_

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if service qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY: _____        HANDLED BY: _____

DATE _5/26_  TIME _150_     DATE _____  TIME _____

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☐ |

_Renewed_

_INMATE SIGNATURE_

REV: 4-15-96

**JOHNSON COUNTY ADULT DETENTION CENTER**

**REQUEST FOR MEDICAL CARE**

Q-5/378

CFN#

48/C

MODULE / CELL

DATE: 9/26 TIME: 2300

GREEN                    CHARLES

LAST        FIRST        MIDDLE

(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

CANCEL        **COMPLAINT:**
DENTIST APPT. FOR NOW.

THE BLEEDING HAS STOPPED.

**ATTENTION**

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

PICKED UP BY:              HANDLED BY:

DATE              TIME              DATE              TIME

FOR USE BY MEDICAL STAFF ONLY

| | |
|---|---|
| Nurse Clinic | $5.00 |
| Doctor Clinic | $8.00 |
| Dentist Clinic | $8.00 |
| Medication | $5.00 |
| Medication Refill | $5.00 |

x ___
x ___

CAN CEL

APPT

INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER

### REQUEST FOR MEDICAL CARE

| 051.278 | 4/3 16 |
|---|---|
| CPN# | MODULE / CELL |

DATE: 9/27 TIME: 1900

GREEN          CHARLES
LAST          FIRST          MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED ONLY
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL ONLY BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

DENTIST          COMPLAINT:

I HAD BLOOD STREAMING OUT
FROM UNDER MY GUMLINE ALONG
THE LOWER RIGHT BICUSPID.
BLEEDINGS IN THE GUMLINE IS
A PREVIOUS COMPLAINT

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates
will have their commissary accounts debited if services qualifies. Refer to
Inmate Guidebook for more information.

| PICKED UP BY: | HANDLED BY: |
|---|---|
| DATE 9/28/06 TIME 0800 | DATE 9/29/06 TIME 9 ≥ 0 |

### FOR USE BY MEDICAL STAFF ONLY

| | | | F/U |
|---|---|---|---|
| Nurse Clinic | $5.00 | ☐ | |
| Doctor Clinic | $2.00 | ☐ | |
| Dentist Clinic | $5.00 | ☐ | |
| Medication | $5.00 | ☐ | X |
| Medication Refill | $5.00 | ☐ | N/C |

INMATE SIGNATURE

REV: 11/2003

## JOHNSON COUNTY ADULT DETENTION CENTER
### REQUEST FOR MEDICAL CARE

0 51378
**CFN #**

4A / 30
**MODULE / CELL**

DATE: 05/14/06 TIME: 1630

Green                    Charles         D.
LAST.          FIRST          MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED <u>ONLY</u>
TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION
OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL <u>ONLY</u> BE
ADDRESSED WITH THE SUBMISSION OF THIS FORM.
BE AS SPECIFIC AS POSSIBLE.

DENTIST          <u>COMPLAINT:</u>

<u>PLEASE SCHEDULE ME TO SEE THE
DENTIST TO REQUEST TO HAVE MY TEETH
CLEANED AS SUGGESTED BY MAJOR
CARTRIGHT</u>

**ATTENTION**
You may be charged a co-payment for this medical service.  Indigent inmates
will have their commissary accounts debited if service qualifies.  Refer to
Inmate Guidebook for more information.

PICKED UP BY:          HANDLED BY:

DATE 5/15/06 TIME 18:30    DATE 5/14/06 TIME 9:35

FOR USE BY MEDICAL STAFF ONLY                F/4

| Nurse Clinic | $3.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ |
| Medication Refill | $5.00 | ☐ |

N/C

INMATE SIGNATURE

REV: 4-15-96

# JOHNSON COUNTY ADULT DETENTION CENTER

## REQUEST FOR MEDICAL CARE

051,378
CFN#

MODULE / CELL

DATE: 1/14/07 TIME: 0800

Joan Chambes
LAST        FIRST        MIDDLE
(PRINT NAME)

THIS FORM IS TO BE FILLED OUT BY YOU AND RETURNED **ONLY** TO A MEMBER OF THE MEDICAL STAFF. WITH THE EXCEPTION OF AN EMERGENCY, YOUR MEDICAL REQUEST WILL **ONLY** BE ADDRESSED WITH THE SUBMISSION OF THIS FORM. **BE AS SPECIFIC AS POSSIBLE.**

### COMPLAINT:

Proscar

Jan 07

### ATTENTION

You may be charged a co-payment for this medical service. Indigent inmates will have their commissary accounts debited if services qualifies. Refer to Inmate Guidebook for more information.

