LABS (CHRONO ORDER) TOP
XRAY REQUEST AND RESULTS
EKG'S (CHRONO ORDER)
ALL REFERRALS, DENIALS & CONSULTS FORMS FOR ONE ENCOUNTER
                                                    (STAPLED)
PATIENT REFERRAL REQUESTS (CHRONO ORDER)
OUTSIDE MED RECORDS
STAFF REF FORMS

## LABS & CONSULTS

# SECTION 6

KANSAS HE ,TH AND ENVIRONMENTAL LA OR

**Exhibit 10a**

Kansas Department of Health and Environme

Forbes Field, Bldg. 740, Topeka, Kansas 66620-0

**Page 2 of 100**

## REPORT OF ANALYSIS



### SYPHILIS SEROLOGY

Physician or Medical Institution:        Analysis Code: VD          Lab Number:  30160857

    LANSING CORR FAC-CENTRAL                          Clinic: JAIL   Date Collected: 09/09/10
    ATTN:CHRISTINA PANKASKIE MAXCL                             Date Received: 09/13/10
    HWY 73 & KANSAS AVE  PO BOX 2                              Date Analyzed: 09/14/10
    LANSING KS 66043-0002                                     Date Reported: 09/14/10

Patient: GREEN, CHARLES              DOB: 04/11/1958      County:          Sex: M
Address:

Race: Am.Indian/      Ethnicity: Unknown        Pt.Code: 88907—  89907
Clinical Information: Asymptomatic      Specimen Source: Blood
History or Symptoms of Late Syphilis:      Previous Reagin Test:

Physician: SATCHELL                              CLIA NO. 17D0648254

| ANALYTICAL RESULTS | | |
|---|---|---|
| RPR | NON-REACTIVE | Titer: |
| FTA-ABS-DS | NOT ANALYZED | |

K. Wirths, MD
9.22.10



## KANSAS DEPARTMENT OF CORRECTIONS

STOOL   OCCULT

SPECIMEN #1 ___Neg___          DATE ___7/9/08___

SPECIMEN #2 _____          DATE _____

SPECIMEN #3 _____          DATE _____

| Patients Last Name | First | Middle | Age | DOB | R/S | ID No. |
|---|---|---|---|---|---|---|
| Green, | Charles | | | 4/4/58 | C/m | 88907 |

LABORATORY REPORTS

**BioReference**
LABORATORIES

**Exhibit 10a**

102573525-3   GR

**Page 4 of 100**

| DOCTOR | | |
|---|---|---|
| LANSING CORR. FAC/EAST | GREEN, CHARLES | GREEN, CHARLES |
| 301 KANSAS AVE    FX | | |
| LANSING, KS  66043 | GREEN, CHARLES | GREEN, CHARLES |
| (913) 727-3235    (K2011-7) | | |

FINAL - Original Report 04/04/2009

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GREEN, CHARLES | 89907 | GARY LEGLER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 102573525 | 04/03/2009 | 04/04/2009 15:19 | 4/6/2009 08:50 | 51 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Comment : | | | | |
| FASTING | | | | |

------------------------------ * CHEMISTRY * ------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.0 | | 5.9-8.4 | gm/dl |
| Albumin | 4.6 | | 3.2-5.2 | gm/dl |
| Globulin | 2.4 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.9 | | 1.1-2.9 | |
| Glucose | 81 | | 70-99 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.6 | | 3.3-5.3 | mmol/L |
| Chloride | 100 | | 96-108 | mmol/L |
| CO2 | 28 | | 21-29 | mmol/L |
| BUN | 13 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 13 | | 10-28 | |
| Calcium | 9.7 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 78 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 121 | | 94-250 | u/l |
| Alk Phos | 68 | | 39-120 | u/l |
| AST (SGOT) | 16 | | < 37 | u/l |
| Phosphorous | 2.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 11 | | < 40 | u/L |
| G-GTP | 11 | | 7-51 | u/L |

************************************************************************

* GFR, Estimated = 78.77 mL/min/1.73m2

************************************************************************

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73. If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range: >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months. A calculated
result of <15 mL is consistent with renal failure.

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**Exhibit 10a**

# BioReference
### LABORATORIES

102573525-3   GRE

**DOCTOR**
LANSING CORR. FAC/EAST
301 KANSAS AVE
LANSING, KS  66043
(913) 727-3235   (K2011-7)

FX

GREEN, CHARLES | GREEN, CHARLES
GREEN, CHARLES | GREEN, CHARLES

FINAL Original Report 04/04/2009

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GREEN, CHARLES | 89907 | GARY LEGLER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 102573525 | 04/03/2009 | 04/04/2009 15:19 | 4/6/2009 08:50 | 51 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

**------- * CARDIOVASCULAR/LIPIDS * -------**

| | | | | |
|---|---|---|---|---|
| Cholesterol | 188 | | < 200 | mg/dl |
| Triglycerides | 146 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 49 | | >35 | mg/dl |
| HDL as % of Cholesterol | 26 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 3.84 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 2.24 | | 0-3.55 | |
| LDL Cholesterol | | 110 HI | < 100 | |

**------- * HEMATOLOGY * -------**

| | | | | |
|---|---|---|---|---|
| WBC | 5.9 | | 3.40-11.80 | x10(3) |
| RBC | 5.4 | | 4.20-5.90 | x10(6) |
| HGB | 16.5 | | 12.3-17.0 | gm/dl |
| HCT | 51.9 | | 39.3-52.5 | % |
| MCV | 95.8 | | 80.0-100.0 | FL |
| MCH | 30.4 | | 25.0-34.1 | pg |
| MCHC | 31.8 | | 29.0-35.0 | gm/dl |
| RDW | 13.9 | | 10.9-16.9 | % |
| POLYS | 52 | | 36-78 | % |
| LYMPHS | 39 | | 12-48 | % |
| EOS | 2 | | 0-8 | % |
| BASOS | 0 | | 0-2 | % |
| MONOS | 7 | | 0-13 | % |
| Platelet Count | 150 | | 144-400 | x10(3) |

**------- * MISCELLANEOUS * -------**

| | | | |
|---|---|---|---|
| TSH | 2.220 | 0.27-4.2 | uIU/mL |
| THYROXINE (T4) | 7.6 | 4.5-12.0 | ug/dL |
| T3 UPTAKE | 30.6 | 24.3-39.0% | |
| FREE T4 INDEX | 2.3 | 1.1-4.5 | |
| PSA 3rd.GEN. | 1.380 | <4.0 | ng/mL |

*********************************************************

The PSA assay should not be the only test used for diagnostic
purposes. Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose. Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

Exhibit 10a

**LAB CENTER**  Practice: CCS KANSAS DOC  Location: K2008 - LANSING CORR. FACILIT

Results | Orders | Patients | Admin | Advanced Search | Last Name

| PATIENT NAME GREEN, CHARLES | | PATIENT I.D./ROOM NO. 89907 | STATUS F | |
|---|---|---|---|---|
| LAB I.D. NO. 102573525 | DATE COLLECTED 4/3/2009 | DATE RECEIVED 4/4/2009 15:19 | | DATE C 4/4/20 |

Record 1 of 3

| Test Description Accession Comment ... | Results | Abnormal | Range |
|---|---|---|---|
| -------* CHEMISTRY *-------- | | Col: 4/3/2009 | |
| Total Protein | 7.0 | | 5.9-8.4 |
| Albumin | 4.6 | | 3.2-5.2 |
| Globulin | 2.4 | | 1.7-3.7 |
| A/G Ratio | 1.9 | | 1.1-2.9 |
| Glucose | 81 | | 70-99 |
| Sodium | 140 | | 133-145 |
| Potassium | 4.6 | | 3.3-5.3 |
| Chloride | 100 | | 96-108 |
| CO2 | 28 | | 21-29 |
| BUN | 13 | | 7-25 |
| * Creatinine | 1.0 | | 0.6-1.3 |
| BUN/Creat Ratio | 13 | | 10-28 |
| Calcium | 9.7 | | 8.4-10.4 |
| Uric Acid | 5.5 | | 2.4-7.0 |
| Iron | 78 | | 30-160 |
| Bilirubin, Total | 0.4 | *G 10/12/01* | 0.1-1.0 |
| LDH | 121 | | 94-250 |
| Alk Phos | 68 | | 39-120 |
| AST (SGOT) | 16 | | < 37 |
| Phosphorous | 2.9 | | 2.6-4.5 |
| ALT (SGPT) | 11 | | < 40 |
| G-GTP | 11 | | 7-51 |
| -* CARDIOVASCULAR/LIPIDS *-- | | Col: 4/3/2009 | |
| Cholesterol | 188 | | < 200 |
| Triglycerides | 146 | | < 151 |
| HDL CHOL.,DIRECT | 49 | | >35 |
| HDL as % of Cholesterol | 26 | | |
| Chol/HDL Ratio | 3.84 | | |
| LDL/HDL Ratio | 2.24 | | 0-3.55 |
| LDL Cholesterol | | 110 HI | < 100 |
| ------* HEMATOLOGY *-------- | | Col: 4/3/2009 | |
| WBC | 5.9 | | 3.40-11.80 |
| RBC | 5.4 | | 4.20-5.90 |

Exhibit 10a

Page 7 of 100

| | | |
|---|---|---|
| HGB | 16.5 | ------ --- |
| HCT | 51.9 | 39.3-52.5 |
| MCV | 95.8 | 80.0-100.0 |
| MCH | 30.4 | 25.0-34.1 |
| MCHC | 31.8 | 29.0-35.0 |
| RDW | 13.9 | 10.9-16.9 |
| POLYS | 52 | 36-78 |
| LYMPHS | 39 | 12-48 |
| EOS | 2 | 0-8 |
| BASOS | 0 | 0-2 |
| MONOS | 7 | 0-13 |
| Platelet Count | 150 | 144-400 |
| -----* MISCELLANEOUS *------ | | Col: 4/3/2009 |
| TSH | 2.220 | 0.27-4.2 uIU/m |
| THYROXINE(T4) | 7.6 | 4.5-12.0 ug/dL |
| T3 UPTAKE | 30.6 | 24.3-39.0% |
| FREE T4 INDEX | 2.3 | 1.1-4.5 |
| PSA 3rd.GEN. | 1.380 | <4.0 ng/mL |

-- END OF REPORT --

Record 1 of 3



CORRECT CARE
S O L U T I O N S

DEPARTMENT OF CORRECTIONS

Dr Legler

## URINALYSIS                    DATE 04-03 09

| | | |
|---|---|---|
| LEUKOCYTES | Neg | BLOOD Neg |
| NITRITE | Neg | SPEC. GRAVITY 1.020 |
| UROBILINOGEN | Neg | KETONE Neg |
| PROTEIN | Neg | GLUCOSE Neg |
| pH | 7.0 | HCG |

Bili — Neg

(Add: Final Labs Here)

L.W  Lab Tech

4/9/06

LCF
East

50

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX |
|---|---|---|---|---|
| Green , Charles  D | | 89907 | 04-11-58 | O/M |

**Exhibit 10a**

**BioReference** [1591]    101499347-3   GR:
LABORATORIES

**Page 9 of 100**

| D O C T O R | LANSING CORR.FAC/MEDIUM<br>HIGHWAY 7 & KANSAS AVE<br>LANSING  KS  66043<br>(913) 727-3235    (K2009-1) | GREEN, CHARLES<br><br>GREEN, CHARLES | GREEN, CHARLES<br><br>GREEN, CHARLES |
|---|---|---|---|

-FINAL- Original Report 12/18/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GREEN, CHARLES | 89907 | HOANG |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101499347 | 12/17/2008 | 12/17/2008 03:17 | 12/18/2008 09:11 | 50 | Y M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

--------------------------------* CHEMISTRY *----------------------------

| Uric Acid | 5.3 | | 2.4-7.0 | mg/dl |
|---|---|---|---|---|

-------------------------------* MISCELLANEOUS *--------------------------

| ANA SCREEN | Negative | | NEGATIVE |
|---|---|---|---|
| ASO | 159 | | <200 IU/mL |
| CRP | <0.3 | | <0.5 mg/dL |
| RF, QUANT. | <7.0 | | <14 IU/mL |

*****************************************************************************
NOTE: Positive screening results for the Antinuclear Antibodies
(ANA) test (0038) automatically reflex to the Immunofluorescent
assay (IFA) (at additional cost) for titer. Low levels of antibody
detected by the screening method may not agree with results obtained
by IFA and may be clinically insignificant. Please evaluate both
results, together with other autoimmune tests as well as the patient's
clinical indicators. Autoreflex testing effective 1/14/08.

Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05



DIVISION OF HEALTH & ENVIRONMENTAL L
Kansas Department of Health and Environm.
Forbes Field, Bldg. 740, Topeka, Kansas 66620-

**Exhibit 10a**

**Page 10 of 100**



## REPORT OF ANALYSIS

### SYPHILIS SEROLOGY

| | | |
|---|---|---|
| Physician or Medical Institution: | Analysis Code: VD | Lab Number:  4228331 |

EL DORADO CORR FAC-RDU
ATTN: WILLIAM KLINE
1737 S E HIGHWAY 54
EL DORADO KS 67042-0000

Clinic: JAIL   Date Collected: 09/28/07
Date Received: 10/01/07
Date Analyzed: 10/01/07
Date Reported: 10/02/07

Patient: GRBEN, CHARLES            DOB: 04/11/1958      County: BU        Sex: M
Address:

Race: White            Ethnicity: Non-Hispanic     Pt.Code: 89907
Clinical Information: Asymptomatic     Specimen Source: Blood
History or Symptoms of Late Syphilis:      Previous Reagin Test:

Physician: JONES                                CLIA NO. 17D0648254

| ANALYTICAL RESULTS | | |
|---|---|---|
| RPR | NON-REACTIVE | Titer: |
| FTA-ABS-DS | NOT ANALYZED | |

(circle choice)
1. Insignificant lab; NO F/U needed
Comments:
2. Significant lab; See Progress Notes
10/08/07
Review Date/Time

Signature of Reviewer

**Exhibit 10a**

BioReference
LABORATORIES

| 105831827-1 GR | **Page 11 of 100** |

| D O C T O R | EL DORADO CF/RDU<br>1737 SE HIGHWAY 54<br>EL DORADO, KS 67042<br>(316) 321-7284 (K2003-4) | FX | GREEN, CHARLES | GREEN, CHARLES |
| | | | GREEN, CHARLES | GREEN, CHARLES |

-FINAL- Original Report 09/29/2007

| NAME | | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP NAME |
| GREEN, CHARLES | | 89907 | | EL DORADO CF/RDU |

| LAB I.D. NO. | DATE COLLECTED | | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 105831827 | 09/28/2007 | | 09/28/2007 02:29 | 10/1/2007 09:57 | 49 | Y M |

| Test Description | Result | Abnormal | Reference Range |
| --- | --- | --- | --- |

-------------------------------* CHEMISTRY *-------------------------------

| Total Protein | 6.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.6 | | 3.2-5.2 | gm/dl |
| Globulin | 2.3 | | 1.7-3.7 | gm/dl |
| A/G Ratio | 2.0 | | 1.1-2.9 | |
| Glucose | 100 | | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 4.4 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 13 | | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 14.4 | | 10-28 | |
| Calcium | 9.2 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.4 | | 2.4-7.0 | mg/dl |
| Iron | 127 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.7 | | 0.1-1.0 | mg/dl |
| LDH | 131 | | 94-250 | u/l |
| Alk Phos | 62 | | 39-120 | u/l |
| AST (SGOT) | 19 | | < 37 | u/l |
| Phosphorous | 4.0 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 15 | | < 40 | u/L |
| G-GTP | 13 | | 7-51 | u/L |

*Normal*

*********************************************************************
* GFR, Estimated = 95.13 mL/min/1.73m2

10/15/07

*********************************************************************

-------------------------* CARDIOVASCULAR/LIPIDS *-------------------------

| Cholesterol | 167 | | < 200 | mg/dl |
| Triglycerides | 149 | | < 151 | mg/dl |
| HDL CHOL., DIRECT | 49 | | >35 | mg/dl |
| HDL as % of Cholesterol | 29 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 3.41 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.82 | | 0-3.55 | |
| LDL Cholesterol | 89 | | < 100 | mg/dL |

Continued on Next Page

Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**Exhibit 10a**

## BioReference
LABORATORIES

| | |
|---|---|
| 105831827-1   GR. | **Page 12 of 100** |

| | |
|---|---|
| GREEN, CHARLES | GREEN, CHARLES |
| GREEN, CHARLES | GREEN, CHARLES |

D O C T O R

EL DORADO CF/RDU
1737 SE HIGHWAY 54      FX
EL DORADO, KS   67042
(316) 321-7284     (K2003-4)

-FINAL- Original Report 09/29/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| GREEN, CHARLES | 89907 | EL DORADO CF/RDU |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105831827 | 09/28/2007 | 09/28/2007 02:29 | 10/1/2007 09:57 | 49 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

---------------------------------* HEMATOLOGY *----------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 7.7 | | 3.40-11.80 | x10(3) |
| RBC | 5.6 | | 4.20-5.90 | x10(6) |
| HGB | 16.3 | | 12.3-17.0 | gm/dl |
| HCT | 50.8 | | 39.3-52.5 | % |
| MCV | 91.4 | | 80.0-100.0 | FL |
| MCH | 29.3 | | 25.0-34.1 | pg |
| MCHC | 32.1 | | 29.0-34.0 | gm/dl |
| RDW | 13.2 | | 10.9-16.9 | % |
| POLYS | 59 | | 36-78 | % |
| LYMPHS | 34 | | 12-48 | % |
| EOS | 1 | | 0-8 | % |
| BASOS | 0 | | 0-2 | % |
| MONOS | 6 | | 0-13 | % |
| Platelet Count | 168 | | 144-400 | x10(3) |

*****************************************************************************
NOTE: SST tube submitted was inadequately spun. Serum was found to
contain RBCs. Certain tests, e.g. Glucose, may be decreased while
others e.g. Potassium or LDH may be elevated.