PICKED UP BY:          HANDLED BY:

DATE: 1/14/07 TIME: 0800     DATE: 1/14/07 TIME: 0800

### FOR USE BY MEDICAL STAFF ONLY

| | | |
|---|---|---|
| Nurse Clinic | $5.00 | ☐ |
| Doctor Clinic | $8.00 | ☐ |
| Dentist Clinic | $8.00 | ☐ |
| Medication | $5.00 | ☐ X |
| Medication Refill | $5.00 | ☒ X |

INMATE SIGNATURE:

REV: 11/2003

**KUMED**
C E N T E R

12/11/05
GREEN, CHARLES
PHONE: (H) 913-791-1
Nam KUH MRN: 9515119
DQ DOB: 04/09/1958
APPT REASON: EST PT FU
KU PCP:
REF PHY:
DO PRI INS:
SEC INS:
PCP COPAY:
SPEC COPAY:
NPP: Y   RESTRICTIONS:   CONFIDENTIAL COMM:
Referring Physician:

Primary Care Physician:
Name:                                          Name:
Address:                                       Address:

Job#
85325

**Chief Complaint:**  dizzy spells — CATHe

**History of Present Illness:**
- Still has spells
  start to have ringing in ears, vision (blurred),
  nauseous/dizzy, vomiting
- has spells once every 3-6 weeks
- can last from a few minutes to 30 minutes
- would get HA, bilateral, no nausea, no photophobia
- now HA, getting slight ↑ in severity, but similar
  not associated c dizzy spells, infrequent
- tinnitus is worsened
- vertigo spells not provoked, not provoked by motion

**KUMED**
**C E N T E R**

Name: _____
DOS: _____
KU #: _____
DOB: _____

**Past Medical History:**
no D -

**Allergies:**

**Past Surgical History:**
no △

**Medications:** None

**Family History:**

**Social History:**
no △

Neurology History and Physical Form 2

Exhibit 2a

# KUMED
## CENTER

Name: _____
DOS: _____
KU #: _____
DOB: _____

## Neurological Examination:

Note: ☐ Check the box if normal

**Cranial nerves:**

II. ☑        III, IV, VI. ☑        V. ☐        VII. ☑

OD        **Right**        **Left**

OS

|  | R | L |
|---|---|---|
| Orbicularis Oculi | __ | __ |
| Orbicularis Oris | __ | __ |

VIII. ☐        IX, X. ☐        XI. ☐        XII. ☐

## Motor exam:

| Upper extremities | | Lower extremities | |
|---|---|---|---|
| Abnormal | | Abnormal | |
| | | | |
| | | | |

Muscle tone
Muscle bulk / atrophy
Fasciculations
Pronator drift
Arm roll fix

## MOTOR STRENGTH: GRADE 0, 1, 2, 3, 4, 5

| Neck flexors | | | | Hip flexors | Right | Left | | Other muscles | Right | Left |
|---|---|---|---|---|---|---|---|---|---|---|
| Neck extensors | | | | Hip abductors | | | | | | |
| | | Right | Left | Hip extensors | | | | | | |
| Shoulder abductors | | | | Hip adductors | | | | | | |
| Elbow flexors | | | | Knee flexors | | | | | | |
| Elbow extensors | | | | Knee extensors | | | | | | |
| Wrist extensors | | | | Ankle dorsiflexors | | | | | | |
| Wrist flexors | | | | Ankle plantar flexors | | | | | | |
| Finger flexors | | | | Ankle inversion | | | | | | |
| Finger extensors | | | | Ankle eversion | | | | | | |
| Finger abductors | | | | Toe flexors | | | | | | |
| Thumb abductors | | | | Toe extensors | | | | | | |

## Involuntary movements :

_____
_____
_____
_____
_____

**KUMED**
C E N T E R

12/11/06
GREEN, CHARLES D
PHONE: (H) 913-791
KUH MRN: 9513119
Name: DOB: 04/09/1958 V#: 2568263   VTYPE: EST
DOS: APPT REASON: EST PT FU
PCP:
KU#: REF PHY:
DOB: PRI INS:
SEC INS:
PCP COPAY:
SPEC COPAY:
NPP: Y  RESTRICTIONS:   CONFIDENTIAL COMM:

## REVIEW OF SYSTEMS

| Systems | DONE | Positive symptoms: |
|---|---|---|
| Constitutional | ☐ | |
| Eyes | ☐ | |
| ENT | ☐ | |
| Cardiovascular | ☐ | |
| Respiratory | ☐ | |
| Gastrointestinal | ☐ | |
| Genitourinary | ☐ | |
| Musculoskeletal | ☐ | |
| Integumentary | ☐ | |
| Neurological | ☐ | |
| Psychiatric | ☐ | |
| Endocrine | ☐ | |
| Hematologic/Lymphatic | ☐ | |
| Allergic/Immunologic | ☐ | |

## GENERAL PHYSICAL EXAMINATION:

VITAL SIGNS:     BP: _150/90_ P: _70_ R: ____ Height ____ Weight _159#_ Temp: ____

Mental Status Exam: _____

_____

_____

_____

Speech: _____

HEENT: _____
**Funduscopic exam: _____
**Carotids: _____
Lungs: _____
**Cardiac: _____
Abdomen: _____
Extremities: _____
**Peripheral vascular: _____
Skin: _____
Spine: _____
Other: _____

Revised 05/01/2003

Neurology History and Physical Form 3

# KUMED CENTER

Name: _____
DOS: _____
KU #: _____
DOB: _____

**FACULTY REVIEW NOTES:**

I have personally interviewed and examined _____ and reviewed the history,

physical examination, impression and plan of care as outlined by Dr. _____. The patient presents with

a history of : _____

On exam there is: _____

My impression is: _____

The plan is : _____

I spent _____ 25 _____ minutes with the patient. The majority of this time was spent in counseling and coordination of care.

We specifically discussed: _Diagnosis, possible treatment, prognosis_

Resident Name _____
Signature _____
Date / Time _____

Attending Name _Maureen Howard_
Signature _____
Date / Time _12/15/06_

☐ Dictated        ☐ Not Dictated

Revised 08/01/2003

Neurology History and Physical Form 6