Final Report                                    Page: 2

① Normal

Comment: 1. Insignificant lab; no F/U needed

2. Significant lab; See Progress Notes

10/15/07
Review Date/Time

Signature of Reviewer

James Weisberger, M.D.
LABORATORY DIRECTOR

**Correct Care Solutions**    **Exhibit 10a**
Kansas Department of Corrections
Outpatient Referral Request Form    **Page 13 of 100**

Page # 1

**Inmate Name:** GARZA , RAMIRO   R.    **KDOC#:** 62360
**Birth Date:**  09/22/1976    Sex:  male    Race:  Hispanic
**Evaluation Date:  09/27/2010 11:53 AM**    **Location:** Lansing Corr. Fac. - Maximum

OMIS PROJECTED RELEASE DATE: 04/27/2012
OMIS LATEST ADMISSION DATE:    02/05/2010
Previous Site: Lansing Corr. Fac. - Maximum    Date Transferred:
Social Security Number: 511849366
Alias:  Male    Custody Date: 02/05/2010
Potential Release Date: 04/27/2012    Patient is housed in infirmary.
Requesting Physician or PA:  Wirths, Kimberly MD  Today's Date: 09/27/2010
Problems/Diagnosis:  Severe cardiomyopathy

## Service
**ROUTINE (Within 5 days)**
Place of Service:  cariovascular consultants
(Fill in accompanying additional highlighted information below)

**Physician Visit**
Specialty Referred to:  cardiology
This is the initial evaluation.
If this is a F/U, when was the:
Estimated Date of Service:  10/11/2010
Please list any additional services that will be included in this visit:
    ECHO, TEE

**Outpatient Diagnostic Procedure**
Type of procedure or surgery requested:  ECHO, TEE

## History/Exam Results/Necessity

**Previous treatment and response (include meds):**
Severe Cardiomyopathy. Had a TEE in Wichita in 2009. Has AICD. Chronic anticoag. CHF, hyperlipidemia. Hx of several past CVAs. EF of 55
60%

**History of illness/injury with date of onset:**
As above

**Results of complaint directed physical exam with objective findings:**
Heart: RRR. Lungs: CTA. Abdo: Obese, BS+,soft, nontender. Ext: no edema

**Current functional ability in ADL's:**
Currently, relatively disabled due to degree of cardiomyopathy

**State medical necessity for this referral:**
Per Dr. Lawhorn, pt needs further eval to clarify status.

You must include copies of all pertinent lab, x-rays, and specialty consult reports with this form.

**Correct Care Solutions**

Kansas Department of Corrections

Outpatient Referral Request Form

Page # 2

Inmate Name:  GARZA , RAMIRO   R.                                         **KDOC#:** 62360

**Birth Date:**  09/22/1976                    Sex: male              **Race:** Hispanic

**Evaluation Date:  09/27/2010 11:53 AM**                            **Location:** Lansing Corr. Fac. - Maximum

Actual Date of Service  10/11/2010
**Patient is NOT an Interstate Compact**

Current Date 09/27/2010 Encounter Date 09/27/2010 11:40 AM
Tax ID:
Name  Kimberly Wirths, MD

*Only use if  faxed Regional office*
*Regional office hard copy use only below*

_____ Approved

_____ Alternative Treatment

**Authorization#** _____
**Medical Director Signature** _____

El Dorado Correctional Facility

Exhibit 10a

1737 S.E. Highway 54

El Dorado, KS, 67042

Page 15 of 100

(316) 321-7284

| | | | |
|---|---|---|---|
| **Patient:** | Charles Green | **Date of Birth:** | 4/11/1958 |
| **Medical Record #** | 89907 | **Referring Physician:** | Jones |
| **Date of Study:** | 10/17/2007 | **Technologist:** | S S |

History: Arthritis

KNEE RIGHT

FINDINGS: AP and lateral views are provided. No acute fracture is detected. Medial and lateral compartments are mildly narrow consistent with osteoarthritis. The patellofemoral articulation is appropriate. No significant joint fluid is present. No pathological calcification is seen.

IMPRESSION:

Mild medial and lateral compartment osteoarthritis.

*Lanita M. Dawson-Jones*

Lanita Dawson-Jones, M.D
Thursday, October 18, 2007

El Dorado Correctional Facility
1737 S.E. Highway 54
El Dorado, KS, 67042
(316) 321-7284

| Patient: | Charles Green | Date of Birth: | 4/11/1958 |
|---|---|---|---|
| Medical Record # | 89907 | Referring Physician: | Jones |
| Date of Study: | 10/17/2007 | Technologist: | S S |

History: Arthritis

SPINE TWO VIEW LUMBAR SERIES

FINDINGS: AP and lateral views are provided only. This exam is suboptimal secondary to underpenetrated technique. Alignment is straightened. There appears to be mild endplate degenerative change and disc height loss at L5-S1. Disc heights at the remaining levels are appropriate. Mild endplate degenerative changes are also observed at L2-3. No superimposed acute fracture, subluxation or dislocation is detected. Pedicles appear intact bilaterally at all levels. Visualized bony pelvis and sacrum are satisfactory. Minimal phlebolith calcification is seen in the pelvis.

IMPRESSION:

Straightened alignment with suspected mild disc height loss at L5-S1.

*Lanita M. Dawson-Jones*

Lanita Dawson-Jones, M.D
Thursday, October 18, 2007

El Dorado Correctional Facility
1737 S.E. Highway 54
El Dorado, KS, 67042
(316) 321-7284

| Patient: | Charles Green | Date of Birth: | 4/11/1958 |
|---|---|---|---|
| Medical Record # | 39907 | Referring Physician: | Jones |
| Date of Study: | 10/2/2007 | Technologist: | S S |

History: 20mm +TB test

CHEST, ONE VIEW:

A single view of the chest reveals a normal cardiomediastinal silhouette. There are no infiltrates or pleural effusions. The skeletal structures are unremarkable. No radiographic evidence of active tuberculosis.

IMPRESSION:

Normal chest x-ray.

*Lanita M. Dawson-Jones*

Lanita Dawson-Jones, M.D
Thursday, October 04, 2007

*see CC TB*
*10/15/07*

*P Jones mo*

*CC noted 10/14/07 10:10*
*also addressed on 10/15/07 15:54*
*Noted R Hudson*
*10/16/07*

## CCS CardioPerfect Workstation

Name:        GREEN, CHARLES
Number:      89907
Gender:      Male
Birthdate:   4/11/1958    49 years

P / PR:      113 ms / 188 ms
QRS:         107 ms
QT / QTc / QTd:   412 ms / 402 ms / –
P/QRS/T axis:     34° / 3° / 49°
Heartrate:   57 bpm

Recorded:
Recorded by:
Referring physician:
Location:
Comment:

9/26/2007 11:11:07 AM
DOCENTRALLeddfeig

EDCF RDU Clinic

UNCONFIRMED INTERPRETATION - MD SHOULD REVIEW
sinus rhythm (slow)

Normal ECG
*Noted*

T. [signature]
10/04/07



## Providence Medical Center
## Radiology Diagnostic Report

Exhibit 10a

Page 19 of 100

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | GREEN, CHARLES | | | | | **MRN.** | 454557 |
| **DOB:** | 4/11/58 | **Sex:** | M | **Age:** | 51 Years | **Pt. Status:** | C |
| **Accession:** | 1000001586106 | **Visit #:** | 19424696 | | | **Pt. Location:** | XRY |
| **Exam:** | (PMC) UPROSTATE - Prostate Transrectal | | | | | | |

**Reports to:**

**Requesting Provider:**   Unassigned, Doctor        **Phone:**

**Attending Provider:**   n/a        **Phone:**

SATCHELL, JOHN G        **Phone:** (913)955-7019

Dr John Satchell 913-727-3235 ext 7236 fax 913-727-2069

---

**Exam Complete Date/Time:** 09/09/2009 9:23 AM CDT

**Signs & Symptoms:**   Enlarged prostate

**Prostate Ultrasound:** 09/09/09

**Clinical History:** enlarged prostate

Transrectal scanning was performed. The prostate gland measures 4.3 cm in width. Multiple calcifications are seen centrally in the gland. The remainder of the gland is mildly heterogeneous. No discrete prostatic mass is seen. Limited views of the seminal vesicles are unremarkable.

**Impression:**

THE PROSTATE GLAND IS MILDLY HETEROGENEOUS AND CONTAINS MULTIPLE CALCIFICATIONS. NO DISCRETE MASS IS SEEN. CORRELATION WITH THE PATIENT'S PSA VALUE IS SUGGESTED.

End of diagnostic report for accession:   1000001586106

Moritz MD, Rick Radiologist
Dictated Date:   09/09/2009        Dictated Time:  3:23 PM CDT
Transcribed Date:  09/10/2009        Time:   8:07:00 am
Transcriptionist:   kdt

Page 1 of 1        This is a signed report

Providence Medical Center
8929 Parallel Parkway
Kansas City KS, 66112

10/04/2010  09:17   9137822024          WALK-IN HEALTHCAR

**Exhibit 10a**

**Page 20 of 100**

### URGENT CARE OF OLATHE
A DIVISION OF
OLATHE MEDICAL SERVICES, INC.
15435 w 134th Place
Olathe, KS 66062
(913) 780-0030
(913) 782-2924 (Fax)

Robert E. Ham, M.D.                          Gary D. Harris, M.D.

**CONFIDENTIALITY NOTICE:** This document (s) accompanying this transmission is intended for the personal and confidential use of the individuals listed below. If you are not the intended recipient, you are hereby notified you have received this document in error. Any review, disclosure, distribution, or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and return the original to us by mail. Thank you.

DATE: 10·4·10

TO: Sherri

DEPT:

FAX: 913·250·2752

PHONE:

NUMBER OF PAGES INCLUDING COVER PAGE: 3

IF MESSAGE IS NOT RECEIVED, PLEASE CONTACT: Christi

AT (913) 780·0030

MESSAGE: Re: Charles Green

10/04/2010   09:17     9137822924                    WALK-IN HEALTHCARE

**Exhibit 10a**

**Page 21 of 100**




Olathe
Medical
Services,
inc.

15435 W. 134ᵗʰ Plave
Olathe, KS 66062
913-789-0030
Fax 913-782-2924

44458

| ACCOUNT | DOB: | AGE: 5? | HT | TIME | TEMP | PULSE | RESP | BP |
|---|---|---|---|---|---|---|---|---|
| NAME: *Charles Green* | | | 5'3¾ | 8:05 | 98.6 | 76 | 26 | 180/90 |
| | | | WEIGHT | | | | | |
| DATE: 8-11-10 | TIME: 805 | | 158 | | | | | |

PAYMENT METHOD: 2020          MEDICATION/TREATMENT
                              * advised to return for re√ BP

PRIMARY DOCTOR: Fetter

CHIEF COMPLAINT: meds

ALLERGIES:
    NKDA

MEDICATIONS: Alprazolam - anxiety - last dose
             Proscar - prostate
             Androgel

TETANUS STATUS: 10 yr   LMP: Ø

VISION:

W/GLASSES:   OD   OS   OU

WO/GLASSES:  OD   OS   OU

S: refill on meds - Dr Fetter felt
   10-12 yr hx of BPH sx; he shuttled surgery & low back pa

O: No exr

A: - BPH
   - anxiety ahimd

P: - Rx Proscar - No Androgel or Klprazola
   - leaving town - No 1 come here - given besy/Turbg
                                     JdGr/Hinth phards

LAB & X-Ray ordered:

| RECEPTIONIST (INITIALS/TIME): | NURSE: | PHYSICIAN: | REVIEWED: |
|---|---|---|---|
| | | TOW | A |

4/02:OMSlmb                     Medication/Treatment (WIHC-6)                    O.M.S

**Exhibit 10a**

# COLLEGE BOULEVARD FAMILY PHYSICI

Shari D. Berl, D.O.  Joel Feder, D.O.  Ann Murphy, M.D.   Ann...

**Page 22 of 100**

12200 W. 106th Street, Suite 220, Overland Park, KS 66215

## PROBLEMS & MEDICAL HISTORY

Name: DAVID LO REE
Soler

Medications:

Xanax 1 mg bid 1999
* Proscar 5mg daily
* Androgel 1vm daily

Past Medical History:

Anxiety Disorder
* BPH
Hypogonadism

Past Surgical History:  BPH  repair

Family Medical History.
∅

Social History
Etbacco
Social Etoh
NThr drugs

Allergies
NKDA

Exhibit 10a

 

**CCS**
**CORRECT CARE**
S O L U T I O N S
P-1652

GREEN ,CHARLES D          51/M
DOB:04/11/1958 SATCHELL, JOHN G
PMC      MR#: 434337
REG:09/09/09

19424696

PLEASE SE
Correct Care .                    **Page 23 of 100**
Attention:  U.. D..........
534 South Kansas Avenue, Suite 800
Topeka, KS 66603

☒  **CONSULTATION**

Please send this form back with the
Officer.

☐  **EMERGENCY ROOM REFERRAL**

Date: 9.9.09

If hospital admission is recommended,
please notify CCS beforehand:

From: DR John Satchell
_____
Referring Physician/Institution

Name: Beverly (BJ) Jackson
Phone: 913-727-3235  Ext 7236
Fax: 913-727-2069

To: Providence Medical Center
_____
Consulting Physician/Address

| | | |
|---|---|---|
| Inmate Name: | Green, Charles | Inmate Number: 89907 |
| Date of Birth: | 4-11-1958 | Social Security Number: 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 |
| Written by: | Beverly Jackson | UM Auth Number: Ultrasound 68643 |
| Reason for Referral: | | Voiding Cystogram 68646 |

T_____ P_____ R_____ B/P_____

Allergies:_____          Current Medications: See Attached MAR

**CONSULTING PHYSICIAN S REPORT**

Significant Findings, Including Tests Done: _____
Ultrasound of Prostate - results pending

Diagnosis: results pending — Drax Jason Song Tech.

Orders/Recommendations: Patient Refused Voiding Cystourethro
States has had previous exam resulting in
injury - has had serious allergic reactions
in the past. Carolyn Richardson RHFR

M.D. Signature:_____          Date: 9-9-09

VI

Password Warning    Logout 60(45:00)

| Home | *** | E-View | *** | E-Reporting | *** |
|------|-----|--------|-----|-------------|-----|

Referrals

**Name:** CHARLES GREEN
**Inmate#:** 89907
**SSN:** 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
**DOB:** 4/11/1958
**Site:** Lansing East
**Sex:** M
**Custody:** 9/26/2007
**Housing:** N/A
**Cst:** More
**...:**

[ Send ]

Status: Approved                    Current Status: Approved

Authorization #: 65543              Type: Outpatient

Notes (Click to Expand)

□ Common Referral Items

☒ Infirmary Housed                  ☒ Workers Comp          ☒ Confirmed Inmate Violence

☒ Not Financially Liable

□ Inpatient Stay                    Discharge Date:         ☒ Probable Inmate Violence

☒ Prebooking Event

Requesting Provider: [ Lawhorn M.D. Chartres ]

Referral Type
⊙ Outpatient  ○ LTR/Inpatient  ○ Formulary Exception

Service
[ OFF SITE RADIOLOGY ]

Category of Service/
[ OFF SITE RADIOLOGY ]                    Consulting Provider/
                                          Providence Medical Center          Place of Service:
                                                                             Hospital

Diagnosis
[ prostate evaluation ]

Previous Treatment And Response:(Include Meds)
Medications on site

                                          History of Illness/Injury with date of onset:
                                          Stated history of enlarged prostate

Results of complaint-directed physical exam with findings:
Requesting Transrectal Ultrasound of the Prostate to evaluate size,        Type of procedure Requested
demension and any abnormalities                                            Transrectal Ultrasound of the prostate

Exhibit 10a

Page 25 of 100

M

Outpatient
10/1/2009 #65643
10/1/2009 #65646

Formulary Exception

Independent with ADL'S

Submit   Cancel

Evaluation of prostate to determine further plan of care

Telecopy   Consult   Print Ref   Continue

©2002-2009 Correct Care Solutions, LLC

https://www.ccsenna.com/ERMA/UCare/request.aspx?Mode=Referral&RequestId=70743&QueueId=R

Usage Agreement   Privacy Statement

12/2/2009

**Correct Care Solutions**                    Exhibit 10a

Kansas Department of Corrections

Mental Health Follow Up

Page # 1

**Inmate Name:** GREEN , CHARLES  D.                    **KDOC#:** 89907

**Birth Date:** 04/11/1958                    **Sex:** male          **Race:**

**Evaluation Date:** 09/28/2010                    **Time:** 9:22 AM          **Location:** Lansing Corr. Fac. - East

Length of Contact:  30 minutes

Reason for Follow up:  Referred by: Mental Health

**Subjective:**
IM seen for f/u per referral from Mh based on his request for MH f/u. IM discussed the situational stressors he experienced while out on parole. IM vented about his PO, his ex, his legal issues, and his parole violation. IM also discussed frustrations with the medical department. IM states he is stressed, but only has 60 days to do. IM discussed that he has not been getting along with his father, who he states now feels justified in verbally abusing him for violating his parole with his dirty UA's. IM reports he is coping with all this and doing ok. IM verbalized coping skills and ways he will continue to manage his frustrations. He describes himself as mentally sharp and has a lot of positive things going on for himself. He also notes that he is perfectly healthy and "as healthy as any 50 year old on this camp".

**Observations:**
IM was alert and oriented. Mood appears stable and affect WNL. Speech was clear and organized.

**Assessment:**
IM appears to be managing adaquately. IM will request MH f/u if needed.

**Review/Revise:**

MENTAL HEALTH DIAGNOSES

**Axis I**
No Diagnosis or Condition on Axis I V 71.09B

**Axis II**
Personality Disorder NOS with Narcissistic Features 301.9

**Axis III**
Deferred to medical

**Axis IV**
Problems related to interaction with legal services

**Axis V**
65

**Initiate:**

**Examined by:**

Lauren Diehl, LMLP                    09/28/2010
                                        Date

**Correct Care Solutions**
Kansas Department of Corrections
NU Note Orders

KDOC#: 89907

**Inmate Name:** Patient Name GREEN, CHARLES D.
**Birth Date:** 04/11/1958           **Sex:** male           **Race:**
**Encounter Date:** 09/21/2010 2:09 PM      **TemplateTime Charted:** 2:09 PM
**Docuement Produced Date:** 09/21/2010

**Location:** Lansing Corr. Fac. - East

**All orders reviewed and NOTED for Date and Encounter time stamp.**
  09/21/2010
ENCOUNTER TIME STAMP NOTED           1244

Coal tar shampoo
Noted. MAR updated, faxed to pharmacy.

**Reviewed by:**

Leila Parks LPN                          09/21/2010      2:09 PM
                                          Date          Time

## Correct Care Solutions
### Kansas Department of Corrections
### Medical Progress Note

Exhibit 10a

Page 28 of 100

**Inmate Name:** GREEN , CHARLES  D.                                    **KDOC#:** 89907
**Birth Date:**   04/11/1958                              Sex: male                               **Race:**
**Evaluation Date:** Date 09/21/2010              **Time:** 1:51 PM        **Location:**Lansing Corr. Fac. - East

### Medical Problem List

Date: 10/04/2007     " arthritis " by I/M hist. knees, L/S spine etc.
Date: 10/10/2007     Pos PPD since age 6
Date: 10/15/2007     Benign prostatic hypertrophy.
Date: 10/22/2007     Comminuted L. scapula FX, May 2004.
Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.

**Subjective:**
HCP sick call encounter
Requesting Bottom Bunk restriction & steel chair r/t arthritis
No further request for bottom bunk but does have itchy scalp–desires coal tar shampoo
**Objective:**                    **Time patient assessed  1305**
ME Progress Vital Signs:
Temp: 98.0   Pulse: 73     Resp: 16      BP: 121 / 74     Weight: 257

Hair is long
Scalp greasy
**Assessment:**
Scalp seborrhea
**Plan:**
**Orders and Comments:**
Coal tar shampoo

| Medication | Start Date  Date Stopped Sig Desc | Dose | Route Abbrev  Sig Codes |
|---|---|---|---|
| Coal Tar | 09/21/2010 12/08/2010 Shampoo every other day | TP | Shampoo every other day |

**HCP Name   John Satchell DO**                           **Date:** 09/21/2010

## Correct Care Solutions
### Kansas Department of Corrections
### Mental Health Referral

**Exhibit 10a**

Page 29 of 100

**Inmate Name:** GREEN , CHARLES  D.        **KDOC#:** 89907
**Birth Date:** 04/11/1958      **Sex:** male     **Race:**
**Evaluation Date:** 09/17/2010     **Time:** 12:13 PM    **Location:** Lansing Corr. Fac. - East

**Reason For Referral:**
Please scheduled for f/u per IM's request.


**Examined by:**


<u>Lauren Diehl, LMLP</u>             <u>09/17/2010</u>


                             **Date**

## KANSAS DEPARTMENT OF CORRECTION
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN , CHARLES**
**Date of Birth:  04/11/1958**

**Location   Lansing Corr. Fac. - East**

**KDOC#   89907**
**Sex male**

**Current Date:09/17/2010 12:28 PM**
**Encounter  Time an Date09/17/2010 12:13 PM**

**Date Seen 09/17/2010  Time Seen 12:13 PM**
**Referral Source:**   Inmate

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Referred for Mental Health Services (see referral note)

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen in response to sick call rec'd today. IM reports frustration with medical and their sick call policy. IM also reports frustration with lack of sick call forms (however he was able to find some sick call forms to request f/u from medical). He is requesting f/u with MHP be scheduled at later date. IM referred for f/u and will be scheduled 9/24/10. MHP advised supervisor of his concerns related to sick call policy. IM was given 3 blank sick call forms for him to use and shortage of sick call forms reported to supervisor.

**Name:**  Lauren Diehl, LMLP

**Date:**  09/17/2010 12:28 PM

**Encounter Date:** 09/17/2010 12:13 PM

## Correct Care Solutions
### Kansas Department of Corrections
### Nursing  Patient Progress Note

Exhibit 10a

**Page 31 of 100**

**Inmate Name:**  GREEN , CHARLES   D.                                        **KDOC#:** 89907
**Birth Date:**   04/11/1958                      **Sex:** male          **Race:**
**Evaluation Date:** 09/17/2010              **Time:**  8:35 AM    **Location:** Lansing Corr. Fac. - East

**Subjective:**
s-unit team greene called the clinic on 09/16/10 regarding this inmate.  greene stated that the inmate has put in a
grievance for medical issues.

**Objective:**

greene inquired about this inmates care, stating that this inmate says he has put in multiple sick call forms but has not been seen by the
doctor.  i explained to greene that the inmate has placed 2 sick call forms telling medical that he wanted his medication and restrictions
from when he was here before.  i explained to greene that the doctor was notified of request and renewed his medication that he was
on previously, and that the inmate did not have restrictions on his pulhex previously.  if there was something that he needed other than
that he would have to sign up for sick call with his unit officer like all of the other inmates before he would be referred to the doctor,
that he could not just demand things on a sick call slip and expect medical to give him what he wants.  greene agreed and we ended the
conversation.

**Assessment:**
health maintenance

**Plan:**
since that conversation inmate has placed another sick call form requesting access to the bathroom and arthritis concerns with the need
for a metal folding chair, stating that these need to be addressed while they remain untreated.
sick call slip was given to sick call nurse to be called down, and unit officer was notified along with unit team greene that inmate
needed to notify officer that he wanted to sign up for sick call.
inmate did not show up for sick call.
inmate is currently scheduled to see doctor satchell on tuesday 09/21/2010

**Name** Tim King LPN                              **Date** 09/17/2010

## Correct Care Solutions

**Exhibit 10a**

### Kansas Department of Corrections
### Nursing Patient Progress Note

**Page 32 of 100**

**Inmate Name:** GREEN , CHARLES   D.
**KDOC#:** 89907

**Birth Date:** 04/11/1958          **Sex:** male          **Race:**

**Evaluation Date:** 09/17/2010          **Time:** 8:16 AM          **Location:** Lansing Corr. Fac. - East

**Subjective:**
late entry - inmate came to pill line at 1630 and asked cma burns what medication the docotr had ordered for him. cma burns told the inmate that he was prescribed hytrin 1mg. the inmate told cma burns to just keep it, he didn't want it. cma burns filled out a refusal form after inmate left clinic. the inmate has not been back down to the clinic to take his hytrin since then.
**Objective:**

med refusal
**Assessment:**
non-compliance
**Plan:**
cpoc

**Name** Tim King LPN                              **Date** 09/17/2010

**Correct Care Solutions**                    **Exhibit 10a**
**Kansas Department of Corrections**
**ME Orders Cosign**                          **Page 33 of 100**

**Inmate Name:** Patient Name GREEN, CHARLES D.                    **KDOC#:** 89907
**Birth Date:**  04/11/1958                **Sex:** male        **Race:**
**Evaluation Date:** 09/14/2010 3:43 PM    **Time:** 3:43 PM    **Location:** Lansing Corr. Fac. - Maximum

**ORDERS REVIEWED:**

**Medical Orders Reviewed**

| Date | Encounter or Time | HCP | Nurse or PA | Location |
|------|-------------------|-----|-------------|----------|
| 09/14/2010 | 1000 | Satchell DO, John | Tim King LPN | Lansing Corr. Fac. - East |


John Satchell DO                    09/14/2010    3:43 PM
Electronic Signature                Date          Time

# Correct Care Solutions

## Kansas Department of Corrections

### Nursing Patient Progress Note

**Exhibit 10a**

**Inmate Name:** GREEN , CHARLES   D.                                                     **KDOC#:** 89907

**Birth Date:** 04/11/1958                **Sex:** male       **Race:**

**Evaluation Date:** 09/14/2010           **Time:** 12:42 PM  **Location:** Lansing Corr. Fac. - Maximum

**Subjective:**
medication renewal
**Objective:**

Hytrin 1mg - 1 tab po at HS x's 90 days
**Assessment:**
health maintenance
**Plan:**
v/o for med renewal
f/u via s/c for other issues
Verbal order entered by Nurse from HCP
Verbal/ phone order date   09/14/2010
Time  1000
Nurse taking Order  Tim King LPN
HCP Giving order  Satchell DO, John ·
Location  Lansing Corr. Fac. - East
**Orders and Comments:**
hytrin 1mg - 1 tab po at HS x's 90 days
Patient agrees to plan of care. If patient is non-compliant greater than 10 days, the patient is to be educated about medication and if patient
DOES NOT want to continue medication, the medication is to be discontinued

**Medications:**

| Medication | Start Date | Date Stopped | Dose | Route Abbrev | Sig Codes | Sig Desc |
|---|---|---|---|---|---|---|
| Hytrin | 09/14/2010 | 12/14/2010 | 1mg | PO | 1 po QHS | 1 po QHS |

**Name** Tim King LPN                              **Date** 09/14/2010

**Exhibit 10a**

## Correct Care Solutions
**Kansas Department of Corrections**
**MENTAL HEALTH SCREEN**

Page 35 of 100

**Name:**   GREEN  CHARLES  GREEN                                    **KDOC# 89907**

**LOCATION:** Lansing Corr. Fac. - East                    **RACE**              **SEX**        male

**ENCOUNTER DATE TIME:** 09/13/2010 12:27 PM
**CURRENT DATE TIME** 09/13/2010 12:51 PM

History of psychiatric hospitalization or outpatient treatment
NO history of suicidal behavior
NO history of violent behavior toward others
NO history of victimization
NO history of special education placement
NO history of cerebral trauma or seizures
NO history of sex offenses
NOT currently on psychotropic medication
NOT currently having suicidal ideation
NO current drug or alcohol use
NOT disoriented to person, place or time
DOES NOT appear to have mental retardation or a developmental or learning disability, or history of such
NOT presenting with unusual emotional response to incarceration

Email NOT Sent

COMMENTS:seen for f/u 9/9/10

Name Lauren Diehl, LMLP                          DATE TIME 09/13/2010 12:51 PM

# Correct Care Solutions

## Kansas Department of Corrections
## NU Note Orders

**Inmate Name:** Patient Name GREEN, CHARLES D.                          **KDOC#:** 89907
**Birth Date:** 04/11/1958              **Sex:** male          **Race:**
**Encounter Date:** 09/11/2010 12:13 AM    **TemplateTime Charted:** 12:14 AM
**Docuement Produced Date:** 09/11/2010

**Location:** Lansing Corr. Fac. - East

**All orders reviewed and NOTED for Date and Encounter time stamp.**
  09/10/2010
ENCOUNTER TIME STAMP  NOTED          0745p

No new orders.

Reviewed by:

Maureen Baker, LPN                          09/11/2010      12:14 AM
                                            Date           Time

**Kansas Department of Corrections**
**Medical Classification Report Pulhex**

**Patient Name** GREEN, CHARLES  GREEN
**DOB:** 04/11/1958
**Encounter Date** 09/10/2010 7:45 PM
**Current date**09/10/2010

Sex    male    **KDO**
       Race

**Location**  Lansing Corr. Fac. - East
Location PULHEX performed  LCF-East
**228 OMIS Class**

**Cell**  Current Facility Cell: 0S0131

**P**    **U**    **L**    **H**    **E**         **X**
2       1       1       2       1      **M-** 2

**230 OMIS**                Non smoker

**231 OMIS Living unit assignnments:**

**233 OMIS Anticipated date of PULHEX reevaluation: 09/10/2011**

**232 OMIS  Medical issues:**

**OMIS 229 Work Detail NOT requiring**

Name
Lamont Lane RN                         Current Date 09/10/2010
Encounter date 09/10/2010 7:45 PM
Current Date 09/10/2010 7:48 PM

**Correct Care Solutions**                          **Exhibit 10a**
Kansas Department of Corrections
Physician Physical Exam                              **Page 38 of 100**

**Inmate Name:** GREEN, CHARLES   D.                              **KDOC#:** 89907
**Birth Date:** 04/11/1958              **Sex:** male      **Race:**
**Evaluation Date:** 09/10/2010         **Time:** 7:50 PM  **Location:** Lansing Corr. Fac. - East


**Summaries**
Allergies
Description                    Allergy Comment
No Know Allergy At This Time
**S:**
MEDICAL HISTORY

| Personal Medical history: | Family Medical history: |
|---|---|
| NO history alcohol/Drug abuse | NO Alcohol/Drug abuse |
| NO history of Alcohol Tx | NO Alcohol Tx |
| NO history drug TX | NO history of drug TX |
| Arthritis | NO history of arthritis |
| NO history of asthma/COPD/Lung | NO history Asthma/COPD/Lung problems |
| Back Problems | NO family history of back problems |
| NO history of bleeding excessively after injury | NO history of bleeding excessively after injury |
| NO history of bone/joint deformity | NO hisory bone/joint deformity |
| NO history of cancer/Tumor | NO  hisory cancer/Tumor |
| NO history of diabetes | NO history diabetes |
| NO history of dizziness/fainting spells | NO history Dizziness/fainting spells |
| NO history of epilepsy/seizures | NO history of epilepsy/seizures |
| NO history of eye/Ear/nose problems | NO eye/ear/nose problems |
| NO history of gallbladder/gallstones | NO history of Gallbladder/Gallstones |
| Glasses/Contacts | NO history Glasses/Contacts |
| NO history of gunshot wounds | NO history of gunshot wounds |
| NO history of head Trauma | NO history of Head Trauma |
| NO history of heart Condition | NO history of heart Condition |
| NO history of hepatitis | NO history of hepatitis |
| NO history of Hernia | NO history of hernia |
| NO history of Sickle cell disease | NO Sickle cell disease |
| NO history of kidney Problems | NO kidney Problems |
| NO history of neurological Problems | NO neurological Problems |
| NO rectal Problems | NO history of rectal Problems |
| NO history of sinusitis/hayfever | NO history of sinusitis/hayfever |
| NO throat problems | NO history throat problems |
| NO stomach Ulcers | NO history of stomach Ulcers |
| NO history tobacco uses | NO history of tobacco Uses |
| NO history of herpes | NO history herpes |
| NO history of operations | NO history operations |
| NO history of chronic headaches | NO history of headaches (chronic) |
| NO history of prostate problems | NO history of prostate problems |
| NO history of thyroid | NO thyroid problems |
| NO history high blood pressure | NO high blood pressure |
| NO history of DT's | NO history DT's |
| NO Drug/alcohol withdrawal | NO drug/alcohol withdrawal |
| NO history HIV postive | NO history HIV positive |
| NO tuberculosis past positive ppd | NO Tuberculosis past positive ppd |
| NO tuberculosis past history for disease | NO history tuberculosis for past for disease |
| NO history of Venereal diseases | NO history of venereal diseases |
| NO history of stab wounds | NO history of family stab wounds |
| Childhood DX | NO history of Childhood DX |
| Last TD reported by patient | |

Notes/comments

IM denies any illicit drug use.  IM wears glasses and has on his person. Arthritis in both shoulders and knee and spinal area.  States he has not

## Correct Care Solutions
Exhibit 10a

### Kansas Department of Corrections
#### Physician Physical Exam

Page 39 of 100

**Inmate Name:** GREEN, CHARLES  D.  **KDOC#:** 89907

**Birth Date:** 04/11/1958  **Sex:** male  **Race:**

**Evaluation Date:** 09/10/2010  **Time:** 7:50 PM  **Location:** Lansing Corr. Fac. - East

been tx for arthritis in 2 1/2 yr IM has prostate problems and is on proscar 5mg qd taking for 8 years now.
Hernia surgery 2000 right inguinal
father with open heart surgery in 90's x 2
Lower back pain. States he has dry scalp occ. Also has a few red spots to his chest-not open and no drainage. Also states he gets dry skin around his nose. IM states he is deaf in his left ears.

IM denies any family medical hx.
**Nurse Signature:** Michelle Russell LPN

PT CALLED TO THE CLINIC FOR H&P PER PROTOCOL
PAROLE VIOLATOR out less than 30 days

## O:
### Examination

**Prostate:** Patient refused prostate examination. Refusal signed.

PERIODIC HEALTH ASSESSMENT

**Correct Care Solutions**           Exhibit 10a
Kansas Department of Corrections
Physician Physical Exam           **Page 40 of 100**

**Inmate Name:** GREEN, CHARLES   D.                                **KDOC#:** 89907
**Birth Date:** 04/11/1958              **Sex:** male        **Race:**
**Evaluation Date:** 09/10/2010         **Time:** 7:50 PM    **Location:** Lansing Corr. Fac. - East

**A:**
Problem List:

### Medical Problem List
Date: 10/04/2007    " arthritis " by I/M hist. knees, L/S spine etc.
Date: 10/10/2007    Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.

**P:**
**Follow-up Date:** 09/10/2015
**Plan Comments:** inmate out less than 30 days please HP done on 4/29/2009
Labs are current
sick call prn

**Signature:** Lamont Lane RN                   Date: 09/10/2010

**Inmate Name: GREEN,CHARLES      D.**                          Page # 1
**Birth Date:  04/11/1958**              Sex: male        Race:      KDOC#:89907
**ENCOUNTER  DATE: 09/10/2010 11:29 AM**        Time:      11:31 AM Location:Lansing Corr. Fac. -
Maximum
**CURRENT DATE: 09/10/2010**
**Facility Transferred From:  County Jail**

I have reviewed this chart upon the inmates's arrival at this facility.
Currently, the inmate will be referrred for the following mental health services
Other    Comments  Seen upon admission
**Current Medications ( actives only )**

**All  medications active and inactive**

| Start Date | Stop Date | Brand | Generic Name | Sig Codes | Sig Desc |
|---|---|---|---|---|---|
| 07/31/2010 | 08/09/2010 | Bactrim Ds | Sulfamethoxazole/trimethoprim | 1 PO BID | 1 T PO |
| twice daily | | | | | |
| 07/31/2010 | 08/05/2010 | Ibu | Ibuprofen | BID | Given |
| twice a day | | | | | |
| 07/09/2009 | 08/28/2009 | Hytrin | Terazosin Hcl | 1 po QHS | 1 po |
| QHS | | | | | |
| 06/19/2009 | 06/29/2009 | Mobic | Meloxicam | 1 po daily | 1 PO |
| DAILY x 10 days | | | | | |
| 06/05/2009 | 06/19/2009 | Mobic | Meloxicam | 1 tab PO @ HS daily x 30 | |
| days | 1 po qd | | | | |
| 01/16/2009 | 01/25/2009 | Bactrim Ds | Sulfamethoxazole/trimethoprim | 1 PO BID | 1 T PO |
| twice daily | | | | | |
| 12/29/2008 | 01/29/2009 | Ibuprofen | Ibuprofen | 1 per os tid | 1 per os |
| tid | | | | | |
| 12/29/2008 | 01/07/2009 | Bactrim Ds | Sulfamethoxazole/trimethoprim | 1 PO BID | 1 T PO |
| twice daily | | | | | |
| 11/14/2008 | 11/14/2009 | Therapeutic Blue Gel | Menthol | AS DIRECTED | Take |
| Medications as directed | | | | | |
| 11/14/2008 | 03/06/2009 | Aspirin | Aspirin | QD | Once |
| Daily | | | | | |
| 11/14/2008 | 12/29/2008 | Motrin | Ibuprofen | q 4-6 hrs PRN | As |
| directed = one bid pm | | | | | |
| 04/08/2008 | 04/13/2008 | Debrox | Carbamide Peroxide | asdirected | as |
| directed | | | | | |
| 03/25/2008 | 04/08/2008 | Hytrin | Terazosin Hcl | QD | Once |
| Daily | | | | | |
| 03/19/2008 | 03/25/2008 | Hytrin | Terazosin Hcl | QD | Once |
| Daily at HS | | | | | |
| 03/17/2008 | 03/19/2008 | Hytrin | Terazosin Hcl | QD | 10mg |
| PO QD | | | | | |
| 03/17/2008 | 03/17/2008 | Hytrin | Terazosin Hcl | QD | Once |
| Daily | | | | | |
| 03/10/2008 | 03/17/2008 | Hytrin | Terazosin Hcl | QD | Once |
| Daily | | | | | |
| 02/27/2008 | 03/10/2008 | Hytrin | Terazosin Hcl | PO daily | 2 tab PO |
| daily | | | | | |
| 02/27/2008 | 03/08/2008 | Amoxil | Amoxicillin | TID | Three |
| times a day | | | | | |
| 02/18/2008 | 02/27/2008 | Hytrin | Terazosin Hcl | PO daily | 1 tab PO |
| daily | | | | | |
| 02/18/2008 | 02/25/2008 | Guaifenex Dm | Guaifenesin/d-methorphan Hb | | PO BID |
| 02/14/2008 | 02/23/2008 | Amoxil | Amoxicillin | TID | Three |
| times a day | | | | | |
| 02/13/2008 | 02/15/2008 | Chlortrimeton | Chlortrimeton | BID | Given |

# Correct Care Solutions
## Kansas Department of Corrections

### Mental Health Interfacility Transfer File

Inmate Name: GREEN, CHARLES    D.    **Page # 2**
Birth Date: 04/11/1958    Sex: male    Race:    KDOC#:89907
ENCOUNTER DATE: 09/10/2010 11:29 AM    Time:    11:31 AM Location: Lansing Corr. Fac. - Maximum

CURRENT DATE: 09/10/2010

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2007 | 11/20/2007 | Vitamin B-6 | Pyridoxine Hcl | 1 po 2 times wk | |
| 10/10/2007 | 11/20/2007 | Inh | Isoniazide | 3 po | 3 po |
| twice a week | | | | | |
| 10/05/2007 | 01/05/2008 | Proscar | Finasteride | 1 PO Q DAY | 1 BY |
| MOUTH EVERY DAY | | | | | |
| 10/04/2007 | 10/04/2008 | Coal Tar | Coal Tar | UAD | use as |
| directed | | | | | |
| 10/04/2007 | 10/04/2008 | Aspirin | Aspirin | QD | Once |
| Daily | | | | | |
| 10/04/2007 | 10/04/2008 | Triamcinolone Acetonide | Triamcinolone Acetonide | AS DIRECTED | Take |
| Medications as directed | | | | | |
| 09/26/2007 | 10/26/2007 | Cardura | Doxazosin | HS | Take at |
| Bed time | | | | | |

This inmate DOES NOT take psychotropic medication

MH Classification requires update of inmate's new facility location only

Current Mental Health Diagnoses

## MENTAL HEALTH DIAGNOSES

**Axis I**
No Diagnosis or Condition on Axis I V 71.09B

**Axis II**
Personality Disorder NOS with Narcissistic Features 301.9

**Axis III**
Deferred to medical

**Axis IV**
Problems related to interaction with legal services

**Axis V**
65

Current Classifciation
## MENTAL HEALTH CLASSIFICATION

### Mental Disorder
1-None, exclusive of a primary substance  abuse/dependence diagnosis
2- Primary diagnosis of a paraphilia or Personality Disorder which is not the focus of treatment
3-Diagnosed with a transient mental disorder that is the primary treatment focus and
 less than six months in duration
4-Serious mental disorder on Axis I / II
5-Primary diagnosis of mental retardation
6-Severe and persistent mental illness
### Rating for Mental Health disorder  2

**Inmate Name: GREEN,CHARLES**     **D.**                          Page # 3
**Birth Date:  04/11/1958**         **Sex: male**        **Race:**    **KDOC#:89907**
**ENCOUNTER  DATE: 09/10/2010 11:29 AM**       **Time:**      11:31 AM **Location:**Lansing Corr. Fac. -
Maximum
### CURRENT DATE: 09/10/2010
3-Requires on-going mental health services that may include medication management
4-Requires special needs treatment monitoring
5-Requires mental health structured  reintegration program at  LCF-TRU
6-Requires intensive mental health placement at LCMHF or TCF-MHU
7-Requires hospitalization at LSSH
## Mental Health Treatment Need Rating  1


## Current Mental Health Treatment Received
1- Not currently requiring mental health treatment
2-Receives time-limited mental health services
3- Receives on-going mental health services that may include medication and management
4-Receives special needs treatment monitoring
5- Placed in mental health structured reintegration program at LCF-TRU
6-Placed in intensive mental placement at LCMHF or TCF-MHU
7- Hospitalization at LSSH
## Current Mental Health Treatment Received Rating  1


## Housing Considerations
1-May be housed in any facility
2-Placement at a facility with on-site mental health services, including psychiatric services
3-Appropriate for multi-man housing in facilities with comprehensive mental health services
4-Requires single cell due to a mental disorder
5-Requires structured housing in a mental health unit
## Housing Considerations Rating  1


## Employability
1-No limitations on employment
2-Requires limited supervision
3-Can work under moderately structured,
 supervised conditions
4-Can work in a high structure/low demand setting
5-Disabled due to a mental disorder
## Employability Rating  1

**Inmate Name: GREEN,CHARLES        D.                                Page # 4**
**Birth Date:  04/11/1958              Sex: male          Race:     KDOC#:89907**
**ENCOUNTER  DATE: 09/10/2010 11:29 AM          Time:       11:31 AM Location:**Lansing Corr. Fac. -
Maximum
**CURRENT DATE: 09/10/2010**
**Functionality**
1-Capable of independent daily living
2-Has a history of minor problems with daily living skills - still capable of independent living
3-Slightly impaired daily living skills requiring periodic reminders or supervision to
maintain daily living skills such as  hygiene and grooming
4-Moderately impaired daily living skills requiring regular reminders or
 structured supervision to maintain daily living skills
5-Severely impaired daily living skills requiring intensive,  external supports to improve daily living skills
**Functionality Rating 1**

**Behavioral Characteristics associated with a Mental Disorder**

**Name   Janese Williams LMLP        09/10/2010 11:29 AM**

**Name:** Janese Williams LMLP                          **Current Date** 09/10/2010
**Encounter Date** 09/10/2010 11:29 AM

--

## Correct Care Solutions
### Kansas Department of Corrections
### Mental Health Follow Up
#### Page # 1

**Exhibit 10a**

**Page 45 of 100**

**KDOC#:** 89907

**Inmate Name:** GREEN , CHARLES  D.

**Birth Date:** 04/11/1958

**Evaluation Date:** 09/09/2010

**Sex:** male

**Time:** 12:29 PM

**Race:**

**Location:** Lansing Corr. Fac. - East

Length of Contact:  30 minutes

Reason for Follow up:  Referred by: NURSING INTAKE

**Subjective:**
IM seen after positives on nursing screen for prior MH trt. IM reports that things were going pretty well until he started having problems with his ex and also used cocaine and tested positive 2 x. IM reports frustration that he was not offered trt as opposed to revokation. He reports that he was out for 24 days. IM vented about not being given treatment and being sent back to prison for 90 days. IM feels this is not productive.

**Observations:**
IM was alert and oriented. Mood appears stable and affect WNL. Speech was clear and organized. IM had good eye-contact and good hygiene.

**Assessment:**
IM presents with situational stressors, primarily returning on CV and feeling this is unfair.

**Review/Revise:**

MENTAL HEALTH DIAGNOSES

**Axis I**
No Diagnosis or Condition on Axis I V  71.09B

**Axis II**
Personality Disorder NOS with Narcissistic Features 301.9

**Axis III**
Deferred to medical

**Axis IV**
Problems related to interaction with legal services

**Axis V**
65

**Initiate:**

Examined by:

Lauren Diehl, LMLP

09/09/2010
**Date**

# Correct Care Solutions

### Kansas Department of Corrections
### TRANSFER RECEIVING SCREEN

**Exhibit 10a**

**Page 46 of 100**

KDOC#:89907

**Inmate Name:** GREEN , CHARLES   D.
**Birth Date:**   04/11/1958                    Sex:  male          **Race:**
**Evaluation Date:** 09/09/2010              **Time:**                **Location:**

Facility transfered in  from  Lansing Corr. Fac. - Maximum
Present Location Lansing Corr. Fac. - East
Date Received   09/09/2010
Time Received  1220
Current date:   09/09/2010
Current Time:  12:21 PM

## Receiving Medical Status
Population
NO open Sores
NO Lice or other cetoparasites noted
NO edema
Skin is warm and dry
Skin is not Cool and Moist
Alert
Oriented
Cooperative
Not Depressed
Does not wears Glasses
Does NOT Wears contact lenses
NO dental Prosthesis
NO hearing Aide
NO other prosthesis

## MRSA SCREEN
NO Presence of bug or spider bites
NO Presence of open sore
NO Presence of draining sores
NO Previous diagnosis of MRSA

## MENTAL HEALTH SCREEN
Inmate is NOT expressing self-harm thoughts
NO Indications that inmate harm self during transport
NO indications Inmate expressed thoughts about harming others
NO indications  inmate appear agitated/crying/distressed, and/disoriented or any psychological distress.
**Medications**    Not Received

**X-ray Film**     Not Received
**Health Record**    Not Received
**Chart not reviewed**
**V.S.**

Last PPD Date: 11/07/2008
**PPD STATUS**
PPD is Past postive LTBI no referral for tx for chronic care
**X-RAY STATUS**
Chest X-ray for assessment for Active Tuberculosis current up to date and x-ray NEGATIVE
**Addtional Follow-up or comments:**

## Orientation and Procedure Explanation.

Patient Name GREENCHARLES  DOC# 89907
Current date: 09/09/2010
Procedure  explained on how and where to acess medical services.
Procedure was explained  on how and where to acess mental health services.
Procedure was explained  on how and where to acess dental services.
Medical Grievance procedure explain.
Keep on person medication (KOP) process and education  explained.

## Correct Care Solutions
### Kansas Department of Corrections
### TRANSFER RECEIVING SCREEN

KDOC#:89907

**Inmate Name:**  GREEN , CHARLES   D.
**Birth Date:**  04/11/1958          **Sex:** male          **Race:**
**Evaluation Date:** 09/09/2010       **Time:**              **Location:**

Nurse's name  Leila Parks LPN

**Correct Care Solutions**    Exhibit 10a
**Kansas Department of Corrections**
**Chem Strip Urinalysis**    Page 48 of 100

**Inmate Name:** GREEN, CHARLES  D.    KDOC#: 89907
**Birth Date:**  04/11/1958    **Sex:** male    **Race:**
**Encounter Date:** 09/09/2010 11:09 AM
**Template Date:** Current Chem strip Date 09/09/2010    **Template Time Charted:** Chem Strip Time 11:10 AM
**Location:**

Current Chem strip Date 09/09/2010
Chem Strip Time 11:10 AM

LEUKOCYTES  NEGATIVE

NITRITE NEGATIVE

UROBILINOGEN NORMAL

PROTEIN Trace

PH 5.0

BLOOD NEGATIVE

SPEC. GRAVITY 1.030

KETONE NEGATIVE

BILIRUBIN NEGATIVE

GLUCOSE  NEGATIVE


Lab done by  Teresa Dearinger

Exhibit 10a



**CORRECT CARE SOLUTIONS**

**GENERAL LABORATORY TESTING REQUISITION**

Page 49 of 100

**Order Number:** K2008,6597 GC
**Facility Account Number** K2008
**Facilitiy Address:** Lansing CF Central Hwy 7 & Kansas Avenue, Lansing , KS 66043

| **Last Name** | **First Name** | | |
|---|---|---|---|
| GREEN | CHARLES | | |

| **Patient ID #** | **DOB** | **Sex** | **Age** |
|---|---|---|---|
| 89907 | 04/11/1958 | male | 52 |

**Provider:**
**Last Name** Satchell   **First Name** John

Person Collected speciems: Teresa Dearinger        Fasting Lab
**Date Collected:**
09/09/2010
**Time Collected:**
0600

**Lab 1**   2052-9    DIAG. PROFILE III - DIAG. PROFILE 11 +

**Lab 2**   0190-9    PSA - PROSTATE SPECIFIC ANTIGEN

**Lab 3**

**Lab 4**

**Lab 5**

**Lab 6**

**Attempts to draw specimen: 1**
**Location specimen: Left A.C. with 21 gauge needle**

Name Teresa Dearinger Date: 09/09/2010 11:10 AM

Electronically signed by John Satchell DO  on 09/09/2010 11:23 AM

## Correct Care Solutions
### Kansas Department of Corrections
### Nursing Patient Progress Note

Exhibit 10a

**Inmate Name:** GREEN , CHARLES   D.                                          **KDOC#:** 89907
**Birth Date:** 04/11/1958                    **Sex:** male            **Race:**
**Evaluation Date:** 09/09/2010               **Time:** 10:14 AM       **Location:** Lansing Corr. Fac. - Maximum

**Subjective:**
Inmate pv'd from Johnson county. Only out about 28 days. Going to east unit.
**Objective:**

Inmate states he has prostate problems and is releived with proscar. He also has extensive arthritis in shoulder and knee. Lower bunk restriction with previous stay. Past positive ppd.
**Assessment:**
Health Maintenance
**Plan:**
East unit and mental health notified of inmates arrival. Labs drawn. Inmate voices understanding of how to access medical, mental health and dental if needed.

**Name** Michelle Russell LPN                    **Date** 09/09/2010

**Exhibit 10a**

# Correct Care Solutions
## Kansas Department of Corrections
## Mental Health Screen

Page 51 of 100

Page #: 1
KDOC#: 89907

**Inmate Name:** GREEN,  CHARLES
**Birth Date:**  04/11/1958          **Sex:** M          **Race:**
**Evaluation Date:** 09/09/2010      **Time:** 10:05 AM   **Location:** Lansing Corr. Fac. - Maximum

# Mental Health Admission Intake Screening: Medical Department

Current Date 09/09/2010 Time Arrived 0930 hours
Date screen 09/09/2010   Time screen 10:05 AM    Location Lansing Corr. Fac. - Maximum   County Received from JO Johnson (Ola
Screener's name Michelle Russell LPN

**Screener's Observations:**
No  signs of depression (crying, emotional flatness, poor eye contact).
No signs of being overly anxious, afraid, angry.
No signs of being agitated, hostile, suspicious, or threatening manner.
No signs  of appearance is bizarre, disheveled or evidence of poor hygiene.
Does not have difficulty attending to or comprehending conversation.
Does seem to know where he/she is (orientation to time,place, and person).
No signs of acting and/or talking in a strange manner(cannot focus attention,  sees or hears things that are not there).
No signs incoherent, mute, or showing signs of mental illness or withdrawal.
OBSERVATION COMMENTS:
none

**CURRENT STATUS: Self Report**
Patient is NOT  currently taking medications or receiving treatment to assist with sleep, stress, depression, or any mental condition.
Patient stating " no ", that their situation is hopeless.
Patient has not recently thought about hurting or killing self.
Patient has no plans to hurt self.
Patient states no to feelings of wanting to hurt someone else.
CURRENT  STATUS COMENTS:
none

**HISTORY: Self Report**
States yes to past treatment for mental illness.
States yes, for hospitalized for psychiatric reasons.
Patient has no history  to hurt or kill self in the past..
States no to having received social security or veterans benefits for mental disability.
HISTORY COMMENTS:
anxiety and depression in 2005
Michelle Russell LPN

**Correct Care Solutions**     Exhibit 10a
**Kansas Department of Corrections**
**NURSING INTAKE ADMISSION**     Page 52 of 100

**Inmate Name:** GREEN , CHARLES   D.     **KDOC#:** 89907
**Birth Date:** 04/11/1958     Sex: male     **Race:**
**Evaluation Date:** 09/09/2010
**Ecounter date 09/09/2010 10:01 AM**     **Time:**     **Location:**

Date 09/09/2010     **Problem List**     Time 10:09 AM

**Medical Problems**
Medical Demographic Problems
**Date     Problem Resolved date**
Date: 10/04/2007   " arthritis " by I/M hist, knees, L/S spine etc.
Date: 10/10/2007   Pos PPD since age 6
Date: 10/15/2007   Benign prostatic hypertrophy.
Date: 10/22/2007   Comminuted L. scapula FX, May 2004.
Date: 10/22/2007   Hist anxiety disorder, 04, txed by FP.


**Nursing Problems**
09/26/2007 prostate problems
11/20/2007 LTBI
07/25/2008 Care Management
07/31/2008 NU TB cc
09/11/2008 Care Management
07/31/2008 Proscar not authorized 11-17-08
01/28/2009 TB NU cc
06/01/2009 Care Management
06/08/2009 Care Management
06/11/2009 Care Management
07/31/2009 Care Management
07/31/2009 NU TB cc
09/09/2009 Transrectal ultrasound-voiding cystourethrogram @PMC
11/24/2009 last TB cc,

**Name:**
**Michelle Russell LPN**

Nurses Name   Michelle Russell LPN

## Correct Care Solutions
### Kansas Department of Corrections
### NURSING INTAKE ADMISSION

**Exhibit 10a**

**Page 53 of 100**

**Inmate Name:** GREEN , CHARLES  D.                                                 **KDOC#:** 89907
**Birth Date:**  04/11/1958                 Sex: male          **Race:**
**Evaluation Date:**  09/09/2010
**Ecounter date  09/09/2010 10:01 AM**       **Time:**          **Location:**


Date arrived 09/09/2010
Present location:
Current Date09/09/2010             Parole violator County Jail
Vital Signs:
T 98.40 P 71  R 18  BP 130/90  Wt 155
Allergy:

| Date Onset | Allergy Comment | Description | Resolved |
|---|---|---|---|
| 09/26/2007 | | No Know Allergy At This Time | 00/00/0000 |

### Mental Health Admission Intake Screening: Medical Department

Current Date 09/09/2010 Time Arrived 0930 hours
Date screen 09/09/2010   Time screen 10:05 AM    Location Lansing Corr. Fac. - Maximum   County Received from  JO Johnson (Ola
Screener's name Michelle Russell LPN

**Screener's Observations:**
No  signs of depression (crying, emotional flatness, poor eye contact).
No signs of being overly anxious, afraid, angry.
No signs of being agitated, hostile, suspicious, or threatening manner.
No signs  of appearance is bizarre, disheveled or evidence of poor hygiene.
Does not have difficulty attending to or comprehending conversation.
Does seem to know where he/she is (orientation to time,place, and person).
No signs of acting and/or talking in a strange manner(cannot focus attention,  sees or hears things that are not there).
No signs incoherent, mute, or showing signs of mental illness or withdrawal.
 OBSERVATION COMMENTS:
none

**CURRENT STATUS: Self Report**
Patient is NOT  currently taking medications or receiving treatment to assist with sleep, stress, depression, or any mental condition.
Patient stating " no ", that their situation is hopeless.
Patient has not recently thought about hurting or killing self.
Patient has no plans to hurt self.
Patient states no to feelings of wanting to hurt someone else.
CURRENT  STATUS COMENTS:
none

**HISTORY: Self Report**
States yes to past treatment for mental illness.
States yes, for hospitalized for psychiatric reasons.
Patient has no history  to hurt or kill self in the past..
States no to having received social security or veterans benefits for mental disability.
HISTORY COMMENTS:
anxiety and depression in 2005
Michelle Russell LPN


Date arrived 09/09/2010
Current Time
Current Date09/09/2010






Nurses Name  Michelle Russell LPN

## Correct Care Solutions

**Exhibit 10a**

### Kansas Department of Corrections
### NURSING INTAKE ADMISSION

**Page 54 of 100**

**Inmate Name:**  GREEN , CHARLES   D.                                                    KDOC#: 89907
**Birth Date:**  04/11/1958                     Sex: male            **Race:**
**Evaluation Date:** 09/09/2010
**Ecounter date  09/09/2010 10:01 AM**          **Time:**            **Location:**

## Current Health Status Screen

**Current Health Status**
NO signs of trauma visible.
NO signs of illness / injury  requiring  attention
NO deformities noted
NO swollen lymph nodes noted
NO rash noted
NO ECTOPARASITES noted
Not under the influence of alcohol/drugs
NO signs of alcohol/drug withdrawal
Patient states he/she has no dental problems
Oral screening exam Normal
Infected lesion NO
No Needle marks note
Notes: Inmate has protate issues. responded well to proscar.
**MRSA Screen**
NO Presence of bug or spider bites
NO Presence of open sores
NO Presence of draining sores
NO Previous diagnosis of MRSA

## HIV Questionnaire

**Patient stated the following::**
NO shortness of breath
NO cough present
NO thrush, cadida or white patches in your mouth or throat for at least 2 weeks.
NO unintentional weight loss of at least 10lbs without dieting last 30 days.
NO diarrhea for at least 2 weeks  .
NO tender or enlarged lymph nodes for at least 2 weeks
NO sweating at night
**Notes:**
Patient states no history of symptoms

## TB Questionnaire

**In the past several weeks to months, the patient stated the following symptoms:**

**Patient states he has NO cough**
**Patient states he is NOT coughing up sputum**
**Patient states he has NO increased fatique**
**Patient states NO history of weight loss greater than 10 pounds without trying.**
**Patient states NO history of shortness of breath**
**Patient states NO history chills followed by sweating**

**Patient states NO history of sweating at night**

**Nurses Name**   Michelle Russell LPN

## Correct Care Solutions
### Kansas Department of Corrections
### NURSING INTAKE ADMISSION

Exhibit 10a

Page 55 of 100

Page #: 1

**KDOC#:** 89907

**Inmate Name:** GREEN , CHARLES   D.
**Birth Date:** 04/11/1958                     **Sex:** male             **Race:**
**Evaluation Date:** 09/09/2010
**Ecounter date  09/09/2010 10:01 AM**        **Time:**              **Location:**

**Notes:**
past positive. in 9/28/02. negative chest xray

**Name:**
Michelle Russell LPN          09/09/2010 10:01 AM

## TB Questionnaire

**In the past several weeks to months, the patient stated the following symptoms:**

Patient states he has NO cough
Patient states he is NOT coughing up sputum
Patient states he has NO increased fatique
Patient states NO history of weight loss greater than 10 pounds without trying.
Patient states NO history of shortness of breath
Patient states NO history chills followed by sweating

Patient states NO history of sweating at night

**Notes:**
past positive. in 9/28/02. negative chest xray

**Name:**
Michelle Russell LPN          09/09/2010 10:01 AM

## Current Medications on Intake Admssion

Currrent date 09/09/2010
Current Time 10:04 AM
Allergy:

Nurses Name  Michelle Russell LPN

**Correct Care Solutions**

**Kansas Department of Corrections**

**NURSING INTAKE ADMISSION**

**KDOC#:** 89907

**Inmate Name:** GREEN , CHARLES  D.

**Birth Date:**   04/11/1958                   **Sex:** male                **Race:**

**Evaluation Date:** 09/09/2010

**Ecounter date  09/09/2010 10:01 AM**          **Time:**                     **Location:**

Date Onset    Allergy Comment
09/26/2007

Description
No Know Allergy At This Time

Resolved
00/00/0000

**Current medications:**

Proscar 5mg daily  just started it at the county jail

## Correct Care Solutions
### Kansas Department of Corrections
### NURSING INTAKE ADMISSION

**Inmate Name:** GREEN , CHARLES   D.

**KDOC#:** 89907

**Birth Date:** 04/11/1958          **Sex:** male          **Race:**

**Evaluation Date:** 09/09/2010

**Ecounter date  09/09/2010 10:01 AM          Time:          Location:**

**Nurses Name**   Michelle Russell LPN

**Correct Care Solutions**                                    Exhibit 10a

**Kansas Department of Corrections**

**NURSING INTAKE ADMISSION**                           Page 58 of 100

Inmate Name:  GREEN , CHARLES   D.                    KDOC#: 89907

**Birth Date:**  04/11/1958          Sex: male          Race:

**Evaluation Date:**  09/09/2010

**Ecounter date  09/09/2010 10:01 AM      Time:          Location:**

**MEDICAL HISTORY**

Current Date 09/09/2010

Current Time 10:09 AM

| Personal Medical history: | Family Medical history: |
|---|---|
| NO history alcohol/Drug abuse | NO Alcohol/Drug abuse |
| NO history of Alcohol Tx | NO Alcohol Tx |
| NO history drug TX | NO history of drug TX |
| Arthritis | NO history of arthritis |
| NO history of asthma/COPD/Lung | NO history Asthma/COPD/Lung problems |
| Back Problems | NO family history of back problems |
| NO history of bleeding excessively after injury | NO history of bleeding excessively after injury |
| NO history of bone/joint deformity | NO hisory bone/joint deformity |
| NO history of cancer/Tumor | NO  history cancer/Tumor |
| NO history of diabetes | NO history diabetes |
| NO history of dizziness/fainting spells | NO history Dizziness/fainting spells |
| NO history of epilepsy/seizures | NO history of epilepsy/seizures |
| NO history of eye/Ear/nose problems | NO eye/ear/nose problems |
| NO history of gallbladder/gallstones | NO history of Gallbladder/Gallstones |
| Glasses/Contacts | NO history Glasses/Contacts |
| NO history of gunshot wounds | NO history of gunshot wounds |
| NO history of head Trauma | NO history of Head Trauma |
| NO history of heart Condition | NO history of heart Condition |
| NO history of hepatitis | NO history of hepatitis |
| NO history of Hernia | NO history of hernia |
| NO history of Sickle cell disease | NO Sickle cell disease |
| NO history of kidney Problems | NO kidney Problems |
| NO history of neurological Problems | NO neurological Problems |
| NO rectal Problems | NO history of rectal Problems |
| NO history of sinusitis/hayfever | NO history of sinusitis/hayfever |
| NO throat problems | NO history throat problems |
| NO stomach Ulcers | NO history of stomach Ulcers |
| NO history tobacco uses | NO history of tobacco Uses |
| NO history of herpes | NO history herpes |
| NO history of operations | NO history operations |
| NO history of chronic headaches | NO history of headaches (chronic) |
| NO history of prostate problems | NO history of prostate problems |
| NO history of thyroid | NO thyroid problems |
| NO history high blood pressure | NO high blood pressure |
| NO history of DT's | NO history DT's |
| NO Drug/alcohol withdrawal | NO drug/alcohol withdrawal |
| NO history HIV postive | NO history HIV positive |
| NO tuberculosis past positive ppd | NO Tuberculosis past positive ppd |
| NO tuberculosis past history for disease | NO history tuberculosis for past for disease |
| NO history of Venereal diseases | NO history of venereal diseases |
| NO history of stab wounds | NO history of family stab wounds |
| Childhood DX | NO history of Childhood DX |

Last TD reported by patient refused

Notes/comments

**No history of drug use**

IM denies any illicit drug use. IM wears glasses and has on his person. Arthritis in both shoulders and knee and spinal area. States he has not been tx for arthritis in 2 1/2 yr IM has prostate problems and is on proscar 5mg qd taking for 8 years now.

Nurses Name  Michelle Russell LPN

# Correct Care Solutions
## Kansas Department of Corrections
## NURSING INTAKE ADMISSION

**Inmate Name:**  GREEN , CHARLES   D.                                                    **KDOC#:** 89907
**Birth Date:**  04/11/1958                          Sex: male                **Race:**
**Evaluation Date:**  09/09/2010
**Ecounter date**  09/09/2010 10:01 AM          **Time:**                **Location:**

Hernia surgery 2000 right inguinal
father with open heart surgery in 90's x 2
Lower back pain. States he has dry scalp occ. Also has a few red spots to his chest-not open and no drainage. Also states he gets dry skin
around his nose. IM states he is deaf in his left ears.

IM denies any family medical hx.
**Nurse Signature:**  Michelle Russell LPN

## Orientation and Procedure Explanation.
Patient Name GREENCHARLES  DOC# 89907
Current date: 09/09/2010
Procedure  explained on how and where to acess medical services.
Procedure was explained  on how and where to acess mental health services.
Procedure was explained  on how and where to acess dental services.
Medical Grievance procedure explain.
Keep on person medication (KOP) process and education  explained.

**Dispositon or Referral**
General Population
**Nurse Name**  Michelle Russell LPN                          Date 09/09/2010

**Nurses Name**   Michelle Russell LPN

## Correct Care Solutions

**Kansas Department of Corrections**

### ME Orders Cosign

**Inmate Name:** Patient Name GREEN, CHARLES D.                          **KDOC#:** 89907

**Birth Date:** 04/11/1958                     **Sex:** male          **Race:**

**Evaluation Date:** 08/02/2010 12:00 PM       **Time:** 12:00 PM     **Location:** LCF-Max

**ORDERS REVIEWED:**

**Medical Orders Reviewed**

| Date | Encounter or Time | HCP | Nurse or PA | Location | |
|------|-------------------|-----|-------------|----------|---|
| 07/31/2010 | 0726 | Satchell DO, John | Michelle Russell LPN | | Lansing Corr. Fac.-Maximum |

John Satchell DO                               08/02/2010        12:00 PM
**Electronic Signature**                       **Date**          **Time**

**Correct Care Solutions**                                    **Exhibit 10a**
**Kansas Department of Corrections**
**Skin Flow Sheet 010**                                       **Page 61 of 100**

Page ...

Inmate Name:  GREEN , CHARLES  D.                          KDOC#: 89907
**Birth Date:**  04/11/1958              **Sex:** male       **Race:**
**Evaluation Date:** 07/31/2010          **Time:** 10:31 AM  **Location:** LCF-Max

## SUBJECTIVE

Problem location: left elbow

When did symptoms begin: 2 days

Describe: red and swollen. pinpoint open area.

What has been done to relieve symptoms:

ice without relief

Notes: Inmate states he was bit by something

## OBJECTIVE

Temp: 98.4  Pulse: 72   Resp: 18   BP: 128 / 10   WT: 151
Pulse Ox: 99             Pain Level: 6

Location of problem: left elbow

Is there:

Redness

Notes:
         pinpoint open area. no drainage at this time. area is red and swollen.

## ASSESSMENT
Alteration in Skin Integrity

## PLAN

**Nurse Notes:**
         Per v/o Dr. Satchell Bactrim DS 1 po bid x 10 days and IBU 600mg po bid x 5 days. F/U with HCP on Monday 8/2/10.


Verbal order entered by Nurse from HCP
Verbal/ phone order date  07/31/2010
Time  0726
Nurse taking Order  Michelle Russell LPN
HCP Giving order  Satchell DO, John
Location  Lansing Corr. Fac.-Maximum
### Orders and Comments:
Per v/o Dr. Satchell Bactrim DS 1 po bid x 10 days; IBU 600mg po bid x 5 days and f/u with hcp on Monday 8/2/10.
Patient agrees to plan of care. If patient is non-compliant greater than 10 days, the patient is to be educated about medication and if patient
DOES NOT want to continue medication, the medication is to be discontinued


| Medication | Start Date | Date Stopped | Dose | Route Abbrev | Sig Codes | Sig Desc |
|---|---|---|---|---|---|---|
| Bactrim Ds | 07/31/2010 | 08/09/2010 | 800-160mg | PO | 1 PO BID | 1 T PO twice daily |
| Ibu | 07/31/2010 | 08/05/2010 | 600mg | PO | BID | Given twice a  day |

## Correct Care Solutions

### Kansas Department of Corrections
### Skin Flow Sheet 010

Page # 2

**Inmate Name:** GREEN , CHARLES   D.                                          **KDOC#:** 89907
**Birth Date:** 04/11/1958                    **Sex:** male          **Race:**
**Evaluation Date:** 07/31/2010          **Time:** 10:31 AM    **Location:** LCF-Max

Examined by:

Michelle Russell LPN                                        07/31/2010
                                                           Date

## Correct Care Solutions
### Kansas Department of Corrections
### Parole/Release Discharge Plan

rage #. 1
KDOC#: 89907

**Inmate Name:**  GREEN , CHARLES   D.
**Birth Date:**  04/11/1958          Sex: male          Race:
**Evaluation Date:** 07/28/2010       Time:              Location:

Date 07/28/2010                **Problem List**        Time 12:31 AM

**Medical Problems**
Medical Demographic Problems
**Date**        **Problem Resolved date**
Date: 10/04/2007    " arthritis " by I/M hist. knees, L/S spine etc.
Date: 10/10/2007    Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007    Hist anxiety disorder, 04, txed by FP.

**Nursing Problems**
09/26/2007  prostate problems
11/20/2007  LTBI · · · ·
07/25/2008  Care Management
07/31/2008  NU TB cc
09/11/2008  Care Management
07/31/2008  Proscar not authorized 11-17-08
01/28/2009  TB NU cc
06/01/2009  Care Management
06/08/2009  Care Management
06/11/2009  Care Management
07/31/2009  Care Management
07/31/2009  NU TB cc
09/09/2009  Transrectal ultrasound-voiding cystourethrogram @PMC
11/24/2009  last TB cc,

Name:
Deborah McClure  LPN

**Parole  Release Plan SECTION:**
Date notified of parole by KDOC: 07/27/2010
Date of Parole: 08/06/2010
Location: LCF-East
Current Date Arrived: 07/28/2010
Time Arrived:
County paroling to: WY Wyandotte (Kansas City)
Place Paroling to:WYANDOTTE CO. DETAINER
**Current Medical Problem List ICD9:**
Allergy:

| Date Onset | Allergy Comment | Description | Resolved |
|---|---|---|---|
| 09/26/2007 | | No Know Allergy At This Time | 00/00/0000 |

**Current Medications:**
**Patient is not on Medications**

## Correct Care Solutions

### Kansas Department of Corrections
### Parole/Release Discharge Plan

**Inmate Name:** GREEN , CHARLES   D.                                    KDOC#: 89907
**Birth Date:** 04/11/1958                **Sex:** male           **Race:**
**Evaluation Date:** 07/28/2010          **Time:**               **Location:**

Medication not sent with patient

### Supplies sent with patient:

NO

**Follow-up care needed:**
 FOLLOW UP WITH A PHYSICIAN AS NEEDED AND YEARLY

**Inmate Discharge Instructions:**
UPON YOUR RELEASE , SEEK AND MAINTAIN GAINFUL EMPLOYMENT
REMAIN DRUG AND ALCOHOL FREE
ADHERE TO ALL PAROLE STIPULATIONS TO PREVENT RETURN TO PRISON

**Name Inmate's Physician and address:**
CCS PO BX 2 LANSING, KANSAS 66043

**Nurse's Name  Deborah McClure  LPN**

## Correct Care Solutions
### Kansas Department of Corrections
### Parole/Release Discharge Plan

rage #:  1
**KDOC#:** 89907

**Inmate Name:**  GREEN , CHARLES   D.
**Birth Date:**   04/11/1958                  **Sex:** male          **Race:**
**Evaluation Date:** 07/20/2010              **Time:**              **Location:**

Date 07/20/2010                **Problem List**            Time 3:07 AM

**Medical Problems**
**Medical Demographic Problems**
**Date        Problem  Resolved date**
Date: 10/04/2007     " arthritis " by I/M hist. knees, L/S spine etc.
 Date: 10/10/2007     Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007    Hist anxiety disorder, 04, txed by FP.

**Nursing Problems**
09/26/2007  prostate problems
11/20/2007  LTBI
07/25/2008  Care Management
07/31/2008  NU TB cc
09/11/2008  Care Management
07/31/2008  Proscar not authorized 11-17-08
01/28/2009  TB NU cc
06/01/2009  Care Management
06/08/2009  Care Management
06/11/2009  Care Management
07/31/2009  Care Management
07/31/2009  NU TB cc
09/09/2009  Transrectal ultrasound-voiding cystourethrogram @PMC
11/24/2009  last TB cc,

**Name:**
**Deborah McClure  LPN**

## Parole  Release Plan SECTION:
**Date notified of parole by KDOC:** 07/19/2010
**Date of Parole:** 07/28/2010
**Location:** LCF-East
**Current Date Arrived:** 07/20/2010
**Time Arrived:**
**County paroling to:** WY Wyandotte (Kansas City)
Place Paroling to:Wyandotte Co. Detainer
**Current Medical Problem List ICD9:**
**Allergy:**

| Date Onset | Allergy Comment | Description | Resolved |
|---|---|---|---|
| 09/26/2007 | | No Know Allergy At This Time | 00/00/0000 |

**Current Medications:**
**Patient is not on Medications**

# Correct Care Solutions
## Kansas Department of Corrections
### Parole/Release Discharge Plan

Page #: 2
KDOC#: 89907

**Inmate Name:** GREEN , CHARLES   D.
**Birth Date:** 04/11/1958                    **Sex:** male            **Race:**
**Evaluation Date:** 07/20/2010            **Time:**                  **Location:**

Medication not sent with patient

## Supplies sent with patient:

NO

**Follow-up care needed:**
 Follow up with Physician as needed and yearly.

**Inmate Discharge Instructions:**
Seek and maintain gainful employment after you are released
Remain drug and alcohol free
Adhere to all parole stipulations to prevent return to prison

**Name Inmate's Physician and address:**
CCS PO BX 2 LANSING, KANSAS 66043

**Nurse's Name  Deborah McClure  LPN**

**Correct Care Solutions**                    Exhibit 10a
**Kansas Department of Corrections**
**Dental Progress Note**                      Page 67 of 100

KDOC#: 89907

**Inmate Name:** GREEN   , CHARLES   D.
**Birth Date:**   04/11/1958          **Sex:**          **Race:**
**Evaluation Date:** 05/11/2010       **Time:** 4:03 PM  **Location:** Lansing Corr. Fac.-Maximum
**Encounter Date:** 05/11/2010 4:03 PM


**SUBJECTIVE**
Pt. presents for a cleaning.

**OBJECTIVE**
Pt. wants his teeth cleaned.

**ASSESSMENT**
Moderate calculus & stain. Needs cleaning.

**PLAN**
Scaled with ultrasonic & hand scalers. Polished with prophy paste. OHI. Pt. has what appears to be tetracycline stain. Pt. aware these are difficult to bleach away. Pt. reports he will be released soon.

**Name**   Paul Overman DDS          **Date** 05/11/2010

## KANSAS DEPARTMENT OF CORRECTION
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN , CHARLES**                                    KDOC#  89907
**Date of Birth:  04/11/1958**          **Location   Lansing Corr. Fac.-East Unit**   **Sex male**

**Current Date:04/22/2010 11:08 AM**
**Encounter  Time an Date04/22/2010 11:03 AM**

**Date Seen 04/22/2010  Time Seen 9:04 AM**
**Referral Source:**

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen in response to sick call rec'd 4/20/10. IM was not seen yesterday due to facility wide "Stand Down Day". Mr. Green discussed that he felt overall he was doing very well. He states he is closer to release and currently taking a parenting course which he is enjoying. He discussed that he was still very happy with his job. He discussed that he did have some concern that some of the events from his past that he perceives as traumatic, might effect him when he gets out. IM discussed that he was tackled in a parking lot by cops prior to his first incarceration. He states when he was charged with this case, he became scared that he would come back to prison and began to use alcohol, take xanax, and take serequel to try to cope with the situation. He discussed that he was also taken down in county jail by the special security team when he was confused and not going back into the correct cell. He notes that he has had 5-6 "physical altercations" while in prison where he had to defend himself which he also perceived as traumatizing. He discussed that currently he is feeling punished because his whole unit is not allowed to use the day room because of the actions of one inmate. He notes a pattern of feeling very mistreated when he is punished for something outside of his control. He notes some fears that people will try to run his life when he gets out (his father, possible roommates, PO's) and worried how he will deal with this. He also discussed that he has had to repress the desire to fight in prison and worried that one day he might snap. MHP and IM problem solved various situations he felt might lead him to snap. After discussing the situations in detail, IM stated he had a much better understanding of what he might do and more confidence that he will handle the situations appropriately. Discussed how his goal is not to let being incarcerated make him think like a convict. IM was able to explain his parenting goals and goals for his behavior and professionalism and it is evident that he is capable of utilizing effective cognitive skills and think things through before acting on impulses. IM states he now feels more empowered because of all of his legal knowledge. IM felt that this talk has been extremely important in helping him gain some needed perspective and feel more positive about managing this thoughts/behaviors/fears upon release. MHP addressed his comment in his form 9 about wanting to discuss a recent court decision involving CCS with this MHP. MHP clarified that CCS is represented by council with regard to his lawsuit and that any communication regarding this matter could be submitted to the CCS attorney. IM was very agreeable to this and stated there was nothing related to the lawsuit that he needed to discuss with this MHP anyway. IM agrees to request additional f/u as needed.

**Name:  Lauren Diehl, LMLP**                    **Date:**  04/22/2010 11:08 AM

**Encounter Date:** 04/22/2010 11:03 AM

**Correct Care Solutions**                    Exhibit 10a
**Kansas Department of Corrections**
**TB Questioner**

**Inmate Name:**  GREEN, CHARLES D.                          **KDOC#:** 89907
**Birth Date:** 04/11/1958            Sex: male    **Race:**
**Evaluation Date:** 04/13/2010 8:44 AM    **Time:**    **Location:** Location Lansing Corr. Fac.-East Unit

## TB Questionnaire

In the past several weeks to months, the patient stated the following symptoms:

Patient states he has NO cough
Patient states he is NOT coughing up sputum
Patient states he has NO increased fatique
Patient states NO history of weight loss greater than 10 pounds without trying.
Patient states NO history of shortness of breath
Patient states NO history chills followed by sweating

Patient states NO history of sweating at night

Notes:

Name:
Tim King LPN      04/13/2010 8:44 AM

## KANSAS DEPARTMENT OF CORRECTIC
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN , CHARLES**
**Date of Birth:   04/11/1958**                  Location          Sex male

**KDOC#   89907**

**Current Date:03/08/2010 2:14 PM**
**Encounter  Time an Date03/08/2010 2:21 PM**

**Date Seen 03/08/2010  Time Seen 2:23 PM**
**Referral Source:**   Inmate

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen in response to sick call rec'd 3/5/10. IM asked for copines of SSI application. Informed IM that this MHP did not have SSI apps.
Advised him to write SRS or his UT to obtain an application. IM agreed to plan and thanked MHP for her time.

**Name:**  Lauren Diehl, LMLP                          **Date:**  03/08/2010 2:14 PM

**Encounter Date:** 03/08/2010 2:21 PM

## KANSAS DEPARTMENT OF CORRECTION
## CORRECT CARE SOLUTIONS
Mental Health Sick Call Note

**Name: GREEN , CHARLES**

**Date of Birth: 04/11/1958**          **Location**          **Sex male**

**KDOC#   89907**

**Current Date:03/02/2010 3:51 PM**
**Encounter Time an Date03/02/2010 3:35 PM**

**Date Seen 03/02/2010  Time Seen 950 AM**
**Referral Source:** Inmate

Inmate was seen on this date subsequent to a request for evaluation for Mental Health services

## The Disposition of this request is as follows:

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

## Mental Health Follow-up on or about:

## COMMENTS:

IM seen in resopnse to sick call rec'd 3/2/10. IM notes that he has had some frustration b/c he was shorted 40 cents per day for 4 days when he switched over to his new job. IM discussed that he only has 4 months and 26 days. IM discussed stress that he will have hard time getting a job when he gets out due to the economy and job market. He also discussed concerns that he may be too over qualified to get some jobs out there given his experience with many fortune 500 companies. IM states he has decided he is going to apply for SSI for physical reasons and if this is not approved then for MH reasons. He notes that his trust and anxiety issues could hamper his ability to obtain and maintain gainful employment. MHP discussed ways to manage stressors. Also discussed that how we think about stuff determines how we feel about it. Discussed managing thoughts and STEB model. Gave IM chapters from Thoughts and Feelings work book to help him examine how his thoughts may be contributing to his anxiety.

**Name:** Lauren Diehl, LMLP                    **Date:** 03/02/2010 3:51 PM

**Encounter Date:** 03/02/2010 3:35 PM

## Correct Care Solutions

**Exhibit 10a**

### Kansas Department of Corrections
### Nursing Patient Progress Note

**Page 72 of 100**

Page 72 of 100
**KDOC#:** 89907

**Inmate Name:** GREEN, CHARLES   D.

**Birth Date:** 04/11/1958      **Sex:** male      **Race:**

**Evaluation Date:** 03/01/2010      **Time:** 1:35 PM      **Location:**

Time patient was assessed  1305

**Subjective:**

was assaulted by guard in may of 2005 at county jail, suffering blunt head trauma.  i have been seen by doctors at ku for this issue and it should be in my chart here at the prison.  i will get dizzy feeling as if i am going to blackout, then nauseas feeling like i am going to vomit.  by the time i can call a guard to see it all, it is over and everything is normal.

**Objective:**

Vital Signs: Temp: 98.7   Pulse: 91   Resp: 19   BP: 124 / 80   WT: 151.00

perrla, 3mm, eom intact
facial grimace intact, able to touch chin to chest, stood with feet together arms extended laterally with eyes closed with little to no swaying
able to push, pull in all directions with BLE's against resistance
head symetrical, neck suple with no jvd, trachea mid-line
lung sounds clear all fields, hr reg rate/rhythm no murmur
skin warm & dry, color age & race appropriate
cap refill < 3 sec's

**Assessment:**

Falls/ risk for

**Plan:**

refer to dr. satchell at max clinic per ccs orders
rtc if symptoms worsen or continue
inmate signed refusal for dr. appointment to see dr. satchell sighting conflict of interest issues related to on-going lawsuit inmate has against dr. satchell

**Name** Tim King LPN      **Date** 03/01/2010

**Correct Care Solutions**                      **Exhibit 10a**

Kansas Department of Corrections

Mental Health Administrative Note              **Page 73 of 100**

Page # 1

**Inmate Name:** GREEN , CHARLES  D.                    **KDOC#:** 89907

**Birth Date:** 04/11/1958            **Sex:** male        **Race:**

**Evaluation Date:** 03/01/2010        **Time:** 8:47 AM    **Location:** Lansing Corr. Fac.-East Unit

**Reason for Administrative Note:** Consultation with medical personnel

Comments: MHP rec'd a MH request from Mr. Green on 3/1/10. In this request, he notes that he is having dizzy spells "which almost cause blackouts". MHP consulted with clinical supervisor, Dr. Prew, and a copy of this request was given to the East Charge Nurse to address medical concerns. MHP has scheduled IM for MH f/u as well.

### Review/Revise:

**MENTAL HEALTH DIAGNOSES**

Axis I
No Diagnosis or Condition on Axis I V  71.09B

Axis II
Personality Disorder NOS with Narcissistic Features 301.9

Axis III
Deferred to medical

Axis IV
Problems related to interaction with legal services

Axis V
65

**MENTAL HEALTH CLASSIFICATION**

Current Mental Health:  1

### Initiate:

**Examined by:**

Lauren Diehl, LMLP                    03/01/2010
                                       Date

**Correct Care Solutions**                    **Exhibit 10a**

Kansas Department of Corrections

Mental Health Administrative Note            **Page 74 of 100**

Page # 1

**Inmate Name:**  GREEN , CHARLES  D.                    **KDOC#:** 89907

**Birth Date:**  04/11/1958          **Sex:** male          **Race:**

**Evaluation Date:** 02/10/2010      **Time:** 8:39 AM      **Location:** Lansing Corr. Fac.-East Unit

**Reason for Administrative Note:** Late Entry

Comments:  Late note due to time contraints. IM was seen at 12:30 PM Tuesday 2/9/10.

**Review/Revise:**

**MENTAL HEALTH DIAGNOSES**

Axis I
No Diagnosis or Condition on Axis I V  71.09B

Axis II
Personality Disorder NOS with Narcissistic Features 301.9

Axis III
Deferred to medical

Axis IV
Problems related to interaction with legal services

Axis V
65

**MENTAL HEALTH CLASSIFICATION**

Current Mental Health:  1

**Initiate:**

**Examined by:**

Lauren Diehl, LMLP                    02/10/2010
                                       Date

**Exhibit 10a**

## KANSAS DEPARTMENT OF CORRECTION
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

Page 75 of 100

Name: GREEN , CHARLES  
Date of Birth:  04/11/1958

Location  Lansing Corr. Fac.-East Unit

KDOC#   89907  
Sex male

Current Date:02/10/2010 8:37 AM  
Encounter Time an Date02/10/2010 8:39 AM

Date Seen 02/09/2010  Time Seen 1230PM  
Referral Source:   Inmate

Inmate was seen on this date subsequent to a request for evaluation for Mental Health services

### The Disposition of this request is as follows:

Mental Health issues addressed in this session. No need for further follow-up from Mental Health Staff

### Mental Health Follow-up on or about:

### COMMENTS:
Late note due to time contraints. IM was seen at 12:30 PM Tuesday 2/9/10. IM seen in response to sick call rec'd 2/8/10. IM states that he wanted his sick call request to be private and did not wish to put it in the sick call box, so he mailed it out to his father, had his father make copies (to send to court) and then mail it back into the facility addressed to this MHP. IM explained that he was not having any urgent issues so time was not an issue. IM discussed that he was upset about his last meeting with this MHP and UTM Arnold. IM discussed his disatisfaction with how UT responded to his concerns and that he was not taken off the work crew the day he was told he would be. IM discussed that he is now working as a porter and very much likes this new job. IM stated that he will continue to use MH to vent as needed. MHP encouraged IM to be willing to work towards learning and implementing even healther ways of coping with his stressors in MH f/u sessions. IM relayed that the only thing that he needs is to vent and that he will continue to request sessions with MH to vent as needed and that MH will have to see him for this purpose and he knows this. MHP validated that this may be helpful for him and educated IM that the goal of MH sessions is to improve coping skills and that MHP will continue to utilize MH sessions to help IM broaden his coping skills. IM notes that he is really coping very well. He discussed that all of his problems are due to being incarcerated and mistreated, so when he releases all of his problems will go away and he will no longer need MH f/u. MHP clarified with IM that the purpose of MH sessions is not to discuss his legal or medical issues, but his coping. Discussed that legal and medical issues are beyond the scope and expertise of this MHP and are not appropriate discussions for MH follow-ups. IM continued to bring up legal issues asking MHP to agree with the issues. MHP again attempted to get IM to focus on his coping. IM appeared to stuggle with this. MHP again educated IM about coping skills and that purpose of MH f/u's is not to read legal statutes or his old medical records as he continues to attempt to do. MHP encouraged IM to focus on the positive of his new job and to attempt to enjoy this rather than continuing to focus on the negative. IM denies any other MH concerns. No SI, HI, indication of depressed mood, or clinically significant impairment. Stressors appear to be situational in nature and IM appears to be coping with stressors adaquately. MH will continue to f/u as requested.

Name: Lauren Diehl, LMLP

Date: 02/10/2010 8:37 AM

Encounter Date: 02/10/2010 8:39 AM

## Correct Care Solutions

### Kansas Department of Corrections
### Nursing Patient Progress Note

**KDOC#:** 89907

**Inmate Name:** GREEN, CHARLES   D.
**Birth Date:** 04/11/1958                    **Sex:** male          **Race:**
**Evaluation Date:** 01/28/2010          **Time:** 2:17 PM    **Location:** Lansing Corr. Fac.-East Unit

Sick Call Encounter

**Subjective:**
im not present
**Objective:**

**Assessment:**
**Plan:**
im was scheduled for sick call follow to see hcp.  hcp was not in today.  will have im seen tomorrow

Name Lynna Myer, RN                            Date 01/28/2010

**Exhibit 10a**

## KANSAS DEPARTMENT OF CORRECTIO]
### CORRECT CARE SOLUTIONS
Mental Health Sick Call Note

**Page 77 of 100**

**Name: GREEN , CHARLES**                                    **KDOC#   89907**
**Date of Birth:   04/11/1958**          **Location   Lansing Corr. Fac.-East Unit   Sex male**

**Current Date:01/27/2010 4:08 PM**
**Encounter  Time an Date01/27/2010 3:48 PM**

**Date Seen 01/27/2010  Time Seen 3:48 PM**
**Referral Source:**   Inmate

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen in repsonse to sick call rec'd 1/26/10. MHP met with IM with UTM Arnold present. MHP had requested UT be present for f/u as in
sick call IM stated that he had been physically attacked on a work crew. UT addressed this issue and offered IM PC and IM refused clarifying
that the attacks occured 1-2 months ago and he did not currently have any fears for his safety. IM and UTM dicussed several other security/UT
issues. IM was informed by UT that he had been moved to a unit porter position and would be taken off the work crew effective tomorrow.
MHP addressed IM's request for copies of old form 9s. MHP advised that MH could not provide copies of his old form 9's. Encouraged IM to
make copies prior to turning in requests if needed. IM was accepting of this information. He asked what date he saw MH in October and MHP
provided him with the date he was seen. MHP encouraged IM to utilize journaling as an effective method to vent. MHP also reminded IM again
to use sick call forms to request MH services rather than form 9's.

**Name:**  Lauren Diehl, LMLP                          **Date:**  01/27/2010 4:08 PM

**Encounter Date:** 01/27/2010 3:48 PM

## Correct Care Solutions

**Kansas Department of Corrections**

**Nursing Patient Progress Note**

**Inmate Name:** GREEN, CHARLES   D.                                                    **KDOC#:** 89907

**Birth Date:** 04/11/1958                   **Sex:** male           **Race:**

**Evaluation Date:** 01/22/2010             **Time:** 3:31 PM      **Location:** Lansing Corr. Fac.-East Unit

Time patient was assessed  1500

**Subjective:**

 i/m was called down to the clinic, he  c/o's about his hands cramping, urinary issues with frequent
urination and dizzy spells.

"I refuse to see Dr Satchell"

"I want you to get me outa work"

"refuses all meds, treatment and ua" .

"I am not going to take those meds you keep offerfing me they won't work"

 I had every test possible years ago 2008 and I not going to go through any more of your tests".

**Objective:**

**Vital Signs:** Temp: 98.6   **Pulse:** 88   **Resp:** 20   **BP:** 115 / 79

I explained to him I need to do a ua in which he refused, I asked him if he had burning, or pain  during urination  or discharge he replied
"no".  He showed me his hands in which he stated that he has frequent muscle cramps d/t "working out in the cold," hands pink in color,
moves them without difficulty. he refused tylenol and ibu for  muscle cramps, no protocol needed.    I explained to him that he needed to put
a sick call slip into oic on his unit  and  that he will be called down as explained per our sick call protocol. I/m walked into the unit without
difficulty. I/m's coat fell on the floor he  easily picked it up off the floor.  No dizziness noted.  Able to move all extremities w/out difficulty.
Posture good, gait and movement all normal and no apparent pain observed.  Ran up the steps 2 at a time when he left.

**Assessment:**

Health maintenance

**Plan:**

obtain ua, i/m refused, refusal signed, f/u with hcp.

**Name** Lynna Myer, RN                                   **Date** 01/22/2010

## Correct Care Solutions

### Kansas Department of Corrections
### NU Note Orders

**Inmate Name:** Patient Name GREEN, CHARLES D.                                KDOC#: 89907
**Birth Date:** 04/11/1958                 Sex: male          **Race:**
**Encounter Date:** 01/16/2010 2:22 AM     **TemplateTime Charted:** 2:22 AM
**Docuement Produced Date:** 01/16/2010

**Location:** Lansing Corr. Fac.-East Unit

**All orders reviewed and NOTED for Date and Encounter time stamp.**
  01/15/2010
ENCOUNTER TIME STAMP  NOTED          0216

REFUSAL DONE

Reviewed by:

Sabrina Dame, LPN                          01/16/2010     2:22 AM
                                           Date          Time

## KANSAS DEPARTMENT OF CORRECTION
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN , CHARLES**                                          KDOC#   89907
**Date of Birth:  04/11/1958**            **Location**  Lansing Corr. Fac.-East Unit   Sex male

**Current Date:01/15/2010 5:34 PM**
**Encounter Time an Date01/15/2010 5:34 PM**

**Date Seen 01/15/2010  Time Seen 2:15 PM**
**Referral Source:**  Inmate

Inmate was seen on this date subsequent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen in response to sick call rec'd 1/14/10. IM discussed that he was having a bad day. He discussed feeling like things just continue to get worse. MHP allowed IM to vent about various legal and medical issues. MHP validated concerns. MHP discussed utilty of possibly using journaling to vent. IM stated that he vents through form 9's, grievances, and in talking with MHP. Encouraged IM to try journaling as well. IM asked MHP if he was being discouraged from submitting requests for MH f/u. MHP informed IM that he could request MH services whenever he felt he needed them. Discussed that the goal of MH f/u is typically to improve how a client is coping and that the suggestion to journal is aimed at improving his coping so he feels more equipped to cope with his stressors. IM stated "we both know I cope just fine". MHP also encouraged IM to utilize sick call forms rather than form 9's. IM stated he could not because he could not fit down all the issues on a sick call slip. MHP clarified that the purpose of sick call slips are to request MH services (eg. to get an appt) and that during that appt is the appropriate time to discuss the details of his concerns and that there is no need to try to fit all of his concerns on the sick call itself. IM made the case that he was just trying to help this MHP "document" his stressors. MHP noted that the focus of mental health f/u and "documentation" is on his coping and any current MH sx he may be experiencing rather than all of the details of his legal and medical complaints. MHP aksed IM to consider if he was using form 9's as a method of getting his legal and medical complaints on paper and in his MH file. IM stated that it was but assured MHP that this was only for assistance with this MHP's documentation. Assured IM that this was not necessary and that submission of a sick call slip is the appropriate way to request MH services. IM agreed to use sick call slips from now on. IM discussed his biggest concern is that he no longer feels safe on his work crew. He discussed that other IM's "ride" him and "terrorize" him. He noted that they do this because he is a greivance writer, they believe he is a snitch, and because he must urinate frequently which causes drama for the whole work crew. IM went on to state that the other IM's on his work crew have stolen his lunch and hidden his clothing from him. He stated "If they dont take me off the work crew Im gonna get hurt". MHP questioned if he felt he was in any danger at all at East unit and he denied such. He reports he does not feel unsafe at all at East, he just feels unsafe on his work crew. He also states he would feel unsafe on ANY other work crew and that he needs to be transferred to an inside work crew. IM reports he has discussed these concerns with his UT and informed UTM Arnold. MHP consulted UTM Arnold to verify that he was aware of Mr. Green's concerns about his safety on the work crew. He stated that he had rec'd a form 9 from Mr. Green reporting these concers. He discussed that he would consider a job change and will look into the issues.

**Name: Lauren Diehl, LMLP**                          **Date:**  01/15/2010 5:34 PM

Exhibit 10a

## KANSAS DEPARTMENT OF CORRECTIO
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN , CHARLES**
**Date of Birth:  04/11/1958**

**KDOC#   89907**

**Location  Lansing Corr. Fac.-East Unit   Sex male**

**Current Date:01/15/2010 5:34 PM**
**Encounter  Time an Date01/15/2010 5:34 PM**

Encounter Date: 01/15/2010 5:34 PM

## Correct Care Solutions
### Kansas Department of Corrections
### Medical Progress Note

Inmate Name:  GREEN , CHARLES  D.

**KDOC#:** 89907

**Birth Date:**   04/11/1958

**Sex:** male                             **Race:**

**Evaluation Date:** Date 01/15/2010          **Time:** 2:40 PM        **Location:** Lansing Corr. Fac.-Maximum

### Medical Problem List

Date:  10/04/2007     " arthritis " by I/M hist. knees, L/S spine etc.

Date:  10/10/2007     Pos PPD since age 6

Date: 10/15/2007    Benign prostatic hypertrophy.

Date: 10/22/2007    Comminuted L. scapula FX, May 2004.

Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.

**Subjective:**

HCP sick call encounter

SCHEDULED FOR FOLLOW UP DIZZINESS AND ARTHRITIS

**Objective:**

ACCORDING TO OFFICER GASPER IN S UNIT, THIS PATIENT DECLINED THE APPOINTMENT

**Assessment:**

HEALTH MAINTENANCE

**Plan:**

**Orders and Comments:**

REFUSAL DONE

**HCP Name   John Satchell DO**                              **Date: 01/15/2010**

# Kansas Department of Corrections
## Correct Care Solutions
### Medical Administrative Note

**Inmate Name** GREEN, CHARLES    GREEN                    **kdoc#**  89907

**DOB**   04/11/1958
**Location**           Location Lansing Corr. Fac.-Maximum                    **SEX** male
**RACE**
**Encounter Date** 01/06/2010 4:07 PM
**Current Date and Time**   01/06/2010 4:16 PM

I returned Mr. Green's (inmates father) call at approx. 1550 concerning his son and the updating of his PULHEX 11.23.2009 lifting all restrictions.
We discussed this case briefly at the conclusion of Care Management.

I explained why the restrictions were lifted (per MD encounter -- no document made). He stated that Dr. Legler didn't care much for his son. Mr. Green also asked if his son was examined and I stated it did appear that he was examined, but based on a chart reveiw and objective information the PULHEX was updated. He then asked when he was assigned to his work crew and I stated that I didn't know, he would need to ask someone with KDOC. He stated we were all in "cahoots" together.
He thanked me for the information and hung up.

**Name**  Ellen Bartz RN/HSA/CCPH

**Encounter Date  01/06/2010 4:07 PM**
**Current Date     01/06/2010 4:16 PM**

# Correct Care Solutions

**Exhibit 10a**

## Kansas Department of Corrections
### Nursing  Patient Progress Note

**KDOC#:** 89907

**Inmate Name:** GREEN, CHARLES  D.
**Birth Date:** 04/11/1958                     **Sex:** male            **Race:**
**Evaluation Date:** 01/06/2010          **Time:** 5:00 PM     **Location:** Lansing Corr. Fac.-East Unit

Time patient was assessed  0400

**Subjective:**
I/m writes " I had another dizzy spell this morning brought on by using the bathroom. My muscles are cramping often, and mostly at work in sub- freezing temperature. I've reported these same problems, before and have only been offered ibuprofen for my arthritis." I/m states that the cramping is due to him "working in the cold temperatures and the labor itself." I'm states the "dizziness" happens when he has a bowel movement." This writer tried to explain about the vagal response and the I/m was insistant that the dizziness was d/t a concussion suffered a period of time ago.

**Objective:**

**Vital Signs:** Temp: 98.2   Pulse: 84   Resp: 18   BP: 131 / 84   WT: 151.5

I/m able to sit without difficulty, and denies any cramping at this time. Ambulates to clinic without difficulty in gate. Denies having constipation or difficulty with defacating. Inmate as offered ibuprofen, mobic, naprosyn and even tylenol inmate refused and stated that Androgel was what he wanted and needed.

**Assessment:**
alteration in health maintenance

**Plan:**
refuses any NSAID offered and refusal signed and placed in hard chart. Will schedule to see Dr. Satchell, although inmate states he "will not see Dr. Satchell due to conflict of interest d/t lawsuit pending against that doctor." Will schedule to see

**Name** Kim Beaudoin, RN                          **Date** 01/06/2010

**Correct Care Solutions**

Kansas Department of Corrections

NU Note Orders

Page .. .
KDOC#: 89907

**Inmate Name:** Patient Name GREEN, CHARLES D.
**Birth Date:** 04/11/1958                   **Sex:** male          **Race:**
**Encounter Date:** 01/04/2010 6:14 PM    **TemplateTime Charted:** 6:14 PM
**Document Produced Date:** 01/04/2010

**Location:** Lansing Corr. Fac.-Maximum

**All orders reviewed and NOTED for Date and Encounter time stamp.**
  01/04/2010
ENCOUNTER TIME STAMP NOTED            1253pm

Orders and Comments:
REFUSAL DONE

Reviewed by:

Alison Smith, RN                              01/04/2010      6:14 PM
                                              Date         Time

## Correct Care Solutions
### Kansas Department of Corrections
### Medical Progress Note

**Inmate Name:** GREEN , CHARLES  D.

**KDOC#:** 89907

**Birth Date:** 04/11/1958

**Sex:** male                                    **Race:**

**Evaluation Date:** Date 01/04/2010          **Time:** 2:01 PM          **Location:** Lansing Corr. Fac.-Maximum

### Medical Problem List

Date: 10/04/2007     " arthritis " by I/M hist. knees, L/S spine etc.
Date: 10/10/2007     Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.

**Subjective:**
HCP sick call encounter
FOLLOW UP BACK-SHOULDER-KNEE PAIN

**Objective:**
HE REFUSES THE APPOINTMENT

**Assessment:**
HEALTH MAINTENANCE

**Plan:**

**Orders and Comments:**
REFUSAL DONE

**HCP Name   John Satchell DO**                          **Date: 01/04/2010**

## Correct Care Solutions

**Exhibit 10a**

### Kansas Department of Corrections
### Non-Specific Musculoskeletal Flow Sheet 02(

**Page 87 of 100**

**Inmate Name:** GREEN   , CHARLES   D.

**KDOC#:** 89907

**Birth Date:**  04/11/1958

**Sex:** male

**Race:**

**Evaluation Date:**  12/31/2009

**Time:**  2:26 PM

**Location:**  Lansing Corr. Fac.-East Unit

## SUBJECTIVE

**Non-Specific Musculoskeletal History:**

Location:  Back/groin

Description of Pain:  sharp

Onset:  4 days

Frequency:  constantly

Duration:  4 days

Radiation:  No

History of trauma or overuse:  elevator shaft accident

Precipitation factor:  movement, sholving snow, cold weather

History of past injury to affected area:  elevator shaft accident

Intensity:  moderate

**History Notes:**
> groin pain and back pain from shoveling snow

**Subjective Notes:**
> back pain and groin pain from sholving snow

## OBJECTIVE

Temp: 97.30 Pulse: 80 Resp: 17 BP: 111 / 69

Joints:
> normal

Movement:
> normal

Posture:
> normal

Gait:
> normal

Pt is able to perform range of motion with effected limb
Tactile sensation normal
Able to bear weight

**Objective Notes:**
> ongoing back pain and groin pain

## ASSESSSMENT
IMPAIRED PHYSICAL MOBILITY RELATED TO:

Kansas Department of Corrections
Non-Specific Musculoskeletal Flow Sheet 02

**KDOC#:** 89907

**Inmate Name:** GREEN  , CHARLES   D.
**Birth Date:** 04/11/1958             **Sex:** male        **Race:**
**Evaluation Date:** 12/31/2009        **Time:** 2:26 PM   **Location:** Lansing Corr. Fac.-East Unit

## PLAN

**Joint Pain:**

Provide:
   Cold pack first 3 days after injury, followed by heat as needed for pain

**Muscle Aches:**

Provide:
   Cold pack first 3 days then, heat may be applied after 24 hours
   Do not apply heat if area is bruised/discolored

**Potential Sprain/Fracture**
Apply ice pack

**Patient Education:**
Limit recreational activity
Avoid taking medications on an empty stomach
RTC if no improvement
Patient verbalizes understanding of education related to present medical condition

**Nurses Notes:**
   inmate refused NSAID's, signed refusal for NSAID's
   educated inmate regarding sick call process

**Examined by:**

Tim King LPN                                    12/31/2009
                                                **Date**

**Exhibit 10a**

## KANSAS DEPARTMENT OF CORRECTIO
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Page 89 of 100**

Name: **GREEN  , CHARLES**                                              **KDOC#   89907**
Date of Birth:  **04/11/1958**              **Location   Lansing Corr. Fac.-East Unit   Sex male**

**Current Date:12/30/2009 3:50 PM**
**Encounter  Time an Date12/30/2009 2:59 PM**


**Date Seen 12/30/2009  Time Seen 2:00 PM**
**Referral Source:**   Inmate


Inmate was seen on this date subsquent to a request for evaluation for Mental Health services


## The Disposition of this request is as follows:

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff


## Mental Health Follow-up on or about:


## COMMENTS:

IM seen in response to sick call rec'd 12/29/09. IM reports being upset with how the east unit administration has handled his
grievances/concerns. He also discussed concerns about working in the snow and ice. Discussed frustrations and coping with these. He discussed
that he was "litigation minded". He discussed that he is keeping a journal of the incidents that occur at work related to his injuries and medical
issues. He states his current goal is to paint people into corners, document this and then use this in court.


Name:  Lauren Diehl, LMLP                              **Date:**  12/30/2009 3:50 PM

**Encounter Date:** 12/30/2009 2:59 PM

**Correct Care Solutions**
Kansas Department of Corrections
Mental Health Administrative Note
Page # 1

**Inmate Name:**  GREEN , CHARLES  D.                        **KDOC#:** 89907
**Birth Date:**  04/11/1958                **Sex:** male        **Race:**
**Evaluation Date:** 12/28/2009           **Time:** 3:18 PM    **Location:** Lansing Corr. Fac.-East Unit

Reason for Administrative Note:  Inmate did not attend follow up

Comments:  IM came to session and asked to reschedule. IM will be rescheduled.

### Review/Revise:

**MENTAL HEALTH DIAGNOSES**

**Axis I**
No Diagnosis or Condition on Axis I V  71.09B

**Axis II**
Personality Disorder NOS with Narcissistic Features 301.9

**Axis III**
Deferred to medical

**Axis IV**
Problems related to interaction with legal services

**Axis V**
65

**MENTAL HEALTH CLASSIFICATION**

Current Mental Health:  1

### Initiate:

**Examined by:**

Lauren Diehl, LMLP                           12/28/2009
                                             Date

## KANSAS DEPARTMENT OF CORRECTIO:
## CORRECT CARE SOLUTIONS
### Mental Health Sick Call Note

**Name: GREEN  , CHARLES**                                          **KDOC#   89907**
**Date of Birth:   04/11/1958**            **Location   Lansing Corr. Fac.-East Unit   Sex male**

**Current Date:12/17/2009 2:05 PM**
**Encounter  Time an Date12/17/2009 2:01 PM**

**Date Seen 12/17/2009  Time Seen 2:02 AM**
**Referral Source:**   Inmate

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

## The Disposition of this request is as follows:

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

## Mental Health Follow-up on or about:

## COMMENTS:

·IM seen for f/u and in response to sick call rec'd 12/17/09. IM showed up to callout 30 minutes late stating he was not on the drop shee. He asked how much time he had and MHP informed him that he had 30 minutes. He stated he would take that, but also needed to be rescheduled for a longer session and placed on the drop sheet. IM stated what time and what day of the week he would want to be placed on the callout to ensure that he got layed in from work. IM discussed his legal paper work and that he felt KDOC was trying to take his legal documents. IM reports he grieved this and now has been able to keep the legal documents. He reports apprehension and anxiety about if he will be able to keep all of his legal documentation. IM discussed being frustrated that his grievance respones fail to express concerns for his "peace of mind" and "mental, emotional and physical wellbeing". After allowing IM to vent for approximately 45 minutes about these issues, MHP encouraged IM to move on to his concerns reported in his sick call. IM asked about the care managment meeting. MHP directed IM to direct concerns related to care managment decisions and meetings or about his PULHEX to medical. IM agreed. IM discussed having anxiety, uncertainty and apprehension related to these legal/medical frustrations. Discussed coping with these. IM feels he is coping adaquatcly and effectively with his stressors. He has no requests for assistance from MH other than appointments which allow him to vent. IM thanked MHP for her time and for allowing him to vent.

**Name:**  Lauren Diehl, LMLP                          **Date:**  12/17/2009 2:05 PM

**Encounter Date:** 12/17/2009 2:01 PM

**Correct Care Solutions**                        Exhibit 10a
**Kansas Department of Corrections**
**Mental Health Follow Up**                       Page 92 of 100
Page # 1

**Inmate Name:** GREEN, CHARLES  D.                **KDOC#:** 89907
**Birth Date:** 04/11/1958          **Sex:** male       **Race:**
**Evaluation Date:** 12/10/2009     **Time:** 9:25 AM   **Location:** Lansing Corr. Fac.-East Unit

Length of Contact:  45 minutes

Reason for Follow up: Referred by: Mental Health

**Subjective:**
IM seen for f/u. IM discussed his stressors related to his medical, security, and UT concerns. IM discussed that venting to MH is very helpful. He discussed that he is experiencing anxiety when he sees that he is on the callout to see the Dr. He states he feels trapped in a nightmare and that he is going in circles. He states he has reached out to security about medical not following what he feels is proper medical practice and gets sent right back to medical to resolve the problem. IM reports stress about working on his current work crew. IM states he has reported to medical his concerns about working outside in the cold weather and that now he is escalating his concerns with them to the grievance level. IM thanked MHP for her time so he could vent. He requests f/u in 1 week to further discuss these concerns.

**Observations:**
IM was alert and oriented. Mood appears stable and affect WNL. Speech was clear and organized. Hygiene was good, as was eye-contact.

**Assessment:**
IM appears to be managing adequately at this time. He does reports situational stressors. IM is able to identify ways he copes with these stressors appropriately. IM will be scheduled in approx 1 week per his request.
**Review/Revise:**

**MENTAL HEALTH DIAGNOSES**

**Axis I**
No Diagnosis or Condition on Axis I V  71.09B

**Axis II**
Personality Disorder NOS with Narcissistic Features 301.9

**Axis III**
Deferred to medical

**Axis IV**
Problems related to interaction with legal services

**Axis V**
65

**Initiate:**

**Examined by:**

Lauren Diehl, LMLP                        12/10/2009
                                          Date

**KANSAS DEPARTMENT OF CORRECTION**
**CORRECT CARE SOLUTIONS**
**Mental Health Sick Call Note**

**Name: GREEN , CHARLES**                                           **KDOC#   89907**
**Date of Birth:  04/11/1958**            **Location   Lansing Corr. Fac.-East Unit   Sex male**

**Current Date:12/10/2009 9:26 AM**
**Encounter  Time an Date12/10/2009 9:25 AM**

**Date Seen 12/10/2009  Time Seen 9:25 AM**
**Referral Source:**   Inmate

Inmate was seen on this date subsquent to a request for evaluation for Mental Health services

**The Disposition of this request is as follows:**

Mental Health issues addressed in this session.  No need for further follow-up from Mental Health Staff

**Mental Health Follow-up on or about:**

**COMMENTS:**
IM seen for sick call rec'd 12-9-09. See f/u note.

**Name:** Lauren Diehl, LMLP                    **Date:** 12/10/2009 9:26 AM

**Encounter Date:** 12/10/2009 9:25 AM

**Correct Care Solutions**    **Exhibit 10a**
Kansas Department of Corrections
Non-Specific Musculoskeletal Flow Sheet 02    **Page 94 of 100**

**Inmate Name:** GREEN , CHARLES D.    **KDOC#:** 89907
**Birth Date:** 04/11/1958    **Sex:** male    **Race:**
**Evaluation Date:** 12/09/2009    **Time:** 1:25 PM    **Location:** Lansing Corr. Fac.-East Unit

## SUBJECTIVE

**Non-Specific Musculoskeletal History:**

Location: rt knee, lower back, rt shoulder

Description of Pain: dull aching

Onset: 1 day    Frequency: intermittently

Duration: n/a    Radiation: No

History of trauma or overuse: works shoveling snow

Precipitation factor: use

History of past injury to affected area: States his rt knee gave out 3 times yesterday causing him to fall twice

Intensity: mild

**History Notes:**
I/m c/o pain in joints, mostly related to his ongoing arthritis. States he is just here to report that he injured himself yesterday but he was able to get up and go about usual activities. Concerned about his restrictions and being on work crew.

## OBJECTIVE

Temp: 98.10 Pulse: 78 Resp: 18 BP: 126 / 81 WT: 154.00

Joints:
    stiffness

    Location: rt knee and rt shoulder

Movement:
    normal

Posture:
    normal

Gait:
    normal

Pt is able to perform range of motion with effected limb
Capillary Refill < 3 sec
Tactile sensation normal
Able to bear weight

**Objective Notes:**
ROM WNL. C/o popping when he uses his rt knee. C/o shoulder pain. Noted able to lift hand above head and walks without limp. Noted able to bend from side to side.

## ASSESSSMENT

## Correct Care Solutions

Exhibit 10a

### Kansas Department of Corrections
### Non-Specific Musculoskeletal Flow Shee·

Page 95 of 100

**Inmate Name:** GREEN , CHARLES   D.                                      **KDOC#:** 89907

**Birth Date:**   04/11/1958               **Sex:** male            **Race:**

**Evaluation Date:** 12/09/2009            **Time:** 1:25 PM         **Location:** Lansing Corr. Fac.-East Unit

IMPAIRED PHYSICAL MOBILITY RELATED TO:

## PLAN

**Patient Education:**
Limit recreational activity
Avoid taking medications on an empty stomach
RTC if no improvement
Patient verbalizes understanding of education related to present medical condition

**Nurses Notes:**
Denies need for analgesic at this time.  "It won't help me."  States he has tried the meds in past and tx wasn't successful.  States his goal
is to not be on outside work crew.  Refuses adamantly he will not see Dr. Legler because he is suing him.

**Examined by:**

Sabrina Dame, LPN                                    12/09/2009
                                                     **Date**

## Correct Care Solutions
### Kansas Department of Corrections
### Nursing  Patient Progress Note

**KDOC#:** 89907

**Inmate Name:** GREEN, CHARLES   D.

**Birth Date:**  04/11/1958                    **Sex:** male          **Race:**

**Evaluation Date:** 12/09/2009          **Time:** 1:25 PM      **Location:** Lansing Corr. Fac.-East Unit

Sick Call Encounter

**Subjective:**
Patient here for sick Call  C/o urinary problems.
**Objective:**


C/o split stream, frequency, nocturia, weak stream.  States he urinates approx 20 times per day.  States he refuses to take a UA because
he has had multiple tests in the past to make all the determinations we need to make.
**Assessment:**
health maintenance
**Plan:**
RTC pm.  Advised the only way to assess urinary problems is to do a UA.

**Name** Sabrina Dame, LPN                              **Date** 12/09/2009

**Inmate Name:** GREEN  , CHARLES  D.                    **KDOC#:** 89907
**Birth Date:** 04/11/1958            **Sex:** male       **Race:**
**Evaluation Date:** 12/09/2009       **Time:** 1:25 PM   **Location:** Lansing Corr. Fac.-East Unit

## SUBJECTIVE

**Non-Specific Musculoskeletal History:**

Location:  rt knee, lower back, rt shoulder

Description of Pain:  dull aching

Onset: 1 day                    Frequency:  intermittently

Duration: n/a                   Radiation: No

History of trauma or overuse:  works shoveling snow

Precipitation factor:  use

History of past injury to affected area:  States his rt knee gave out 3 times yesterday causing him to fall twice

Intensity:  mild

**History Notes:**
   I/m c/o pain in joints, mostly related to his ongoing arthritis. States he is just here to report that he injured himself yesterday but he
   was able to get up and go about usual activities. Concerned about his restrictions and being on work crew.

## OBJECTIVE

Temp: 98.10 Pulse: 78 Resp: 18 BP: 126 / 81 WT: 154.00

Joints:
      stiffness

      Location:  rt knee and rt shoulder

Movement:
      normal

Posture:
      normal

Gait:
      normal

Pt is able to perform range of motion with effected limb
Capillary Refill < 3 sec
Tactile sensation normal
Able to bear weight

**Objective Notes:**
   ROM WNL. C/o popping when he uses his rt knee. C/o shoulder pain. Noted able to lift hand above head and walks without limp.
   Noted able to bend from side to side. Also noted when leaving clinic running up stairs without using the rail.

## ASSESSSMENT

**Correct Care Solutions**                    Exhibit 10a
Kansas Department of Corrections
Non-Specific Musculoskeletal Flow Sheet 02         Page 98 of 100

**Inmate Name:** GREEN , CHARLES   D.                        **KDOC#:** 89907
**Birth Date:** 04/11/1958            **Sex:** male       **Race:**
**Evaluation Date:** 12/09/2009       **Time:** 1:25 PM   **Location:** Lansing Corr. Fac.-East Unit

IMPAIRED PHYSICAL MOBILITY RELATED TO:

## PLAN

**Patient Education:**
Limit recreational activity
Avoid taking medications on an empty stomach
RTC if no improvement
Patient verbalizes understanding of education related to present medical condition

**Nurses Notes:**
Denies need for analgesic at this time. "It won't help me." States he has tried the meds in past and tx wasn't successful. States his goal is to not be on outside work crew. Refuses adamantly he will not see Dr. Legler because he is suing him.

**Examined by:**

Sabrina Dame, LPN                         12/09/2009
                                          Date

## Correct Care Solutions
### Kansas Department of Corrections
#### Medical Progress Note

**Inmate Name:** GREEN , CHARLES  D.                                    **KDOC#:** 89907
**Birth Date:** 04/11/1958                                 **Sex:** male                        **Race:**
**Evaluation Date:** Date 12/03/2009         **Time:** 10:20 AM      **Location:**Lansing Corr. Fac.-East Unit


### Medical Problem List

Date: 10/04/2007       " arthritis " by I/M hist. knees, L/S spine etc.
Date: 10/10/2007      Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.


**Subjective:**
HCP sick call encounter
f/u s/c knee popping, lower back stiff, right shoulder rom limited, occasional dizzy spells, right shoulder limited rom, hernia scar
"pulls" sometimes
**Objective:**
signed refusal
**Assessment:**
signed refusal
**Plan:**
**Orders and Comments:**
signed refusal


**HCP Name   Tim King LPN**                                    **Date: 12/03/2009**

## Correct Care Solutions
### Kansas Department of Corrections
### Medical Progress Note

**Inmate Name:** GREEN , CHARLES  D.    **KDOC#:** 89907
**Birth Date:**   04/11/1958    **Sex:** male    **Race:**
**Evaluation Date:** Date 12/02/2009    **Time:** 2:16 PM    **Location:**Lansing Corr. Fac.-East Unit

### Medical Problem List
Date:  10/04/2007     " arthritis " by I/M hist. knees, L/S spine etc.
Date:  10/10/2007     Pos PPD since age 6
Date: 10/15/2007    Benign prostatic hypertrophy.
Date: 10/22/2007    Comminuted L. scapula FX, May 2004.
Date: 10/22/2007 Hist anxiety disorder, 04, txed by FP.

**Subjective:**
HCP sick call encounter
im presents to clinic
**Objective:**
i/m signed refusal to go over to max sick call.
**Assessment:**
health maintenance.
**Plan:**
**Orders and Comments:**
return to the clinic prn.

**HCP Name   Lynna Myer, RN**    **Date: 12/02/2009**